UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | Case No. 07-civ-4658 (LAP)<br><br>**NOTICE OF MOTION FOR**<br>**APPOINTMENT OF LEAD PLAINTIFFS**<br>**AND APPROVAL OF SELECTION**<br>**OF LEAD COUNSEL**<br><br>**Document Electronically Filed** |

**PLEASE TAKE NOTICE** that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Named Plaintiffs Sea Carriers LP I and Sea Carriers Corporation ("Movants") shall move before the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order (i): appointing Movants as Lead Plaintiffs in this putative class action and (ii) appointing the law firms of Becker Meisel LLC and Schatz Nobel Izard, P.C. as Co-Lead Counsel for the class.

2

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Movants shall rely upon the accompanying Memorandum of Law; Declaration of Per G. Barre; Declaration of Martin L. Borosko; and Declaration of Joseph G. Harraka.

        Respectfully submitted,
        **BECKER MEISEL LLC**

        By:   /s/ Joseph G. Harraka, Jr._____
                JOSEPH G. HARRAKA, JR. (JH-9474)
                Becker Meisel LLC
                354 Eisenhower Parkway
                Plaza II, Suite 2800
                Livingston, New Jersey 07039
                (973) 422-1100

Date: August 20, 2007