EXHIBIT A TO LEAD PLAINTIFF MOTION OF SEA CARRIERS GROUP

| Month | Year | NYSE Volume Only | NYSE Yearly Vol | Source Documents |
|---|---|---|---|---|
| Aug | 1998 | 3,613,400 | | 1998 Oper.Summary |
| Sep | 1998 | 12,504,700 | | 1998 Oper.Summary |
| Oct | 1998 | 10,951,800 | | 1998 Oper.Summary |
| Nov | 1998 | 1,970,800 | | 1998 Oper.Summary |
| Dec | 1998 | 3,850,200 | 32,890,900 | 1998 Oper.Summary |
| Jan | 1999 | 4,356,200 | | 1999 Oper.Summary |
| Feb | 1999 | 8,850,800 | | 1999 Oper.Summary |
| Mar | 1999 | 10,435,000 | | 1999 Oper.Summary |
| Apr | 1999 | 9,583,800 | | 1999 Oper.Summary |
| May | 1999 | 9,583,800 | | 1999 Oper.Summary |
| Jun | 1999 | 5,771,500 | | 1999 Oper.Summary |
| Jul | 1999 | 5,923,500 | | 1999 Oper.Summary |
| Aug | 1999 | 6,696,000 | | 1999 Oper.Summary |
| Sep | 1999 | 10,730,600 | | 1999 Oper.Summary |
| Oct | 1999 | 15,483,700 | | 1999 Oper.Summary |
| Nov | 1999 | 10,461,500 | | 1999 Oper.Summary |
| Dec | 1999 | 8,978,400 | 106,854,800 | 1999 Oper.Summary |
| Jan | 2000 | 14,460,300 | | 2000 Oper.Summary |
| Feb | 2000 | 25,841,200 | | 2000 Oper.Summary |
| Mar | 2000 | 33,773,800 | | 2000 Oper.Summary |
| Apr | 2000 | 39,642,300 | | 2000 Oper.Summary |
| May | 2000 | 27,058,400 | | 2000 Oper.Summary |
| Jun | 2000 | 14,123,900 | | 2000 Oper.Summary |
| Jul | 2000 | 5,714,200 | | 2000 Oper.Summary |
| Aug | 2000 | 10,843,300 | | 2000 Oper.Summary |
| Sep | 2000 | 13,868,500 | | 2000 Oper.Summary |
| Oct | 2000 | 27,087,300 | | 2000 Oper.Summary |
| Nov | 2000 | 19,790,600 | | 2000 Oper.Summary |
| Dec | 2000 | 12,849,000 | 245,052,800 | 1998 Oper.Summary |
| Jan | 2001 | 17,847,500 | | 2001 Oper.Summary |
| Feb | 2001 | 48,646,000 | | 2001 Oper.Summary |
| Mar | 2001 | 130,329,200 | | 2001 Oper.Summary |
| Apr | 2001 | 139,979,200 | | 2001 Oper.Summary |
| May | 2001 | 94,207,100 | | 2001 Oper.Summary |
| Jun | 2001 | 112,305,700 | | 2001 Oper.Summary |
| Jul | 2001 | 81,560,900 | | 2001 Oper.Summary |
| Aug | 2001 | 104,315,300 | | 2001 Oper.Summary |
| Sep | 2001 | 172,385,700 | | 2001 Oper.Summary |
| Oct | 2001 | 299,554,000 | | 2001 Oper.Summary |
| Nov | 2001 | 300,573,200 | | 2001 Oper.Summary |
| Dec | 2001 | 154,144,500 | 1,655,848,300 | 2001 Oper.Summary |
| Jan | 2002 | 207,375,300 | | 2002 Oper.Summary |
| Feb | 2002 | 210,546,500 | | 2002 Oper.Summary |
| Mar | 2002 | 190,514,300 | | 2002 Oper.Summary |
| Apr | 2002 | 166,308,400 | | 2002 Oper.Summary |
| May | 2002 | 150,196,600 | | 2002 Oper.Summary |
| Jun | 2002 | 228,544,100 | | 2002 Oper.Summary |
| Jul | 2002 | 413,673,100 | | 2002 Oper.Summary |
| Aug | 2002 | 314,888,800 | | 2002 Oper.Summary |
| Sep | 2002 | 327,230,200 | | 2002 Oper.Summary |
| Oct | 2002 | 584,504,400 | | 2002 Oper.Summary |
| Nov | 2002 | 292,615,100 | | 2002 Oper.Summary |
| Dec | 2002 | 121,742,300 | 3,208,139,100 | 2002 Oper.Summary |

