# Exhibit C

**Filed via CD Rom with Court Pursuant to Accompanying Order**

# BECKER MEISEL
## ATTORNEYS AT LAW

BEN H. BECKER
STACEY L. MEISEL o*
MARTIN L. BOROSKO
STEVEN R. WEINSTEIN oo
JOSEPH G. HARRAKA, JR. o•
DANIEL J. O'HERN, JR.
ALLEN J. UNDERWOOD II oo
JAMES M. McCARRICK ▲
DAVID J. SPRONGO
JOHN J. O'CONNELL ▲

MICHAEL A. OXMAN o
MICHAEL V. ELWARD o
MICHAEL E. HOLZAPFEL
MICHAEL C. D'ARIES o
DANIEL L. PASCOE o
STEPHEN J. PAGANO o
LAUREN E. HANNON o
BRIAN D. BAILEY o

SPECIAL COUNSEL
DANIEL J. O'HERN

OF COUNSEL
DOUGLAS A. KENT
ANTHONY J. VIZZONI
IVAN J. KAPLAN
LINDA R. BROWERo

ALSO MEMBER OF PA BAR▼
ALSO MEMBER OF NY BARo
ALSO MEMBER OF D.C. BAR◊
ALSO MEMBER OF CA BAR•
MEMBER OF NY BAR ONLY ▲

Becker Meisel LLC

Eisenhower Plaza II

354 Eisenhower Parkway

Suite 2800

Livingston, New Jersey 07039

Telephone: (973) 422-1100
Facsimile: (973) 422-9122

August 20, 2007

**VIA FACSIMILE (212) 805-7941**
Hon. Loretta A. Preska, U.S.D.J.
United Stated District Court: Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    Sea Carriers LP I, et als. v. NYSE Euronext, Inc., et als.
             Index No.: 07-civ-4658 (LAP)

Dear Judge Preska:

    The undersigned represents the plaintiffs in the above-referenced matter, which is a putative securities class action governed by the Private Securities Litigation Reform Act. The plaintiffs intend to electronically file today their motion for appointment as Lead Plaintiffs and approval of lead counsel.

    In support of their motion, the plaintiffs will be submitting the Declaration of Per G. Barre, to which three exhibits will be attached. One of those exhibits (to wit, a spreadsheet documenting the trades executed by the plaintiffs during the defined Class Period) is a voluminous document of approximately 600 megabytes that is not practically capable of being scanned and submitted electronically. The plaintiffs therefore respectfully request the Court's permission to file this exhibit by delivering paper copies to the Court.

*So ordered*
*Loretta A. Preska, USDJ*
*August 20, 2007*

LIVINGSTON, NJ · SHREWSBURY, NJ · NEW YORK, NY

Hon. Loretta A. Preska, U.S.D.J.
August 20, 2007
Page 2 of 2

**BECKER MEISEL**
ATTORNEYS AT LAW

---

    Thank you for your consideration of this request. If you have any questions or comments, or if I may provide you with any additional information, please do not hesitate to contact me.

                                        Respectfully submitted,
                                        BECKER MEISEL LLC

                                        Michael F. Holzapfel