**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---:|---:|---:|
| A | 265,680 | 238,180 | $ 3,810,201.20 |
| AA | 140,550 | 131,350 | $ 2,359,020.00 |
| ABC | 70,080 | 65,380 | $ 2,151,629.00 |
| ABK | 3,600 | 2,400 | $ 85,086.00 |
| ABS | 7,600 | 6,700 | $ 78,123.00 |
| ABT | 16,233,600 | 15,555,800 | $ 332,276,340.00 |
| ACE | 6,800 | 5,400 | $ 97,452.00 |
| ACS | 300 | 300 | $ 9,955.00 |
| ADI | 51,887,150 | 44,696,450 | $ 952,668,294.00 |
| ADP | 76,271 | 70,571 | $ 1,645,416.10 |
| AEP | 8,100 | 6,900 | $ 107,378.00 |
| AET | 31,600 | 29,100 | $ 1,252,205.00 |
| AF | 7,200 | 3,600 | $ 63,366.00 |
| AFL | 8,600 | 6,800 | $ 127,053.00 |
| AGN | 2,700 | 1,800 | $ 68,418.00 |
| AHC | 38,500 | 35,100 | $ 1,379,369.00 |
| AIG | 44,589,100 | 40,121,900 | $ 1,290,487,200.00 |
| AL | 75,510 | 68,310 | $ 1,778,359.00 |
| ALD | 2,200 | 2,100 | $ 25,661.00 |
| ALL | 1,977,100 | 1,856,800 | $ 34,837,809.00 |
| AMD | 163,900 | 132,100 | $ 983,582.00 |
| AMR | 9,000 | 9,000 | $ 61,920.00 |
| ANF | 206,900 | 171,000 | $ 2,328,771.00 |
| ANH | 900 | 600 | $ 4,353.00 |
| AOC | 2,800 | 2,600 | $ 34,181.00 |
| AOL | 1,435,100 | 1,414,400 | $ 11,188,882.00 |
| APA | 49,800 | 43,300 | $ 1,344,961.00 |
| APC | 43,300 | 41,100 | $ 1,243,382.50 |
| APD | 5,400 | 4,500 | $ 109,352.00 |
| ARO | 4,900 | 4,200 | $ 60,697.00 |
| ASN | 11,000 | 8,200 | $ 112,395.00 |
| AT | 7,500 | 6,000 | $ 133,538.00 |
| ATH | 107,400 | 99,000 | $ 4,238,398.00 |
| AVP | 8,800 | 8,000 | $ 187,916.00 |
| AXP | 38,896,120 | 36,721,720 | $ 854,821,815.40 |
| AZN | 5,000 | 5,000 | $ 146,985.00 |
| AZO | 30,700 | 29,900 | $ 1,748,172.00 |
| B | 2,600 | 2,600 | $ 33,560.00 |
| BA | 5,361,178 | 4,988,178 | $ 81,140,521.38 |
| BAC | 41,783,100 | 38,538,900 | $ 1,479,880,607.00 |
| BAX | 1,209,040 | 1,150,540 | $ 13,980,588.90 |
| BBT | 10,700 | 8,200 | $ 154,817.00 |
| BBY | 27,528,980 | 25,154,380 | $ 619,728,326.00 |
| BCC | 3,200 | 3,000 | $ 60,894.00 |
| BDK | 3,000 | 2,400 | $ 62,837.00 |
| BDX | 5,600 | 3,900 | $ 73,077.00 |
| BEN | 19,500 | 18,900 | $ 477,096.00 |
| BHI | 207,810 | 181,710 | $ 3,230,682.90 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---:|---:|---:|
| BJ | 6,000 | 6,000 | $ 64,270.00 |
| BJS | 929,328 | 863,028 | $ 16,851,740.20 |
| BK | 5,815,340 | 5,535,840 | $ 80,194,664.40 |
| BKS | 4,900 | 4,200 | $ 70,455.00 |
| BLL | 1,600 | 1,600 | $ 45,684.00 |
| BLS | 1,044,500 | 1,018,600 | $ 13,428,410.60 |
| BMC | 400 | 400 | $ 3,300.00 |
