## 1998 Summary


DEPOSITION EXHIBIT
TAMMEY M. PASTOR, RCR

| Month | Trading Equity | Closing Equity | Trading Result | Basket Result | Deposits | Withdrawals | ROI | Volume |
|---|---|---|---|---|---|---|---|---|
| August | $203,000 | $317,000 | 114,000.00 | | $210,000 | ($7,000) | 56.16% | 4,911,662 |
| September | $417,000 | $756,734 | 339,734.25 | (3,711) | $100,000 | $0 | 81.47% | 16,997,490 |
| October | $756,734 | $797,652 | 100,201.94 | (57,296) | $76,004 | ($78,000) | 5.41% | 14,886,600 |
| November | $797,652 | $762,141 | (35,365.21) | (145) | $0 | $0 | -4.45% | 2,679,000 |
| December | $762,141 | $659,852 | ($20,905) | (1,661) | $0 | ($83,119) | -3.08% | 5,233,600 |
| Summary | $203,000 | $659,852 | $497,666 | (62,813) | $386,004 | ($168,119) | 214.21% | 44,708,352 |

| | |
|---|---|
| Gross Profit | $434,853 |
| 1998 Expenses | $62,876 |
| Net Gain After Expenses | $371,977 |
| 1998 Return on Investment | 214.21% |
| MMA Liability | ($50,000) |
| Sea Carriers Profit | $185,989 |
| Empire Profit | $185,989 |
| SLK Revenue | $491,792 |
| Volume | 44,708,352 |

DEPOSITION EXHIBIT
Exhy 10
8/12/06
TAMMEY M. PASTOR, R.M.R.

## 1999 Trading Summary

| Month | Account Equity | Closing Equity | Trading Result | Basket Result | Volume | SLK Revenue | ROI |
|---|---|---|---|---|---|---|---|
| January | $659,852.72 | $652,636.91 | ($1,538.61) | ($6,110.90) | 5,921,400 | $59,214.00 | -1.09% |
| February | $652,636.91 | $1,178,597.57 | $51,945.63 | ($8,671.68) | 12,030,800 | $120,308.00 | 6.63% |
| March | $1,178,597.57 | $1,096,853.62 | ($21,044.97) | ($5,816.88) | 14,184,200 | $120,565.70 | -2.28% |
| April | $1,321,853.62 | $1,181,284.07 | $82,690.50 | $13,075.33 | 13,027,200 | $80,025.80 | 7.37% |
| May | $1,181,258.19 | $1,389,191.43 | $193,420.41 | ($3,732.59) | 13,027,200 | $97,704.00 | 16.06% |
| June | $1,389,191.43 | $1,374,712.02 | $41,593.23 | $2,947.64 | 7,845,200 | $58,839.00 | 2.99% |
| July | $1,374,712.02 | $1,306,103.87 | ($46,587.70) | ($416.82) | 8,051,800 | $55,813.50 | -3.39% |
| August | $1,306,103.87 | $1,401,035.26 | $137,310.93 | $6,568.30 | 9,101,874 | $63,544.42 | 10.51% |
| September | $1,364,220.63 | $1,372,415.10 | $69,763.52 | $3,051.30 | 14,585,900 | $98,958.42 | 5.11% |
| October | $1,372,415.10 | $1,435,411.10 | $160,688.24 | $2,710.67 | 21,046,800 | $136,183.48 | 11.71% |
| November | $1,435,411.10 | $1,429,562.90 | $69,325.34 | $3,205.26 | 14,220,200 | $90,410.75 | 4.83% |
| December | $1,429,562.90 | $1,536,403.90 | $26,021.05 | $3,326.96 | 12,204,218 | $76,852.77 | 1.82% |

**1999 Figures**

| | |
|---|---|
| Trading Result | $763,587.57 |
| Basket Result | $10,136.59 |
| Gross Result | $773,724.16 |
| Expenses | $133,302.64 |
| Net Result | $640,421.52 |
| SLK Revenues | $1,058,419.84 |

**Since Inception**

| | |
|---|---|
| Empire 1999 Profit | $320,210.76 |
| Sea Carriers 1999 Profit | $320,210.76 |
| Empire Total | $506,199.76 |
| Empire Distributed | $300,000.00 |
| Sea Carriers Total | $506,199.76 |
| Distributed | $455,000.00 |
| Alan Total | $101,239.95 |
| Alan Distributed | $60,000.00 |

Does not include reserve for MMA.

