ENVELOPE 1 OF 1
39 PAGES

212-
902-
1000

Spear, Leeds & Kellogg

SEA CARRIERS LIMITED PARTNERSH
IP
75 HOLLY HILL LANE
GREENWICH    CT  06830

ENVELOPE 1 OF 1
39 PAGES

Account No.  Taxpayer Id.  Statement Period  Page

ENVELOPE 1 OF 1
39 PAGES

# Spear, Leeds & Kellogg

## Professional Clearing & Execution Account



SEA CARRIERS LIMITED PARTNERSH IP
75 HOLLY HILL LANE
GREENWICH   CT  06830

| Account No. | Taxpayer Id. | Statement Period | Page: |
|---|---|---|---|
|  |  | 01/01/03 - 01/31/03 | 2 OF 12 |

Spear, Leeds & Kellogg
120 Broadway
New York, NY 10271-0093
(212)433-7000

2/ 39

### Asset Summary

| | Value 12/31/02 | Value 01/31/03 |
|---|---|---|
| Account Credit Balance | 0.00 | 5,500,083.32 |
| Long Stock Value | 0.00 | 0.00 |
| Short Stock Value | 0.00 | 0.00 |
| Long Option Value | 0.00 | 0.00 |
| Short Option Value | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| U.S. Govt. Securities | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Money Market Funds | 0.00 | 0.00 |
| Other Assets | 0.00 | 0.00 |
| Total Asset Value | 0.00 | 5,500,083.32 |
| Account Debit Balance | 0.00 | 0.00 |
| Total Net Worth/Equity | 0.00 | 5,500,083.32 |

### Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| Money Market Income | 0.00 | 0.00 |
| Dividend Inc/Exp (Net) | 0.00 | 0.00 |
| Municipal Int/Exp (Net) | 0.00 | 0.00 |
| Corporate Int/Exp (Net) | 0.00 | 0.00 |
| U.S. Govt Int/Exp (Net) | 83.32 | 83.32 |
| Interest Int/Exp (Net) | 0.00 | 0.00 |
| Other Inc/Exp (Net) | 0.00 | 0.00 |
| Total Income/Expense (Net) | 83.32 | 83.32 |

### Market Indicators

| | This Month | Begin. of Year | % Chg. |
|---|---|---|---|
| S&P 500 Index | 855.70 | 879.82 | - 2.74% |
| DJIA | 8,053.81 | 8,341.63 | - 3.45% |
| NASDAQ | 1,320.91 | 1,335.51 | - 1.09% |
| T-Bill | 778.63 | 777.90 | + 0.09% |

### Account Balance Reconciliation

| | This Month | Year-To-Date |
|---|---|---|
| Opening Balance | 0.00 | 0.00 |
| Securities Sold | 0.00 | 0.00 |
| Securities Purchased | 0.00 | 0.00 |
| Transfs/Recvs/Delivs | 0.00 | 0.00 |
| Dividend Income | 0.00 | 0.00 |
| Dividend Expense | 0.00 | 0.00 |
| Interest Income | 83.32 | 83.32 |
| Interest Expense | 0.00 | 0.00 |
| P & L Bookings by Cusip | (18.73) | (18.73) |
| Other Capital Items | 0.00 | 0.00 |
| Contribution | 5,500,000.00 | 5,500,000.00 |
| Withdrawals | 0.00 | 0.00 |
| P & L Debits | 0.00 | 0.00 |
| P & L Credits | 18.73 | 18.73 |
| Other Trans Debits/Credits | 0.00 | 0.00 |
| Closing Balance | 5,500,083.32 | 5,500,083.32 |

### Cash Flow Analysis

| | This Month | Year-To-Date |
|---|---|---|
| Opening Balance | 0.00 | 0.00 |
| Securities Sold | 0.00 | 0.00 |
| Securities Purchased | 0.00 | 0.00 |
| Transfs/Recvs/Delivs | 0.00 | 0.00 |
| Dividends/Int. Income | 83.32 | 83.32 |
| Other Capital Items | 0.00 | 0.00 |
| Securities Purchased | 0.00 | 0.00 |
| Dividends/Int Expense | 0.00 | 0.00 |
| Other Capital Items | 0.00 | 0.00 |
| P & L Bookings by Cusip | (18.73) | (18.73) |
| Contribution/Withdrawals | 5,500,000.00 | 5,500,000.00 |
| Closing Balance | 5,500,064.59 | 5,500,064.59 |
| Net Cash Activity | 5,500,064.59 | 5,500,064.59 |

THIS SUB-ACCOUNT IS BENEFICIALLY OWNED BY SEA CARRIERS LIMITED PARTNERSH
WE CARRY MULTIPLE ACCOUNTS OWNED BY SEA CARRIERS LIMITED PARTNERSH. THE TOTAL VALUE OF THESE ASSETS CAN ONLY BE DETERMINED BY ADDING TOGETHER THE VALUES OF ALL RELATED ACCOUNTS, INCLUDING ACCOUNTS WITH NEGATIVE VALUE.