Sea Carriers-Empire Volume    5,248,785,900

**Sea Carriers 50% of Volume**    2,624,392,950

| Month | Year | NYSE Volume Only | NYSE Yearly Vol | Source Documents |
|---|---|---|---|---|
| Jan | 2003 | 0 | | SLK Documents* |
| Feb | 2003 | 52,360,000 | | SLK Documents* |
| Mar | 2003 | 90,500,100 | | SLK Documents* |
| Apr | 2003 | 110,200,100 | | SLK Documents* |
| May | 2003 | 150,354,000 | | SCLP I Detail & Monthly Summary Rpts ** |
| Jun | 2003 | 130,475,300 | | SCLP I Detail & Monthly Summary Rpts ** |
| Jul | 2003 | 154,459,400 | | SCLP I Detail & Monthly Summary Rpts ** |
| Aug | 2003 | 72,386,800 | | SCLP I Detail & Monthly Summary Rpts ** |
| Sep | 2003 | 109,145,150 | | SCLP I Detail & Monthly Summary Rpts ** |
| Oct | 2003 | 81,947,000 | | SCLP I Detail & Monthly Summary Rpts ** |
| Nov | 2003 | 52,765,800 | | SCLP I Detail & Monthly Summary Rpts ** |
| Dec | 2003 | 127,066,800 | 1,131,660,450 | SCLP I Detail & Monthly Summary Rpts ** |
| Jan | 2004 | 46,192,391 | | SCLP I Detail & Monthly Summary Rpts ** |
| Feb | 2004 | 73,759,168 | | SCLP I Detail & Monthly Summary Rpts ** |
| Mar | 2004 | 68,852,700 | | SCLP I Detail & Monthly Summary Rpts ** |
| Apr | 2004 | 55,038,650 | | SCLP I Detail & Monthly Summary Rpts ** |
| May | 2004 | 71,742,820 | | SCLP I Detail & Monthly Summary Rpts ** |
| Jun | 2004 | 39,324,780 | | SCLP I Detail & Monthly Summary Rpts ** |
| Jul | 2004 | 53,258,800 | | SCLP I Detail & Monthly Summary Rpts ** |
| Aug | 2004 | 72,688,200 | | SCLP I Detail & Monthly Summary Rpts ** |
| Sep | 2004 | 24,725,100 | | SCLP I Detail & Monthly Summary Rpts ** |
| Oct | 2004 | 27,302,300 | | SCLP I Detail & Monthly Summary Rpts ** |
| Nov | 2004 | 22,923,500 | | SCLP I Detail & Monthly Summary Rpts ** |
| Dec | 2004 | 16,993,300 | 572,801,709 | SCLP I Detail & Monthly Summary Rpts ** |
| Jan | 2005 | 8,990,300 | | Estimated from Internal Records *** |
| Feb | 2005 | 7,200,100 | | Estimated from Internal Records *** |
| Mar | 2005 | 535,000 | 16,725,400 | Estimated from Internal Records *** |

**Sea Carriers LP I Volume**    1,721,187,559

**Sea Carriers Group Volume**    4,345,580,509

Note: Documents re Documents on CD
*     SLK Documents include Jan 2003 Account Statement and Monthly P&L Reports
**    SC LP I Transaction Details and SC PL I Monthly Volume Summary Reports
***   Created Based upon Ending Period Records and Transaction Reports