| BMY | 2,695,590 | 2,606,290 | $ 33,951,986.00 |
| BNI | 21,100 | 17,600 | $ 306,347.00 |
| BP | 42,190 | 41,690 | $ 1,174,628.20 |
| BR | 11,500 | 10,900 | $ 225,463.00 |
| BRL | 1,200 | 1,200 | $ 43,836.00 |
| BSC | 9,900 | 8,700 | $ 373,020.00 |
| BSX | 7,334,340 | 6,981,640 | $ 170,688,679.10 |
| BUD | 37,300 | 35,400 | $ 936,678.00 |
| BVF | 10,200 | 9,600 | $ 118,103.00 |
| BZH | 15,800 | 15,100 | $ 924,197.00 |
| C | 65,955,800 | 60,998,000 | $ 1,394,667,136.00 |
| CA | 1,886,280 | 1,810,280 | $ 22,413,225.30 |
| CAG | 5,400 | 5,400 | $ 67,818.00 |
| CAH | 8,442,780 | 7,927,780 | $ 239,107,615.50 |
| CAM | 4,100 | 2,600 | $ 59,166.00 |
| CAT | 31,042,000 | 28,378,900 | $ 1,038,717,856.00 |
| CB | 11,000 | 10,700 | $ 496,024.00 |
| CBH | 5,000 | 3,800 | $ 85,825.00 |
| CC | 400 | 400 | $ 2,264.00 |
| CCE | 2,800 | 2,400 | $ 34,402.00 |
| CCL | 74,288 | 66,988 | $ 1,637,869.66 |
| CCU | 26,215,850 | 24,525,450 | $ 511,517,615.40 |
| CD | 6,000 | 5,500 | $ 60,935.00 |
| CEG | 4,200 | 1,200 | $ 22,164.00 |
| CF | 3,000 | 2,300 | $ 27,944.00 |
| CFC | 1,096,000 | 1,040,300 | $ 38,971,165.00 |
| CHS | 5,000 | 3,000 | $ 46,517.00 |
| CI | 27,700 | 26,800 | $ 1,044,032.00 |
| CIN | 10,800 | 9,600 | $ 181,046.00 |
| CIT | 8,000 | 6,200 | $ 105,459.00 |
| CL | 60,390 | 56,790 | $ 1,804,019.80 |
| CLE | 5,800 | 4,000 | $ 39,389.00 |
| CLS | 800 | 800 | $ 6,667.00 |
| CLX | 5,300 | 5,100 | $ 121,533.00 |
| CMS | 400 | 400 | $ 1,586.00 |
| CMX | 3,200 | 1,600 | $ 19,520.00 |
| CNF | 2,400 | 2,400 | $ 40,800.00 |
| COF | 28,698,040 | 26,785,140 | $ 819,062,149.90 |
| COH | 4,200 | 2,400 | $ 42,312.00 |
| COL | 1,600 | 1,600 | $ 21,112.00 |
| COP | 97,050 | 84,750 | $ 3,213,575.50 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---|---|---|
| COX | 2,100 | 1,400 | $ 22,190.00 |
| CSC | 58,800 | 47,000 | $ 985,043.00 |
| CSX | 6,200 | 5,000 | $ 83,812.00 |
| CTL | 1,600 | 1,600 | $ 26,404.00 |
| CTX | 125,990 | 119,990 | $ 6,156,175.50 |
| CVH | 23,400 | 22,600 | $ 684,861.00 |
| CVS | 85,790 | 80,690 | $ 1,544,851.20 |
| CVX | 7,480,700 | 7,000,600 | $ 251,297,514.00 |
| CY | 14,200 | 11,200 | $ 117,091.00 |
| D | 19,500 | 16,200 | $ 520,373.00 |
| DD | 89,730 | 80,630 | $ 2,037,072.30 |
| DE | 33,900 | 31,900 | $ 1,088,129.00 |
| DF | 5,600 | 4,000 | $ 72,190.00 |
| DG | 1,800 | 1,800 | $ 18,111.00 |
| DHI | 29,850 | 26,100 | $ 400,122.00 |
| DHR | 4,800 | 4,800 | $ 200,728.00 |
| DIA | 633,100 | 629,200 | $ 27,595,035.00 |