Does not include E-Mini Result





## 2000 Trading Summary

| Month | Account Equity | Closing Equity | Trading Result | Basket Result | Trader Result | Volume | SLK Revenue | ROI |
|---|---|---|---|---|---|---|---|---|
| January | $1,836,185.25 | $1,881,309.50 | $333,159.86 | $973.08 | | 19,855,608 | $124,658.53 | 18.14% |
| February | $1,881,309.50 | $2,031,995.60 | $479,495.54 | $4,971.97 | | 35,125,472 | $209,029.85 | 25.76% |
| March | $2,161,995.60 | $2,597,351.40 | $1,001,906.22 | ($10,578.77) | | 45,808,066 | $205,118.03 | 46.34% |
| April | $2,597,351.40 | $3,553,552.30 | $2,009,106.28 | $28,426.27 | | 53,885,086 | $312,463.84 | 77.35% |
| May | $3,553,498.18 | $3,813,899.30 | $565,007.73 | ($39,130.84) | | 36,779,948 | $212,586.27 | 16.71% |
| June | $3,803,899.30 | $3,836,544.50 | $90,760.56 | $28,668.37 | | 19,198,420 | $103,986.43 | 2.39% |
| July | $3,636,544.50 | $3,657,837.90 | ($16,415.17) | $12,277.06 | | 7,767,208 | $43,192.21 | -0.48% |
| August | $3,657,837.90 | $3,615,636.47 | ($22,841.00) | $20,399.02 | ($1,052.50) | 14,739,814 | $84,855.69 | -0.62% |
| September | $3,615,636.47 | $3,625,561.78 | $170,508.49 | $13,865.31 | | 16,951,220 | $102,584.93 | 4.72% |
| October | $3,625,561.78 | $4,124,560.05 | $878,983.81 | $811.18 | | 38,819,288 | $184,179.83 | 24.19% |
| November | $4,124,560.05 | $4,191,824.76 | $321,956.71 | $16,112.24 | ($5,523.79) | 26,900,982 | $134,514.70 | 7.80% |
| December | $4,181,824.76 | $4,093,149.40 | $196,210.39 | $1,959.45 | ($532.06) | 17,465,516 | $87,330.89 | 4.73% |

**2000 Figures**

| | |
|---|---|
| Trading Result | $6,105,739.44 |
| Basket Result | $81,604.34 |
| Trader Result | ($7,108.37) |
| Gross Result | $6,180,435.41 |
| Expenses | $274,244.24 |
| Net Result | $5,906,191.17 |
| SLK Revenues | $1,804,281.90 |

**Since Inception**

| | |
|---|---|
| Empire 2000 Profit | $2,953,095.59 |
| Sea Carriers 2000 Profit | $2,953,095.59 |
| 1998 Net Result | $371,978.00 |
| 1999 Net Result | $840,421.52 |
| 2000 Net Result | $5,906,191.17 |
| Empire Total | $3,459,295.35 |
| Empire Distributed | $675,000.00 |
| Sea Carriers Total | $3,459,295.35 |
| Distributed | $3,385,000.00 |
| Alan Total | $691,859.07 |
| Alan Distributed | $202,000.00 |



DEPOSITION EXHIBIT
TAMMEY M. PASTOR, R.P.R.



DEPOSITION EXHIBIT
TAMMEY M. PASTOR, R.P.R.

## 2001 Trading Results Summary



| Month | Account Equity | Closing Equity | Trading Result | Basket Result | Credits | Volume | SLK Revenue | ROI | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| January | $4,093,149.40 | $3,905,029.17 | ($12,203.69) | $4,595.10 | $0 | 24,259,846 | $120,418 | -0.30% | $36,325.04 |
| February | $3,905,029.17 | $4,371,010.18 | $684,247.66 | $12,901.18 | $0 | 66,123,596 | $316,055 | 17.52% | $50,125.08 |
| March | $4,371,010.18 | $5,571,425.82 | $1,670,432.58 | ($4,558.34) | $189,642 | 177,153,876 | $797,226 | 38.22% | $60,785.40 |
| April | $5,571,425.82 | $5,272,590.69 | $598,353.08 | ($9,208.38) | $300,245 | 190,271,000 | $860,634 | 10.74% | $48,923.17 |
| May | $5,054,853.07 | $5,059,337.48 | $91,566.73 | $28,114.99 | $138,846 | 128,053,944 | $578,008 | 1.81% | $125,132.34 |
| June | $5,059,337.48 | $4,934,363.64 | $160,450.69 | ($48,652.97) | $131,619 | 152,655,004 | $533,133 | 3.17% | $46,124.75 |
| July | $4,934,363.64 | $4,861,373.35 | $89,264.14 | $35,133.62 | $65,214 | 110,864,210 | $387,661 | 1.81% | $41,945.73 |
| August | $4,861,373.35 | $4,749,348.48 | ($16,826.69) | $298.90 | $58,288 | 141,793,814 | $496,293 | -0.35% | $68,956.29 |
| September | $4,749,348.48 | $5,075,595.61 | $642,068.99 | $2,506.69 | $169,568 | 198,637,338 | $695,462 | 13.52% | $22,743.75 |
| October | $5,043,056.40 | $5,367,409.28 | ($81,763.51) | ($14,292.75) | $621,306 | 345,171,240 | $1,113,707 | -1.62% | $80,954.51 |
| November | $5,167,409.28 | $4,828,999.14 | $50,336.19 | $14,803.43 | $0 | 346,345,672 | $584,276 | 0.97% | $36,925.02 |
| December | $4,828,999.14 | $4,350,941.84 | ($130,671.83) | $4,536.28 | $7,500 | 177,618,292 | $341,235 | -2.71% | $54,625.95 |