# Spear, Leeds & Kellogg

SSEA CARRIERS LIMITED PARTNERSHIP
75 HOLLY HILL LANE
GREENWICH    CT    06830

Spear, Leeds & Kellogg
120 Broadway
New York, NY  10271-0093
(212)433-7000

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| — | — | 01/01/03 - 01/31/03 | 9 OF 12 |

9/ 39

## PENDING TRADES

| SYMBOL/CUSIP | DESCRIPTION | TRADE DATE | SETTLEMENT DATE | BUY/SELL | NUMBER OF SHARES | PRICE | TRADE NET |
|---|---|---|---|---|---|---|---|
| Account 729S1209 | TRADING ACCOUNT | | | | | | |
| AIG | AMERICAN INTL GROUP INC COM | 01/30/03 | 02/04/03 | SEL | 100 | 53.30 | $5,329.82 |
| | | 01/30/03 | 02/04/03 | BOT | 100 | 53.40 | $5,340.00 |
| ADI | ANALOG DEVICES INC | 01/30/03 | 02/04/03 | BOT | 100 | 23.63 | $2,363.00 |
| | | 01/30/03 | 02/04/03 | BOT | 100 | 23.63 | $2,363.00 |
| | | 01/30/03 | 02/04/03 | BOT | 100 | 23.63 | $2,363.00 |
| | | 01/30/03 | 02/04/03 | BOT | 100 | 23.65 | $2,365.00 |
| | | 01/30/03 | 02/04/03 | BOT | 100 | 23.66 | $2,366.00 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 23.63 | $2,362.91 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 23.65 | $2,364.91 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 23.62 | $2,361.91 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 23.62 | $2,361.91 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 23.60 | $2,359.91 |
| AOL | AOL TIME WARNER, INC. | 01/30/03 | 02/04/03 | SEL | 100 | 11.92 | $1,191.95 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 11.91 | $1,190.95 |
| | | 01/30/03 | 02/04/03 | SEL | 100 | 11.92 | $1,192.00 |
| | | 01/30/03 | 02/04/03 | BOT | 100 | 11.91 | $1,191.00 |

Total Buy Money for Accounts $19,543.00
Total Sell Money for Accounts $19,524.27
Total Buy Money for all Accounts $19,543.00
Total Sell Money for all Accounts $19,524.27





# Spear, Leeds & Kellogg

SEA CARRIERS LIMITED PARTNERSH
P
5 HOLLY HILL LANE
GREENWICH    CT  06830

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| | | 01/01/03 - 01/31/03 | 8 OF 19 |

Spear, Leeds & Kellogg
120 Broadway
New York, NY  10271-0093
(212)433-7000

20/ 39

## SETTLED SECURITIES TRANSACTIONS

| Account TRADING ACCOUNT | | | | | |
|---|---|---|---|---|---|
| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/ CODE | DEBIT | CREDIT | LEDGER BALANCE |

| DATE | LONG | SHORT | DESCRIPTION | PRICE/CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | AOL TIME WARNER, INC. | P&L | 899.00 | | $899.00DB |
| Closing Balance | | | | | | | $899.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | AMERICAN INT'L GROUP INC COM | P&L | | 377.00 | $377.00DB |
| Closing Balance | | | | | | | $377.00 |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | ANALOG DEVICES INC | P&L | 435.00 | | $435.00DB |
| Closing Balance | | | | | | | $435.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | BANK OF AMERICA CORP | P&L | 725.00 | | $725.00DB |
| Closing Balance | | | | | | | $725.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | BANK ONE CORP | P&L | 1,218.00 | | $1,218.00DB |
| Closing Balance | | | | | | | $1,218.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | EXXON MOBIL CORP. | P&L | 803.06 | | $803.06DB |
| Closing Balance | | | | | | | $803.06DB |

THIS SUB-ACCOUNT IS BENEFICIALLY OWNED BY SEA CARRIERS LIMITED PARTNERSH
WE CARRY MULTIPLE ACCOUNTS OWNED BY SEA CARRIERS LIMITED PARTNERSH. THE TOTAL VALUE OF THESE ASSETS CAN
ONLY BE DETERMINED BY ADDING TOGETHER THE VALUES OF ALL RELATED ACCOUNTS, INCLUDING ACCOUNTS WITH NEGATIVE VALUE.