| DIS | 73,020 | 71,320 | $ 956,797.20 |
| DJ | 16,800 | 14,900 | $ 336,653.00 |
| DNA | 12,793,400 | 11,936,800 | $ 492,058,229.00 |
| DOV | 4,700 | 4,200 | $ 85,492.00 |
| DOW | 88,278 | 79,078 | $ 1,802,652.20 |
| DOX | 10,700 | 8,000 | $ 98,763.00 |
| DRL | 3,800 | 1,800 | $ 44,880.00 |
| DST | 5,600 | 4,000 | $ 81,030.00 |
| DTE | 2,400 | 1,200 | $ 21,378.00 |
| DUK | 2,600 | 2,600 | $ 26,130.00 |
| DVN | 23,000 | 22,200 | $ 725,471.00 |
| EAT | 4,800 | 3,600 | $ 57,592.00 |
| ECL | 13,000 | 10,200 | $ 135,604.00 |
| ED | 13,500 | 9,700 | $ 206,738.00 |
| EDS | 72,660 | 69,960 | $ 870,175.90 |
| EIX | 200 | 200 | $ 2,653.00 |
| EK | 51,890 | 50,390 | $ 781,998.00 |
| ELX | 23,700 | 17,000 | $ 222,544.00 |
| EMC | 500 | 500 | $ 5,202.00 |
| EMN | 6,000 | 3,600 | $ 59,298.00 |
| EMR | 9,100 | 8,500 | $ 261,636.00 |
| EOG | 9,700 | 7,600 | $ 194,528.00 |
| EOP | 15,700 | 12,200 | $ 173,080.00 |
| ESV | 84,150 | 79,250 | $ 1,243,370.70 |
| ETR | 500 | 500 | $ 16,774.00 |
| EXC | 400 | 400 | $ 12,108.00 |
| FBF | 1,712,688 | 1,645,148 | $ 25,608,632.87 |
| FBN | 6,400 | 4,900 | $ 63,716.00 |
| FCS | 10,500 | 10,100 | $ 82,241.00 |
| FCX | 235,150 | 213,150 | $ 4,503,074.40 |
| FD | 85,100 | 78,000 | $ 2,008,179.00 |
| FDC | 1,400,630 | 1,337,830 | $ 28,004,552.00 |
| FDO | 9,800 | 7,800 | $ 136,043.00 |
| FDX | 92,800 | 78,200 | $ 3,139,743.00 |
| FE | 10,900 | 9,700 | $ 162,533.00 |
| FLR | 3,000 | 2,000 | $ 37,490.00 |
| FNF | 3,600 | 2,200 | $ 35,532.00 |
| FNM | 15,069,410 | 14,072,310 | $ 493,233,868.10 |
| FO | 1,200 | 1,200 | $ 40,257.00 |
| FON | 20,400 | 19,200 | $ 169,269.00 |
| FOX | 5,800 | 5,600 | $ 75,724.00 |
| FPL | 8,500 | 7,800 | $ 251,993.00 |
| FRE | 6,475,490 | 6,064,990 | $ 167,216,117.80 |
| FRX | 10,747,180 | 10,253,380 | $ 266,135,083.00 |
| FSH | 3,000 | 3,000 | $ 60,105.00 |
| FTN | 9,400 | 8,400 | $ 188,925.00 |
| G | 1,069,500 | 1,032,900 | $ 16,338,694.00 |
| GCI | 1,200 | 1,200 | $ 49,277.00 |
| GD | 322,800 | 267,400 | $ 9,588,569.00 |
| GDT | 80,800 | 72,200 | $ 2,174,756.00 |
| GE | 52,346,290 | 50,863,890 | $ 773,731,185.50 |
| GIS | 18,100 | 17,600 | $ 410,408.00 |
| GM | 17,427,900 | 16,423,700 | $ 304,629,421.00 |
| GP | 10,600 | 10,000 | $ 171,508.00 |
| GPS | 32,200 | 29,800 | $ 320,098.00 |
| GPT | 4,400 | 3,800 | $ 60,847.00 |
| GS | 29,644,110 | 26,971,510 | $ 1,217,511,188.00 |
| GSK | 22,600 | 21,300 | $ 468,257.00 |
| HAL | 343,530 | 308,930 | $ 4,577,613.60 |