### 2001 Figures

| | |
|---|---|
| Trading Result | $3,745,254.35 |
| Basket Result | $26,177.75 |
| Trader Allocation Due | $0.00 |
| Trader Distributions | $910,488.70 |
| Gross Result | $5,453,680.69 |
| Expenses | $710,727.74 |
| Net Result | $3,832,444.25 |
| SLK Revenues | $6,824,106.37 |
| Credits | $1,682,228.59 |

### Since Inception

| | |
|---|---|
| Empire 2001 Profit | $1,916,222 |
| Sea Carriers 2001 Profit | $1,916,222 |
| 1998 Net Result | $371,978 |
| 1999 Net Result | $640,422 |
| 2000 Net Result | $5,913,754 |
| 2001 Net Result | $3,832,444 |
| Empire Total | $5,379,299 |
| Empire Distributed | $1,580,000 |
| Sea Carriers Total | $5,379,299 |
| Distributed | $5,695,000 |

| Month | Account Equity | Closing Equity | Trading Result | Basket Result | Credits | Volume | SLK Revenue | ROI | Expenses | Trader Distributions |
|---|---|---|---|---|---|---|---|---|---|---|
| January | $4,350,941.84 | $4,375,640.86 | $71,353.01 | ($1,056.80) | $0 | 238,955,232 | $477,422 | 1.64% | | |
| February | $4,375,840.86 | $4,816,779.10 | $639,769.85 | ($10,354.97) | $0 | 242,609,400 | $461,139 | 14.62% | | |
| March | $4,816,779.10 | $4,781,335.37 | $130,718.08 | $4,635.26 | $10,000 | 219,526,642 | $436,097 | 2.71% | | |
| April | $4,715,601.71 | $4,734,887.59 | $153,484.03 | ($7,085.72) | $0 | 191,634,500 | $398,213 | 3.25% | | |
| May | $4,734,812.59 | $4,582,218.08 | $100,062.93 | $8,049.72 | $75,000 | 173,089,200 | $345,760 | 2.11% | | |
| June | $4,582,218.08 | $5,249,988.98 | $1,011,714.71 | ($1,918.86) | $77,456 | 263,347,700 | $427,343 | 22.08% | | |
| July | $5,327,369.98 | $7,381,937.16 | $3,533,514.10 | $23,993.84 | $155,872 | 476,688,900 | $699,214 | 66.33% | | |
| August | $7,381,937.16 | $6,643,392.17 | $598,769.86 | ($71,166.28) | $102,085 | 362,841,300 | $587,054 | 8.11% | | |
| September | $6,643,392.17 | $7,490,100.43 | $501,659.73 | $39,772.67 | $91,386 | 377,062,050 | $625,652 | 7.55% | | |
| October | $7,641,100.43 | $7,852,077.23 | $877,741.55 | ($4,157.40) | $182,415 | 673,515,000 | $1,018,765 | 11.49% | | |
| November | $7,852,077.23 | $7,418,749.73 | ($116,975.70) | $11,019.54 | $117,640 | 337,175,700 | $580,139 | -1.49% | | |
| December | $7,388,737.73 | $6,077,759.59 | ($164,889.70) | $19,215.98 | $65,754 | 140,281,688 | $243,426 | -2.23% | | |

**2002 Figures**

| | |
|---|---|
| Trading Result | $7,336,922.43 |
| Basket Result | $10,946.98 |
| Trader Allocation Due | $0.02 |
| Trader Distributions | $1,573,650.00 |
| Gross Result | $8,225,457.07 |
| Expenses | $1,050,091.79 |
| Net Result | $5,801,715.25 |
| SLK Revenues | $6,300,243.77 |
| Credits | $877,587.66 |

2002 Return To Date  128.75%

**Since Inception**

| | |
|---|---|
| Empire 2002 Profit | $2,800,858 |
| Sea Carriers 2002 Profit | $2,800,858 |
| 1998 Net Result | $371,978 |
| 1999 Net Result | $640,422 |
| 2000 Net Result | $5,913,754 |
| 2001 Net Result | $3,844,605 |
| 2002 Net Result | $5,601,715 |
| Empire Total | $8,186,237 |
| Empire Distributed | $3,040,000 |
| Sea Carriers Total | $8,186,237 |
| Distributed | $8,095,000 |
| Sea Carriers Balance | $91,237 |

DEPOSITION EXHIBIT
TAMMEY M. PASTOR, R.P.R.