# Spear, Leeds & Kellogg

SEA CARRIERS LIMITED PARTNERSH
5 HOLLY HILL LANE
GREENWICH CT 06830

Spear, Leeds & Kellogg
120 Broadway
New York, NY 10271-0093
(212)433-7000

## SETTLED SECURITIES TRANSACTIONS

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| | | 01/01/03 - 01/31/03 | 9 OF 19 |

Account: TRADING ACCOUNT

| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/ CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | FEDERAL HOME LOAN MTG CORP SR PART PFD | P&L | 2,465.00 | | $2,465.00DB |
| Closing Balance | | | | | | | $2,465.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | FEDERAL NATL MTG ASSN COM | P&L | 1,421.00 | | $1,421.00DB |
| Closing Balance | | | | | | | $1,421.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | INTERNATIONAL BUSINESS MACHS COM | P&L | 145.00 | | $145.00DB |
| Closing Balance | | | | | | | $145.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | KOHL'S CORPORATION COM | P&L | | 493.00 | $493.00 |
| Closing Balance | | | | | | | $493.00 |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | LOWE'S COMPANIES, INC. | P&L | | 1,305.00 | $1,305.00 |
| Closing Balance | | | | | | | $1,305.00 |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | MORGAN STANLEY | P&L | 1,740.00 | | $1,740.00DB |
| Closing Balance | | | | | | | $1,740.00DB |

21/ 39

THIS SUB-ACCOUNT IS BENEFICIALLY OWNED BY SEA CARRIERS LIMITED PARTNERSH WE CARRY MULTIPLE ACCOUNTS OWNED BY SEA CARRIERS LIMITED PARTNERSH. THE TOTAL VALUE OF THESE ASSETS CAN ONLY BE DETERMINED BY ADDING TOGETHER THE VALUES OF ALL RELATED ACCOUNTS, INCLUDING ACCOUNTS WITH NEGATIVE VALUE.



# Spear, Leeds & Kellogg

SEA CARRIERS LIMITED PARTNERSH
LP
75 HOLLY HILL LANE
GREENWICH    CT  06830

| Account No. | Taxpayer Id: | Statement Period | Page |
|---|---|---|---|
|  |  | 01/01/03 - 01/31/03 | 10 OF 19 |

Spear, Leeds & Kellogg
120 Broadway
New York, NY  10271-0093
(212)433-7000

22/ 39

## SETTLED SECURITIES TRANSACTIONS

### TRADING ACCOUNT

| DATE | LONG (Bought or Received) | SHORT (Sold or Delivered) | DESCRIPTION | PRICE/ CODE | DEBIT | CREDIT | LEDGER BALANCE |
|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | PFIZER INC COM | P&L | 1,189.00 | | $1,189.00DB |
| Closing Balance | | | | | | | $1,189.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | VERIZON COMMUNICATIONS | P&L | 1,044.00 | | $1,044.00DB |
| Closing Balance | | | | | | | $1,044.00DB |
| Opening Balance | | | | | | | $0.00 |
| 01/31/03 | | | WAL-MART STORES INC COM | P&L | | 580.00 | $580.00 |
| Closing Balance | | | | | | | $580.00 |
| Total Debit and Credit for | | | | | 12,084.06 | 2,755.00 | |
| Total Debit and Credit for all Accounts | | | | | 13,610.79 | 32,415.68 | |

THIS SUB-ACCOUNT IS BENEFICIALLY OWNED BY SEA CARRIERS LIMITED PARTNERSH WE CARRY MULTIPLE ACCOUNTS OWNED BY SEA CARRIERS LIMITED PARTNERSH. THE TOTAL VALUE OF THESE ASSETS CAN ONLY BE DETERMINED BY ADDING TOGETHER THE VALUES OF ALL RELATED ACCOUNTS, INCLUDING ACCOUNTS WITH NEGATIVE VALUE.