| HAS | 3,200 | 1,600 | $ 17,112.00 |
| HB | 700 | 700 | $ 21,858.00 |
| HCA | 843,800 | 823,800 | $ 13,432,613.00 |
| HD | 36,839,830 | 35,686,630 | $ 618,094,846.00 |
| HDI | 72,400 | 63,800 | $ 1,983,044.30 |
| HET | 5,600 | 5,000 | $ 117,883.00 |
| HIG | 31,200 | 28,800 | $ 1,033,260.00 |
| HMA | 200 | 200 | $ 2,201.00 |
| HNT | 11,200 | 10,000 | $ 163,874.00 |
| HNZ | 12,600 | 11,200 | $ 188,603.00 |
| HON | 8,637,970 | 8,014,870 | $ 109,035,471.50 |
| HOT | 16,800 | 14,800 | $ 309,579.00 |
| HPQ | 170,290 | 167,790 | $ 2,024,040.70 |
| HRB | 16,500 | 14,300 | $ 386,118.00 |
| IBM | 39,541,800 | 36,028,800 | $ 1,596,715,671.00 |
| IFF | 6,000 | 2,400 | $ 42,024.00 |
| IGT | 207,100 | 180,900 | $ 3,597,624.00 |
| IP | 6,905,800 | 6,415,000 | $ 121,014,696.00 |
| IR | 11,600 | 10,100 | $ 325,992.00 |
| IRF | 6,000 | 5,200 | $ 132,487.00 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---|---|---|
| ITT | 6,300 | 6,300 | $ 282,722.00 |
| ITW | 14,500 | 13,100 | $ 643,539.00 |
| IWM | 1,000 | 1,000 | $ 55,009.00 |
| JBL | 35,600 | 32,700 | $ 552,555.00 |
| JCP | 20,000 | 19,000 | $ 326,800.00 |
| JEF | 1,600 | 800 | $ 12,295.00 |
| JHF | 4,600 | 3,400 | $ 58,716.00 |
| JNJ | 5,689,540 | 5,486,940 | $ 146,512,588.60 |
| JNY | 7,200 | 6,000 | $ 105,312.00 |
| JPM | 51,071,260 | 48,537,260 | $ 876,781,926.20 |
| JWN | 2,000 | 2,000 | $ 37,435.00 |
| KBH | 35,400 | 33,500 | $ 1,371,386.00 |
| KEY | 59,840 | 58,340 | $ 983,573.00 |
| KFT | 7,600 | 7,200 | $ 147,162.00 |
| KKD | 4,300 | 3,600 | $ 117,061.00 |
| KMB | 27,200 | 25,400 | $ 776,410.00 |
| KMG | 10,200 | 8,100 | $ 205,275.50 |
| KMX | 39,100 | 34,400 | $ 634,329.00 |
| KO | 10,007,520 | 9,402,520 | $ 211,044,405.30 |
| KR | 18,100 | 15,600 | $ 136,463.00 |
| KRB | 3,734,500 | 3,514,700 | $ 37,161,783.60 |
| KSS | 37,876,966 | 34,603,546 | $ 862,923,843.79 |
| LEA | 800 | 800 | $ 23,600.00 |
| LEH | 39,237,200 | 34,491,100 | $ 1,265,472,170.00 |
| LEN | 20,272,100 | 18,627,800 | $ 548,632,715.70 |
| LH | 5,700 | 5,200 | $ 117,114.00 |
| LIZ | 1,800 | 1,200 | $ 21,822.00 |
| LLL | 9,700 | 9,000 | $ 256,097.00 |
| LLY | 17,225,050 | 16,020,350 | $ 524,476,461.00 |
| LMT | 1,435,120 | 1,265,720 | $ 31,215,925.00 |
| LOW | 30,252,360 | 28,081,360 | $ 716,755,065.60 |
| LPX | 4,600 | 4,600 | $ 54,908.00 |
| LTD | 200 | 200 | $ 1,861.00 |
| LTR | 1,600 | 1,600 | $ 42,920.00 |
| LUV | 97,800 | 83,200 | $ 714,337.00 |
| LXK | 1,356,600 | 1,271,200 | $ 54,910,439.00 |