# Spear, Leeds & Kellogg
## Professional Clearing & Execution Account



SEA CARRIERS LIMITED PARTNERSH
PP
5 HOLLY HILL LANE
GREENWICH    CT  06830

| Account No. | Taxpayer.Id. | Statement Period | Page |
|---|---|---|---|
| | | 01/01/03 - 01/31/03 | 2 OF 8 |

Spear, Leeds & Kellogg
120 Broadway
New York, NY 10271-0093
(212)433-7000

33/ 39

### Asset Summary

| | Value 12/31/02 | Value 01/31/03 |
|---|---|---|
| Account Credit Balance | 0.00 | 0.00 |
| Long Stock Value | 0.00 | 0.00 |
| Short Stock Value | 0.00 | 0.00 |
| Long Option Value | 0.00 | 0.00 |
| Short Option Value | 0.00 | 0.00 |
| Corporate Fixed Income | 0.00 | 0.00 |
| U.S. Govt. Securities | 0.00 | 0.00 |
| Municipal Bonds | 0.00 | 0.00 |
| Money Market Funds | 0.00 | 0.00 |
| Other Assets | 0.00 | 0.00 |
| Total Asset Value | 0.00 | 0.00 |
| Account Debit Balance | 0.00 | 0.00 |
| Total Net Worth/Equity | 0.00 | 0.00 |

### Income Summary

| | This Month | Year-To-Date |
|---|---|---|
| Money Market Income | 0.00 | 0.00 |
| Dividend Inc/Exp (Net) | 0.00 | 0.00 |
| Municipal Int/Exp (Net) | 0.00 | 0.00 |
| Corporate Int/Exp (Net) | 0.00 | 0.00 |
| U.S. Govt.Int/Exp (Net) | 0.00 | 0.00 |
| Interest/Expense (Net) | 0.00 | 0.00 |
| Other Inc/Exp (Net) | 0.00 | 0.00 |
| Total Income/Expense (Net) | 0.00 | 0.00 |

### Market Indicators

| | This Month | Begin.of Year | % Chg. |
|---|---|---|---|
| S&P 500 Index | 855.70 | 879.82 | - 2.74% |
| DJIA | 8,053.81 | 8,341.63 | - 3.45% |
| NASDAQ | 1,320.91 | 1,335.51 | - 1.09% |
| T-Bill | 778.63 | 777.90 | + 0.09% |

### Account Balance Reconciliation

| | This Month | Year-To-Date |
|---|---|---|
| Opening Balance | 0.00 | 0.00 |
| Securities Sold | 0.00 | 0.00 |
| Securities Purchased | 0.00 | 0.00 |
| Transfs/Recvs/Delivs | 0.00 | 0.00 |
| Dividend Income | 0.00 | 0.00 |
| Dividend Expense | 0.00 | 0.00 |
| Interest Income | 0.00 | 0.00 |
| Interest Expense | 0.00 | 0.00 |
| P & L Bookings by Cusip | (2.12) | (2.12) |
| Other Capital Items | 0.00 | 0.00 |
| Contribution | 0.00 | 0.00 |
| Withdrawals | 0.00 | 0.00 |
| P & L Debits | 0.00 | 0.00 |
| P & L Credits | 2.12 | 2.12 |
| Other Trans Debits/Credits | 0.00 | 0.00 |
| Closing Balance | 0.00 | 0.00 |

### Cash Flow Analysis

| | This Month | Year-To-Date |
|---|---|---|
| Opening Balance | 0.00 | 0.00 |
| Securities Sold | 0.00 | 0.00 |
| Transfs/Recvs/Delivs | 0.00 | 0.00 |
| Dividends/Int. Income | 0.00 | 0.00 |
| Other Capital Items | 0.00 | 0.00 |
| Securities Purchased | 0.00 | 0.00 |
| Dividends/Int. Expense | 0.00 | 0.00 |
| Other Capital Items | 0.00 | 0.00 |
| P & L Bookings by Cusip | (2.12) | (2.12) |
| Contribution/Withdrawals | 0.00 | 0.00 |
| Closing Balance | (2.12) | (2.12) |
| Net Cash Activity | (2.12) | (2.12) |

THIS SUB-ACCOUNT IS BENEFICIALLY OWNED BY SEA CARRIERS LIMITED PARTNERSH
WE CARRY MULTIPLE ACCOUNTS OWNED BY SEA CARRIERS LIMITED PARTNERSH.  THE TOTAL VALUE OF THESE ASSETS CAN
ONLY BE DETERMINED BY ADDING TOGETHER THE VALUES OF ALL RELATED ACCOUNTS, INCLUDING ACCOUNTS WITH NEGATIVE VALUE.