| MAN | 1,000 | 1,000 | $ 19,802.00 |
| MAR | 4,000 | 3,000 | $ 70,719.00 |
| MAS | 28,000 | 20,900 | $ 293,466.00 |
| MAT | 15,600 | 14,600 | $ 139,992.00 |
| MAY | 33,300 | 30,300 | $ 451,396.00 |
| MBG | 7,300 | 5,800 | $ 132,181.00 |
| MCD | 72,360 | 69,260 | $ 1,026,277.80 |
| MCK | 182,290 | 166,890 | $ 2,623,374.20 |
| MDT | 1,895,700 | 1,799,700 | $ 43,749,785.00 |
| MEL | 17,000 | 13,000 | $ 222,063.00 |
| MER | 55,485,600 | 49,400,700 | $ 1,330,904,390.00 |
| MET | 14,600 | 13,100 | $ 234,882.00 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---|---|---|
| MGG | 5,000 | 4,000 | $ 74,545.00 |
| MIK | 4,400 | 3,600 | $ 78,500.00 |
| MMC | 1,443,630 | 1,386,830 | $ 34,397,714.00 |
| MMM | 23,144,500 | 21,184,100 | $ 976,297,196.00 |
| MO | 2,553,830 | 2,472,930 | $ 50,587,672.60 |
| MOT | 1,000 | 1,000 | $ 8,641.00 |
| MRK | 35,925,300 | 34,044,700 | $ 852,576,677.80 |
| MRO | 12,600 | 8,100 | $ 135,915.00 |
| MTG | 4,200 | 2,400 | $ 66,166.00 |
| MU | 46,400 | 41,000 | $ 331,560.00 |
| MWD | 55,091,800 | 49,264,800 | $ 1,266,661,918.00 |
| MWV | 11,000 | 8,200 | $ 118,519.00 |
| MYG | 4,000 | 1,600 | $ 20,856.00 |
| MYL | 15,200 | 15,200 | $ 190,330.00 |
| N | 96,190 | 90,490 | $ 1,745,712.50 |
| NAV | 11,500 | 10,000 | $ 231,185.00 |
| NBR | 20,000 | 19,000 | $ 436,037.00 |
| NCC | 11,900 | 10,800 | $ 181,842.00 |
| NCF | 6,400 | 5,600 | $ 76,486.00 |
| NCR | 1,200 | 900 | $ 19,788.00 |
| NE | 65,660 | 62,560 | $ 1,245,819.60 |
| NEM | 410,538 | 373,578 | $ 8,435,972.22 |
| NFB | 9,200 | 7,600 | $ 151,187.00 |
| NKE | 34,300 | 28,600 | $ 871,190.00 |
| NOC | 3,141,900 | 2,973,200 | $ 133,079,696.00 |
| NOK | 300 | 300 | $ 4,638.00 |
| NSC | 200 | 200 | $ 2,946.00 |
| NSM | 48,823,138 | 44,589,238 | $ 646,747,147.85 |
| NTE | 7,500 | 7,000 | $ 120,220.00 |
| NUE | 44,800 | 42,800 | $ 1,646,039.00 |
| NWL | 4,000 | 3,200 | $ 37,312.00 |
| NWS | 51,510 | 50,710 | $ 1,040,202.50 |
| NYB | 1,000 | 1,000 | $ 18,086.00 |
| NYT | 22,100 | 19,400 | $ 452,659.00 |
| OCR | 9,200 | 9,200 | $ 196,381.00 |
| ODP | 3,200 | 3,200 | $ 25,552.00 |
| OHP | 38,700 | 35,800 | $ 985,878.00 |
| OMC | 13,871,850 | 13,162,750 | $ 507,414,795.00 |
| ONE | 5,255,910 | 5,085,810 | $ 97,956,320.00 |
| OXY | 11,800 | 8,100 | $ 169,670.00 |
| PBI | 9,500 | 7,800 | $ 160,882.00 |
| PCG | 2,800 | 2,800 | $ 42,844.00 |
| PCL | 11,100 | 7,400 | $ 102,869.00 |
| PD | 25,800 | 24,400 | $ 946,436.00 |
| PEG | 4,500 | 2,000 | $ 41,320.00 |
| PEP | 2,118,970 | 2,022,970 | $ 45,483,706.00 |
| PFE | 14,637,940 | 14,050,340 | $ 231,934,407.70 |
| PFG | 7,800 | 5,600 | $ 94,162.00 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---|---|---|
| PG | 22,803,820 | 21,475,420 | $ 943,752,621.00 |
| PGN | 300 | 300 | $ 8,340.00 |
| PGR | 2,100 | 1,200 | $ 49,248.00 |
| PH | 10,300 | 10,000 | $ 332,687.00 |
| PHM | 23,300 | 21,600 | $ 542,705.00 |
| PLD | 5,800 | 4,200 | $ 65,523.00 |
| PMI | 1,800 | 1,200 | $ 22,049.00 |
| PPL | 4,700 | 3,000 | $ 65,725.00 |
| PPP | 1,000 | 1,000 | $ 21,945.00 |
| PRU | 27,200 | 26,600 | $ 528,806.00 |
| PRX | 6,000 | 5,400 | $ 197,589.00 |
| QQQ | 3,506,800 | 3,449,600 | $ 49,461,168.50 |
| RBK | 9,800 | 8,400 | $ 160,133.00 |
| RCL | 9,000 | 7,800 | $ 140,910.00 |
| RD | 32,600 | 32,400 | $ 953,738.00 |
| RDC | 200 | 200 | $ 2,563.00 |
| RIG | 9,700 | 8,800 | $ 121,553.00 |
| RJR | 31,100 | 28,100 | $ 858,422.00 |
| ROH | 6,000 | 4,000 | $ 85,045.00 |
| RSH | 16,000 | 13,600 | $ 202,966.00 |
| RTH | 1,400 | 1,400 | $ 60,284.00 |
| RTN | 69,700 | 57,900 | $ 881,190.00 |
| RYL | 1,700 | 1,600 | $ 66,455.00 |
| S | 1,261,580 | 1,198,880 | $ 19,459,298.00 |
| SAP | 12,800 | 12,700 | $ 254,213.00 |
| SBC | 15,518,170 | 14,764,470 | $ 181,581,600.90 |
| SDS | 7,100 | 6,500 | $ 94,621.00 |
| SEE | 4,000 | 2,000 | $ 52,172.00 |
| SFA | 264,010 | 214,110 | $ 3,521,970.40 |
| SFI | 4,400 | 4,400 | $ 86,102.00 |
| SGP | 1,335,100 | 1,311,000 | $ 12,034,513.00 |
| SII | 103,288 | 96,188 | $ 2,748,515.53 |
| SLB | 1,813,700 | 1,635,800 | $ 38,597,955.20 |
| SLM | 19,300 | 16,900 | $ 413,276.00 |
| SMH | 2,000 | 2,000 | $ 33,466.00 |
| SNE | 3,700 | 3,500 | $ 66,071.00 |
| SNV | 2,800 | 2,800 | $ 38,941.00 |
| SO | 54,150 | 50,850 | $ 851,880.10 |
| SPC | 40,100 | 33,000 | $ 692,793.00 |
| SPG | 5,700 | 5,200 | $ 124,008.00 |
| SPW | 2,000 | 2,000 | $ 49,113.00 |
| SPY | 14,144,400 | 13,420,000 | $ 649,630,296.00 |
| SRE | 4,800 | 3,400 | $ 48,174.00 |
| STA | 5,000 | 4,400 | $ 92,646.00 |
| STI | 1,300 | 800 | $ 27,760.00 |
| STJ | 5,600 | 4,400 | $ 125,567.00 |
| STK | 13,600 | 9,500 | $ 155,128.00 |
| STM | 3,400 | 3,400 | $ 48,548.00 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---|---|---|
| STT | 2,600 | 2,600 | $ 84,214.00 |
| STX | 52,900 | 49,500 | $ 613,629.00 |
| STZ | 5,300 | 4,200 | $ 67,715.00 |
| SWY | 51,900 | 51,000 | $ 554,850.00 |
| SYK | 34,800 | 32,400 | $ 767,071.00 |
| SYY | 9,900 | 9,400 | $ 166,941.00 |
| T | 16,800 | 8,800 | $ 86,740.00 |
| TDW | 12,600 | 10,800 | $ 174,168.00 |
| TER | 115,420 | 109,720 | $ 1,360,835.90 |
| TGT | 9,578,090 | 8,783,790 | $ 164,154,508.20 |
| THC | 1,200 | 1,200 | $ 8,810.00 |
| TIF | 7,600 | 7,600 | $ 128,656.00 |
| TJX | 16,000 | 16,000 | $ 190,969.00 |
| TMX | 56,160 | 55,860 | $ 1,055,532.40 |
| TOL | 101,380 | 87,860 | $ 1,933,588.90 |
| TRB | 14,500 | 11,800 | $ 270,394.00 |
| TSG | 6,300 | 5,400 | $ 58,032.00 |
| TWX | 1,800 | 1,800 | $ 15,578.00 |
| TXN | 69,056,530 | 64,759,330 | $ 779,358,639.20 |
| TXT | 3,000 | 3,000 | $ 85,204.00 |
| TXU | 1,400 | 1,400 | $ 29,382.00 |
| TYC | 1,092,720 | 1,048,820 | $ 11,462,849.10 |
| UBS | 800 | 600 | $ 17,380.00 |
| UCL | 4,900 | 4,600 | $ 81,614.00 |
| UHS | 2,400 | 2,400 | $ 61,524.00 |
| UNH | 8,054,230 | 7,546,630 | $ 218,257,575.30 |
| UNP | 1,600 | 1,400 | $ 40,142.00 |
| UPS | 438,600 | 426,400 | $ 13,857,577.00 |
| USB | 1,154,300 | 1,109,300 | $ 12,879,275.60 |
| UST | 9,200 | 4,800 | $ 84,742.00 |
| UTX | 18,590,200 | 17,273,800 | $ 729,053,770.00 |
| UVN | 8,200 | 8,000 | $ 129,166.00 |
| VLO | 65,400 | 52,200 | $ 1,783,779.00 |
| VOD | 2,000 | 2,000 | $ 21,960.00 |
| VZ | 26,731,010 | 24,819,610 | $ 455,523,934.00 |
| WAG | 1,696,080 | 1,569,680 | $ 25,020,580.40 |
| WB | 8,431,500 | 7,844,500 | $ 162,181,909.00 |
| WEN | 4,200 | 4,200 | $ 81,806.00 |
| WFC | 9,234,010 | 8,598,710 | $ 216,153,268.00 |
| WFT | 89,520 | 74,120 | $ 1,703,825.30 |
| WHR | 1,200 | 1,200 | $ 45,249.00 |
| WLP | 59,200 | 55,800 | $ 2,794,433.00 |
| WM | 3,696,348 | 3,531,648 | $ 72,521,962.75 |
| WMI | 83,390 | 82,190 | $ 1,281,236.30 |
| WMT | 54,303,850 | 50,909,750 | $ 1,405,767,482.90 |
| WON | 3,700 | 1,600 | $ 24,213.00 |
| WPI | 39,600 | 37,200 | $ 889,577.00 |
| WSH | 7,200 | 3,600 | $ 59,917.00 |

**EXHIBIT D TO LEAD PLAINTIFF MOTION**

**Sea Carriers LP I Ordered and Executed Shares**
**( May 2003 to Dec 2005 only)**

| Symbol | Ordered Shares | Executed Shares | Value |
|---|---|---|---|
| WSM | 8,600 | 4,800 | $ 74,121.00 |
| WTW | 24,300 | 19,500 | $ 415,973.00 |
| WY | 9,400 | 7,000 | $ 222,779.00 |
| WYE | 19,806,860 | 18,687,160 | $ 399,166,108.10 |
| X | 128,850 | 118,150 | $ 2,106,672.70 |
| XL | 3,300 | 3,000 | $ 109,917.00 |
| XLF | 3,400 | 3,400 | $ 49,088.00 |
| XOM | 7,087,460 | 6,879,560 | $ 133,093,850.30 |
| YUM | 10,400 | 8,000 | $ 136,909.00 |
| ZMH | 43,600 | 39,800 | $ 1,480,126.00 |