ENVELOPE 1 OF 1
88 PAGES

SEA CARRIERS LIMITED PARTNERSHIP
75 HOLLY HILL LANE
GREENWICH CT 06830

ENVELOPE 1 OF 1
88 PAGES

729S

ENVELOPE  1 OF  1
88  PAGES

SEA CARRIERS LIMITED PARTNERSH
IP
75 HOLLY HILL LANE
GREENWICH         CT  06830

ENVELOPE  1 OF  1
88  PAGES

02422

```
RUN DATE : 02/28/03        SEA CARRIERS LIMITED PART  P & L ANALYSIS  -  DETAIL REPORT        TCKP0501     PAGE      1
--------------------------------------------------------------------------------------------------------------------
ACCOUNT NO. :███████    TRADER NO : ███████    TRADER  NAME : TRADING ACCOUNT         MONTH : FEBRUARY         942
--------------------------------------------------------------------------------------------------------------------
         SECURITY NAME              SYMBOL         PRICE         MONTHLY P&L       YEAR TO DATE P&L
--------------------------------------------------------------------------------------------------------------------
     AOL TIME WARNER, INC.           AOL          11.6600          $1.05L              $1.15L
     AMERICAN INTL GROUP INC         AIG          54.1200          $.00               $10.18L
     ANALOG DEVICES INC              ADI          23.9300          $.00                $8.45L
                       TOTAL  PROFITS :          $.00P             $.00P
                       TOTAL  LOSSES  :          $1.05L           $19.78L
```

```
RUN DATE : 02/28/03         SEA CARRIERS LP         P & L ANALYSIS - DETAIL REPORT          TCKP0501      PAGE     1
ACCOUNT NO. : [REDACTED]    TRADER NO : [REDACTED]  TRADER NAME : TRADING ACCOUNT           MONTH : FEBRUARY         942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.6600 | $208.30L | $208.30L |
| ABBOTT LABS | ABT | 38.1200 | $14.65P | $14.65P |
| AMERICAN EXPRESS CO | AXP | 35.5300 | $86.71P | $86.71P |
| AMERICAN INTL GROUP INC | AIG | 54.1200 | $557.85P | $557.85P |
| ANALOG DEVICES INC | ADI | 23.9300 | $145.94L | $145.94L |
| BJ SERVICES CO | BJS | 30.5700 | $.56L | $.56L |
| BANK OF AMERICA CORP | BAC | 70. 500 | $518.82P | $518.82P |
| BANK NEW YORK INC | BK | 25.3000 | $17.46P | $17.46P |
| BANK ONE CORP | ONE | 36.5100 | $14.50L | $14.50L |
| BAXTER INTERNATIONAL INC | BAX | 28.1800 | $50.73P | $50.73P |
| BELL SOUTH CORP | BLS | 22.7800 | $39.37P | $39.37P |
| BOEING CO | BA | 31.5900 | $140.88L | $140.88L |
| BRISTOL MYERS SQUIBB CO | BMY | 23.5900 | $79.87L | $79.87L |
| CARDINAL HEALTH INC | CAH | 58.3300 | $18.72P | $18.72P |
| CATERPILLAR INC | CAT | 43.9800 | $42.46P | $42.46P |
| CELESTICA INC | CLS | 11.5800 | $305.09L | $305.09L |
| CHEVRONTEXACO CORP | CVX | 64.4000 | $69.35P | $69.35P |
| CITIGROUP INC | C | 34.3800 | $698.50P | $698.50P |
| CLEAR CHANNEL COMMUN INC | CCU | 40. 800 | $196.71P | $196.71P |
| COCA COLA CO | KO | 40.4600 | $2.86P | $2.86P |
| EMC CORP MASS | EMC | 7.7000 | $12.68L | $12.68L |
| EXXON MOBIL CORP. | XOM | 34.1500 | $153.19P | $153.19P |
| FEDERAL HOME LOAN MTG CORP | FRE | 55.9800 | $179.39L | $179.39L |
| FEDERAL NATL MTG ASSN | FNM | 64.7000 | $127.25L | $127.25L |
| FOREST LABS INC | FRX | 51.7500 | $39.98L | $39.98L |
| GENERAL ELEC CO | GE | 23.1400 | $244.87P | $244.87P |

```
RUN DATE : 02/28/03         SEA CARRIERS LP         P & L ANALYSIS - DETAIL REPORT          TCKP0501      PAGE     2
ACCOUNT NO. : [REDACTED]    TRADER NO : [REDACTED]  TRADER NAME : TRADING ACCOUNT           MONTH : FEBRUARY         942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| GOLDMAN SACHS GROUP INC | GS | 68.1000 | $19.52P | $19.52P |
| HCA INC | HCA | 42.7400 | $59.79L | $59.79L |
| HOME DEPOT INC | HD | 20.9000 | $86.14L | $86.14L |
| HONEYWELL INT'L INC | HON | 24.4400 | $36.17L | $36.17L |
| INTERNATIONAL BUSINESS MACHS | IBM | 78.2300 | $652.94P | $652.94P |
| J.P. MORGAN CHASE & CO | JPM | 23.3400 | $318.57P | $318.57P |
| JOHNSON & JOHNSON | JNJ | 53.6100 | $86.06L | $86.06L |
| KOHL'S CORPORATION | KSS | 52.3700 | $111.85P | $111.85P |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 54.5300 | $427.57P | $427.57P |
| LILLY ELI & CO | LLY | 60.2400 | $121.48P | $121.48P |
| LOWE'S COMPANIES, INC. | LOW | 34.1800 | $373.32L | $373.32L |
| MERCK & CO INC | MRK | 55.3900 | $318.94P | $318.94P |
| MERRILL LYNCH PIERCE FENNER & | MER | 35. 200 | $76.41P | $76.41P |
| MORGAN STANLEY | MWD | 37.9000 | $452.15P | $452.15P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 13.2000 | $46.05L | $46.05L |
| NOKIA CORP REP 1 ORD SH | NOK | 14.3900 | $208.04P | $208.04P |
| NORTHROP GRUMMAN CORP | NOC | 91.4100 | $58.48P | $58.48P |
| OMNICOM GROUP | OMC | 60.3000 | $29.03P | $29.03P |
| PEPSICO INC | PEP | 40.4800 | $60.76L | $60.76L |
| PFIZER INC | PFE | 30.3600 | $377.64P | $377.64P |
| PHARMACIA CORP | PHA | 41.7700 | $5.03P | $5.03P |
| THE PROCTER & GAMBLE COMPANY | PG | 85.5700 | $7.14P | $7.14P |
| SBC COMMUNICATIONS INC | SBC | 24.4400 | $21.17L | $21.17L |
| SCHLUMBERGER LTD | SLB | 37.7000 | $151.08L | $151.08L |
| SEARS ROEBUCK & CO | S | 26.4500 | $104.38L | $104.38L |
| TARGET CORP | TGT | 28.2100 | $148.94L | $148.94L |

| RUN DATE : 02/28/03 | SEA CARRIERS LP | P & L ANALYSIS - DETAIL REPORT | TCKP0501 | PAGE 3 |
|---|---|---|---|---|
| ACCOUNT NO. : ███ | TRADER NO : ███ | TRADER NAME : TRADING ACCOUNT | MONTH : FEBRUARY | 942 |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| TEXAS INSTRS INC | TXN | 15.9000 | $37.39L | $37.39L |
| 3M COMPANY | MMM | 124.5500 | $120.96P | $120.96P |
| TYCO INT'L LTD NEW | TYC | 16. 100 | $9.90L | $9.90L |
| US BANCORP DEL NEW | USB | 21.1000 | $111.95L | $111.95L |
| UNITED TECHNOLOGIES CORP | UTX | 63.5800 | $18.67P | $18.67P |
| UNITEDHEALTH GROUP INC | UNH | 87.9000 | $2.04L | $2.04L |
| VERIZON COMMUNICATIONS | VZ | 38.2800 | $563.31P | $563.31P |
| WAL-MART STORES INC | WMT | 47.8000 | $323.42P | $323.42P |
| WASHINGTON MUTUAL INC | WM | 34.4500 | $31.63P | $31.63P |
| WELLS FARGO CO (NEW) | WFC | 47.3700 | $82.83L | $82.83L |
| WYETH | WYE | 39. 300 | $6.52L | $6.52L |
| TOTAL PROFITS : | | $6955.03P | | $6955.03P |
| TOTAL LOSSES : | | $2678.93L | | $2678.93L |

| RUN DATE : 02/28/03 | SEA CARRIES LP | P & L ANALYSIS - DETAIL REPORT | TCKP0501 | PAGE 1 |
|---|---|---|---|---|
| ACCOUNT NO. : ███ | TRADER NO : ███ | TRADER NAME : TRADING ACCOUNT | MONTH : FEBRUARY | 942 |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.6600 | $81.01L | $81.01L |
| ABBOTT LABS | ABT | 38.1200 | $70.00L | $70.00L |
| AMERICAN EXPRESS CO | AXP | 35.5300 | $279.38P | $279.38P |
| AMERICAN INTL GROUP INC | AIG | 54.1200 | $643.49P | $643.49P |
| ANALOG DEVICES INC | ADI | 23.9300 | $36.95P | $36.95P |
| BJ SERVICES CO | BJS | 30.5700 | $70.44L | $70.44L |
| BANK OF AMERICA CORP | BAC | 70. 500 | $655.17P | $655.17P |
| BANK NEW YORK INC | BK | 25.3000 | $16.50L | $16.50L |
| BANK ONE CORP | ONE | 36.5100 | $34.00L | $34.00L |
| BAXTER INTERNATIONAL INC | BAX | 28.1800 | $106.32L | $106.32L |
| BELL SOUTH CORP | BLS | 22.7800 | $126.56L | $126.56L |
| BEST BUY CO INC | BBY | 26. 900 | $15.41L | $15.41L |
| BOEING CO | BA | 31.5900 | $38.79L | $38.79L |
| BRISTOL MYERS SQUIBB CO | BMY | 23.5900 | $24.16P | $24.16P |
| CARDINAL HEALTH INC | CAH | 58.3300 | $75.63L | $75.63L |
| CATERPILLAR INC | CAT | 43.9800 | $77.92P | $77.92P |
| CELESTICA INC | CLS | 11.5800 | $249.65L | $249.65L |
| CHEVRONTEXACO CORP | CVX | 64.4000 | $293.95P | $293.95P |
| CITIGROUP INC | C | 34.3800 | $679.46P | $679.46P |
| CLEAR CHANNEL COMMUN INC | CCU | 40. 800 | $480.24P | $480.24P |
| COCA COLA CO | KO | 40.4600 | $207.66L | $207.66L |
| EMC CORP MASS | EMC | 7.7000 | $19.13P | $19.13P |
| EXXON MOBIL CORP. | XOM | 34.1500 | $18.26P | $18.26P |
| FEDERAL HOME LOAN MTG CORP | FRE | 55.9800 | $65.24P | $65.24P |
| FEDERAL NATL MTG ASSN | FNM | 64.7000 | $117.30P | $117.30P |
| FEDEX CORP | FDX | 52.6000 | $.40L | $.40L |

```
RUN DATE : 02/28/03        SEA CARRIES LP         P & L ANALYSIS  - DETAIL REPORT           TCKP0501      PAGE      2
ACCOUNT NO. : ■■■■■    TRADER NO : ■■■■■    TRADER  NAME : TRADING ACCOUNT              MONTH : FEBRUARY           942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| FLEETBOSTON FINANCIAL CCRP | FBF | 26.1100 | $4.12P | $4.12P |
| FOREST LABS INC | FRX | 51.7500 | $68.53L | $68.53L |
| GENERAL ELEC CO | GE | 23.1400 | $239.98P | $239.98P |
| GILLETTE CO | G | 29.9000 | $47.77L | $47.77L |
| GOLDMAN SACHS GROUP INC | GS | 68.1000 | $44.81P | $44.81P |
| HCA INC | HCA | 42.7400 | $155.32L | $155.32L |
| HOME DEPOT INC | HD | 20.9000 | $146.86P | $146.86P |
| HONEYWELL INT'L INC | HON | 24.4400 | $27.68L | $27.68L |
| INTERNATIONAL BUSINESS MACHS | IBM | 78.2300 | $217.88P | $217.88P |
| INTERNATIONAL PAPER CO | IP | 35.7000 | $54.78L | $54.78L |
| J.P. MORGAN CHASE & CO | JPM | 23.3400 | $122.65P | $122.65P |
| JOHNSON & JOHNSON | JNJ | 53.6100 | $232.28P | $232.28P |
| KIMBERLY CLARK CORP | KMB | 46.3200 | $37.33L | $37.33L |
| KOHL'S CORPORATION | KSS | 52.3700 | $105.62L | $105.62L |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 54.5300 | $338.96P | $338.96P |
| LILLY ELI & CO | LLY | 60.2400 | $144.54L | $144.54L |
| LOWE'S COMPANIES, INC. | LOW | 34.1800 | $51.96P | $51.96P |
| MARSH & MCLENNAN COS INC | MMC | 42.6300 | $38.91P | $38.91P |
| MERCK & CO INC | MRK | 55.3900 | $197.31P | $197.31P |
| MERRILL LYNCH PIERCE FENNER & | MER | 35. 200 | $708.13P | $708.13P |
| MORGAN STANLEY | MWD | 37.9000 | $337.61P | $337.61P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 13.2000 | $144.31P | $144.31P |
| NOKIA CORP REP 1 ORD SH | NOK | 14.3900 | $142.79P | $142.79P |
| NORTHROP GRUMMAN CORP | NOC | 91.4100 | $8.56L | $8.56L |
| OMNICOM GROUP | OMC | 60.3000 | $11.50L | $11.50L |
| PEPSICO INC | PEP | 40.4800 | $210.26L | $210.26L |

```
RUN DATE : 02/28/03        SEA CARRIES LP         P & L ANALYSIS  - DETAIL REPORT           TCKP0501      PAGE      3
ACCOUNT NO. : ■■■■■    TRADER NO : ■■■■■    TRADER  NAME : TRADING ACCOUNT              MONTH : FEBRUARY           942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| PFIZER INC | PFE | 30.3600 | $134.54P | $134.54P |
| PHARMACIA CORP | PHA | 41.7700 | $22.33L | $22.33L |
| THE PROCTER & GAMBLE COMPANY | PG | 85.5700 | $165.57P | $165.57P |
| SBC COMMUNICATIONS INC | SBC | 24.4400 | $402.91P | $402.91P |
| SCHLUMBERGER LTD | SLB | 37.7000 | $132.01P | $132.01P |
| SEARS ROEBUCK & CO | S | 26.4500 | $324.87P | $324.87P |
| TARGET CORP | TGT | 28.2100 | $119.31L | $119.31L |
| TEXAS INSTRS INC | TXN | 15.9000 | $610.82P | $610.82P |
| 3M COMPANY | MMM | 124.5500 | $86.61P | $86.61P |
| TYCO INT'L LTD NEW | TYC | 16. 100 | $194.56L | $194.56L |
| US BANCORP DEL NEW | USB | 21.1000 | $129.01P | $129.01P |
| UNITED TECHNOLOGIES CORP | UTX | 63.5800 | $217.31P | $217.31P |
| UNITEDHEALTH GROUP INC | UNH | 87.9000 | $47.61P | $47.61P |
| VERIZON COMMUNICATIONS | VZ | 38.2800 | $352.06P | $352.06P |
| WAL-MART STORES INC | WMT | 47.8000 | $397.74P | $397.74P |
| WALGREEN CO | WAG | 29. | $23.35P | $23.35P |
| WASHINGTON MUTUAL INC | WM | 34.4500 | $27.14L | $27.14L |
| WELLS FARGO CO (NEW) | WFC | 47.3700 | $116.09P | $116.09P |
| WYETH | WYE | 39. 300 | $140.51P | $140.51P |
| TOTAL PROFITS : | | $9640.22P | | $9640.22P |
| TOTAL LOSSES : | | $2327.60L | | $2327.60L |

```
RUN DATE : 02/28/03        SEA CARRIERS LP        P & L ANALYSIS - DETAIL REPORT        TCKP0501    PAGE    1
ACCOUNT NO. : ######    TRADER NO : ####    TRADER NAME : TRADING ACCOUNT        MONTH : FEBRUARY    942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.6600 | $550.25L | $550.25L |
| AMERICAN EXPRESS CO | AXP | 35.5300 | $294.69P | $294.69P |
| AMERICAN INTL GROUP INC | AIG | 54.1200 | $1,518.24P | $1,518.24P |
| ANALOG DEVICES INC | ADI | 23.9300 | $342.28L | $342.28L |
| BJ SERVICES CO | BJS | 30.5700 | $.24L | $.24L |
| BANK OF AMERICA CORP | BAC | 70. 500 | $29.64P | $29.64P |
| BANK NEW YORK INC | BK | 25.3000 | $.46L | $.46L |
| BANK ONE CORP | ONE | 36.5100 | $79.86P | $79.86P |
| BELL SOUTH CORP | BLS | 22.7800 | $3.96L | $3.96L |
| BOEING CO | BA | 31.5900 | $127.44P | $127.44P |
| BRISTOL MYERS SQUIBB CO | BMY | 23.5900 | $152.81P | $152.81P |
| CARDINAL HEALTH INC | CAH | 58.3300 | $77.09P | $77.09P |
| CATERPILLAR INC | CAT | 43.9800 | $374.30P | $374.30P |
| CELESTICA INC | CLS | 11.5800 | $182.96L | $182.96L |
| CHEVRONTEXACO CORP | CVX | 64.4000 | $28.80P | $28.80P |
| CITIGROUP INC | C | 34.3800 | $2,171.58P | $2,171.58P |
| CLEAR CHANNEL COMMUN INC | CCU | 40. 800 | $465.71P | $465.71P |
| COCA COLA CO | KO | 40.4600 | $355.19L | $355.19L |
| EMC CORP MASS | EMC | 7.7000 | $338.14L | $338.14L |
| EXXON MOBIL CORP. | XOM | 34.1500 | $500.33L | $500.33L |
| FEDERAL HOME LOAN MTG CORP | FRE | 55.9800 | $651.41P | $651.41P |
| FEDERAL NATL MTG ASSN | FNM | 64.7000 | $283.54L | $283.54L |
| FOREST LABS INC | FRX | 51.7500 | $78.95L | $78.95L |
| GENERAL ELEC CO | GE | 23.1400 | $962.23P | $962.23P |
| GOLDMAN SACHS GROUP INC | GS | 68.1000 | $711.63P | $711.63P |
| HCA INC | HCA | 42.7400 | $127.01L | $127.01L |

```
RUN DATE : 02/28/03        SEA CARRIERS LP        P & L ANALYSIS - DETAIL REPORT        TCKP0501    PAGE    2
ACCOUNT NO. : ######    TRADER NO : ####    TRADER NAME : TRADING ACCOUNT        MONTH : FEBRUARY    942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| HOME DEPOT INC | HD | 20.9000 | $143.20L | $143.20L |
| HONEYWELL INT'L INC | HON | 24.4400 | $4.57P | $4.57P |
| INTERNATIONAL BUSINESS MACHS | IBM | 78.2300 | $122.08P | $122.08P |
| J.P. MORGAN CHASE & CO | JPM | 23.3400 | $73.20L | $73.20L |
| JOHNSON & JOHNSON | JNJ | 53.6100 | $470.54P | $470.54P |
| KOHL'S CORPORATION | KSS | 52.3700 | $603.14P | $603.14P |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 54.5300 | $959.89P | $959.89P |
| LILLY ELI & CO | LLY | 60.2400 | $162.19P | $162.19P |
| LOWE'S COMPANIES, INC. | LOW | 34.1800 | $550.46P | $550.46P |
| MERCK & CO INC | MRK | 55.3900 | $890.11P | $890.11P |
| MERRILL LYNCH PIERCE FENNER & | MER | 35. 200 | $534.60P | $534.60P |
| MORGAN STANLEY | MWD | 37.9000 | $1,322.27P | $1,322.27P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 13.2000 | $166.41L | $166.41L |
| NOKIA CORP REP 1 ORD SH | NOK | 14.3900 | $648.92L | $648.92L |
| NORTHROP GRUMMAN CORP | NOC | 91.4100 | $58.62P | $58.62P |
| OMNICOM GROUP | OMC | 60.3000 | $276.99P | $276.99P |
| PEPSICO INC | PEP | 40.4800 | $98.28P | $98.28P |
| PFIZER INC | PFE | 30.3600 | $202.90P | $202.90P |
| PHARMACIA CORP | PHA | 41.7700 | $175.12P | $175.12P |
| SBC COMMUNICATIONS INC | SBC | 24.4400 | $93.90P | $93.90P |
| SCHLUMBERGER LTD | SLB | 37.7000 | $154.81P | $154.81P |
| SEARS ROEBUCK & CO | S | 26.4500 | $303.12P | $303.12P |
| TARGET CORP | TGT | 28.2100 | $306.94P | $306.94P |
| TEXAS INSTRS INC | TXN | 15.9000 | $168.08P | $168.08P |
| 3M COMPANY | MMM | 124.5500 | $56.64P | $56.64P |
| TYCO INT'L LTD NEW | TYC | 16. 100 | $7.72L | $7.72L |

```
RUN DATE : 02/28/03        SEA CARRIERS LP        P & L ANALYSIS  -  DETAIL REPORT        TCKP0501    PAGE    3
ACCOUNT NO. : ########   TRADER NO : ######   TRADER NAME : TRADING ACCOUNT        MONTH : FEBRUARY              942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| US BANCORP DEL NEW | USB | 21.1000 | $227.75P | $227.75P |
| UNITED TECHNOLOGIES CORP | UTX | 63.5800 | $173.83P | $173.83P |
| UNITEDHEALTH GROUP INC | UNH | 87.9000 | $103.48P | $103.48P |
| VERIZON COMMUNICATIONS | VZ | 38.2800 | $1,865.37P | $1,865.37P |
| WAL-MART STORES INC | WMT | 47.8000 | $2,220.93P | $2,220.93P |
| WASHINGTON MUTUAL INC | WM | 34.4500 | $75.80L | $75.80L |
| WELLS FARGO CO (NEW) | WFC | 47.3700 | $680.61P | $680.61P |
| TOTAL PROFITS : | | | $20432.65P | $20432.65P |
| TOTAL LOSSES : | | | $3878.56L | $3878.56L |

```
RUN DATE : 02/28/03        SEA CARRIERS LP        P & L ANALYSIS  -  DETAIL REPORT        TCKP0501    PAGE    1
ACCOUNT NO. : ########   TRADER NO : ######   TRADER NAME : OPTION TRADING ACCOUNT        MONTH : FEBRUARY       942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| CALL AOL MAR0012 1/2 | 00184ACAW | .5500 | $2,030.00P | $1,563.48P |
| CALL AOL APR0012 1/2 | 00184ADBB | .8500 | $419.33P | $419.33P |
| PUT  AOL MAR0002 1/2 | 00184ADAP | .500 | $8,600.82P | $.00 |
| PUT  AOL MAR0012 1/2 | 00184ADAT | 1.4000 | $688.46L | $688.46L |
| PUT  AOL APR0012 1/2 | 00184APFZ | 1.7000 | $3,835.94L | $3,835.94L |
| CALL AXP APR0035 0/0 | 025816DAU | 2.8500 | $10,852.06P | $10,852.06P |
| PUT  AXP APR0035 0/0 | 025816PBY | 2.4000 | $1,193.00P | $1,193.00P |
| CALL AIG MAR0055 0/0 | 026874CAN | 2.9000 | $15,950.00P | $14,888.58P |
| CALL AIG MAY0055 0/0 | 026874EAU | 4.5000 | $5,193.54P | $5,193.54P |
| PUT  AIG MAR0055 0/0 | 026874OAN | 3.5000 | $13,920.00P | $13,149.18P |
| PUT  AIG MAY0055 0/0 | 026874QFO | 4.9000 | $1,686.94L | $1,686.94L |
| CALL ADI MAR0025 0/0 | 032654CAS | 1.6500 | $15,950.00L | $16,431.21L |
| CALL ADI JUN0030 0/0 | 032654FAV | 1.5000 | $1,717.18L | $1,717.18L |
| PUT  ADI MAR0025 0/0 | 032654OBK | 2.7000 | $14,210.00L | $14,690.82L |
| PUT  ADI JUN0030 0/0 | 032654RAZ | 7.5000 | $1,217.00L | $1,217.00L |
| CALL BAC MAR0070 0/0 | 060505CAW | 3.1000 | $14,732.43P | $13,380.99P |
| CALL BAC MAY0070 0/0 | 060505EAW | 4.3000 | $1,650.96P | $1,650.96P |
| PUT  BAC MAR0070 0/0 | 060505OAW | 3.5000 | $10,217.40L | $10,988.22L |
| PUT  BAC MAY0070 0/0 | 060505QDK | 4.9000 | $6,339.54L | $6,339.54L |
| CALL ONE MAR0037 1/2 | 06423ACAX | 1.2500 | $5,510.00P | $5,028.86P |
| CALL ONE MAY0037 1/2 | 06423AEAS | 2.500 | $762.45P | $762.45P |
| PUT  ONE MAR0037 1/2 | 06423AOAU | 2.3500 | $2,320.00L | $3,090.82L |
| PUT  ONE MAY0037 1/2 | 06423AQBG | 3.1000 | $1,437.40L | $1,437.40L |
| CALL BLS APR0025 0/0 | 079860DAB | .9000 | $1,921.52P | $1,921.52P |
| PUT  BLS APR0025 0/0 | 079860PAB | 3.3000 | $3,172.68P | $3,172.68P |
| CALL BA  MAY0032 1/2 | 097023EAT | 1.9500 | $3,352.46P | $3,352.46P |

| | RUN DATE : 02/28/03 | | SEA CARRIERS LP | P & L ANALYSIS - DETAIL REPORT | | TCKP0501 | PAGE 2 |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. : ▓▓▓▓▓ | | TRADER NO : ▓▓▓▓ | TRADER NAME : OPTION TRADING ACCOUNT | | MONTH : FEBRUARY | | 942 |
| | SECURITY NAME | | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L | |
| PUT | BA | MAY0032 1/2 | 097023QBB | 3. | $6,412.68P | $6,412.68P | |
| CALL | BMY | MAR0025 0/0 | 110122CAA | .8000 | $1,201.53P | $1,201.53P | |
| PUT | BMY | MAR0025 0/0 | 110122OAA | 2.2000 | $1,147.32L | $1,147.32L | |
| CALL | COF | JUN0032 1/2 | 14040HFAO | 3.8000 | $570.98L | $570.98L | |
| PUT | COF | JUN0032 1/2 | 14040HRAZ | 5.1000 | $390.60L | $390.60L | |
| CALL | CAH | JUN0060 0/0 | 14149YFAQ | 4.3000 | $5,188.85P | $5,188.85P | |
| PUT | CAH | JUN0060 0/0 | 14149YRAY | 5.8000 | $2,880.00P | $2,880.00P | |
| CALL | CAT | MAY0045 0/0 | 149123EAP | 2.6000 | $6,547.60L | $6,547.60L | |
| PUT | CAT | MAY0045 0/0 | 149123QDO | 3.8000 | $8,725.32L | $8,725.32L | |
| CALL | CLS | MAR0012 1/2 | 15101QCAG | .8000 | $58.47L | $58.47L | |
| PUT | CLS | MAR0012 1/2 | 15101QOAG | 1.7500 | $2,407.32L | $2,407.32L | |
| CALL | C | JUN0035 0/0 | 172967FAV | 3.2000 | $5,514.88P | $5,514.88P | |
| PUT | C | JUN0035 0/0 | 172967RCS | 3.9000 | $9,014.00L | $9,014.00L | |
| CALL | CCU | APR0040 0/0 | 184502DAR | 3.6000 | $5,512.32P | $5,512.32P | |
| PUT | CCU | APR0040 0/0 | 184502PDQ | 3.4000 | $634.68P | $634.68P | |
| CALL | KO | MAR0040 0/0 | 191216CAI | 2.1500 | $6,663.53P | $6,663.53P | |
| PUT | KO | MAR0040 0/0 | 191216OAQ | 1.8000 | $7,075.86L | $7,075.86L | |
| CALL | EMC | APR0010 0/0 | 268648DBV | .2000 | $58.41L | $58.41L | |
| PUT | EMC | APR0010 0/0 | 268648PDG | 2.5500 | $472.68P | $472.68P | |
| CALL | XOM | MAR0035 0/0 | 30231GCAJ | 1. | $2,900.00P | $2,433.40P | |
| PUT | XOM | MAR0035 0/0 | 30231GOAU | 2. 500 | $3,770.00L | $4,540.82L | |
| CALL | FRE | MAR0060 0/0 | 313400CAM | .9000 | $4,640.00P | $3,593.43P | |
| CALL | FRE | APR0060 0/0 | 313400DAP | 1.4500 | $1,462.48P | $1,462.48P | |
| PUT | FRE | MAR0060 0/0 | 313400OAL | 5.1000 | $3,480.00P | $1,520.18P | |
| PUT | FRE | APR0060 0/0 | 313400PHC | 5.6000 | $47.40L | $47.40L | |
| CALL | FNM | MAR0065 0/0 | 313586CAK | 2.9500 | $11,944.91P | $10,013.51P | |

| RUN DATE : 02/28/03 | | SEA CARRIERS LP | P & L ANALYSIS - DETAIL REPORT | | TCKP0501 | PAGE 3 |
|---|---|---|---|---|---|---|
| ACCOUNT NO. : ▓▓▓▓▓ | | TRADER NO : ▓▓▓▓ | TRADER NAME : OPTION TRADING ACCOUNT | | MONTH : FEBRUARY | 942 |
| | SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L | |
| PUT | FNM MAR0065 0/0 | 313586OAK | 3.2000 | $8,427.40L | $8,618.22L | |
| CALL | FHA MAY0055 0/0 | 345838EBH | 2.6500 | $1,966.39P | $1,966.39P | |
| PUT | FHA MAY0055 0/0 | 345838QCS | 5.9000 | $373.32L | $373.32L | |
| CALL | GE JUN0025 0/0 | 369604FAD | 1.3500 | $1,577.57L | $1,577.57L | |
| PUT | GE JUN0025 0/0 | 369604RAD | 3.3000 | $11,407.00L | $11,407.00L | |
| CALL | GM JUN0040 0/0 | 370442FAW | 1.8500 | $456.58L | $456.58L | |
| PUT | GM JUN0040 0/0 | 370442REB | 6.4000 | $3,186.30L | $3,186.30L | |
| CALL | GS MAR0070 0/0 | 38141GCAM | 2.9500 | $6,850.90P | $6,850.90P | |
| CALL | GS APR0070 0/0 | 38141GDAN | 4. | $1,230.91P | $1,230.91P | |
| PUT | GS MAR0070 0/0 | 38141GOAN | 4.6000 | $11,447.46L | $11,447.46L | |
| PUT | GS APR0070 0/0 | 38141GPAP | 5.7000 | $10,459.54L | $10,459.54L | |
| CALL | HCA MAY0042 1/2 | 404119EAS | 3.2000 | $1,470.84L | $1,470.84L | |
| PUT | HCA MAY0042 1/2 | 404119QBC | 2.9500 | $4,350.60L | $4,350.60L | |
| CALL | HD MAY0022 1/2 | 437076EAE | 1.2500 | $8,704.72L | $8,704.72L | |
| PUT | HD MAY0022 1/2 | 437076QAE | 2.9000 | $15,987.00L | $15,987.00L | |
| CALL | HON JUN0025 0/0 | 438516FAC | 2.1000 | $869.17P | $869.17P | |
| PUT | HON JUN0025 0/0 | 438516RAC | 2.9000 | $30.60L | $30.60L | |
| CALL | IBM MAR0080 0/0 | 459200CAR | 3.5000 | $11,020.00P | $10,828.45P | |
| CALL | IBM APR0080 0/0 | 459200DBE | 4.6000 | $3,832.21P | $3,832.21P | |
| PUT | IBM MAR0080 0/0 | 459200OAQ | 5.4000 | $10,440.00L | $10,659.82L | |
| PUT | IBM APR0080 0/0 | 459200PEZ | 6.4000 | $10,906.94L | $10,906.94L | |
| CALL | JPM JUN0025 0/0 | 46625HFAR | 1.9000 | $3,363.61P | $3,363.61P | |
| PUT | JPM JUN0025 0/0 | 46625HRFS | 3.8000 | $4,084.86L | $4,084.86L | |
| CALL | JNJ APR0055 0/0 | 478160DAU | 2. | $1,552.43P | $1,552.43P | |
| PUT | JNJ APR0055 0/0 | 478160PCH | 3.5000 | $2,245.32L | $2,245.32L | |
| CALL | KSS MAR0055 0/0 | 500255CAK | 2.4500 | $12,180.00P | $12,568.62P | |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| CALL KSS  APR0055 0/0 | 500255DAT | 3.2000 | $7,561.00P | $7,561.00P |
| PUT  KSS  MAR0055 0/0 | 5002550AJ | 5.2000 | $6,960.00P | $7,320.18P |
| PUT  KSS  APR0055 0/0 | 500255PDE | 5.8000 | $4,320.46P | $4,320.46P |
| CALL LEH  APR0055 0/0 | 524908DAU | 4.1000 | $1,151.74P | $1,151.74P |
| PUT  LEH  APR0055 0/0 | 524908PGV | 4.6000 | $20,897.00L | $20,897.00L |
| CALL LLY  APR0065 0/0 | 532457DAV | 1.6000 | $4,306.43P | $4,306.43P |
| PUT  LLY  APR0065 0/0 | 532457PDD | 6.8000 | $7,186.68P | $7,186.68P |
| CALL LOW  MAR0035 0/0 | 548661CAI | 1.7500 | $15,950.00L | $15,851.25L |
| CALL LOW  APR0035 0/0 | 548661DAT | 2.3000 | $10,788.93L | $10,788.93L |
| PUT  LOW  MAR0035 0/0 | 5486610AJ | 2.5500 | $13,920.00L | $13,240.82L |
| PUT  LOW  APR0035 0/0 | 548661PCG | 3.1000 | $8,688.54L | $8,688.54L |
| CALL KRB  JUN0015 0/0 | 55262LFAA | 3. | $32.49L | $32.49L |
| PUT  KRB  JUN0015 0/0 | 55262LRAB | 1.2000 | $32.30L | $32.30L |
| CALL MRK  APR0060 0/0 | 589331DAW | 1. 500 | $1,741.52P | $1,741.52P |
| PUT  MRK  APR0060 0/0 | 589331PDN | 5.9000 | $4,954.68P | $4,954.68P |
| CALL MER  APR0035 0/0 | 590188DAW | 3.1000 | $3,312.16P | $3,312.16P |
| PUT  MER  APR0035 0/0 | 590188PEI | 3.1000 | $11,187.00L | $11,187.00L |
| CALL MWD  MAR0040 0/0 | 617446CAK | 1.8000 | $8,410.00P | $7,638.77P |
| CALL MWD  APR0040 0/0 | 617446DAZ | 2.3500 | $4,511.11P | $4,511.11P |
| PUT  MWD  MAR0040 0/0 | 6174460AM | 3.9000 | $1,629.20L | $3,009.02L |
| PUT  MWD  APR0040 0/0 | 617446PJI | 4.6000 | $2,639.54L | $2,639.54L |
| CALL NSM  MAY0015 0/0 | 637640EAO | 1.3500 | $7,627.51L | $7,627.51L |
| PUT  NSM  MAY0015 0/0 | 637640QCE | 2.9500 | $7,447.32L | $7,447.32L |
| CALL NOK  MAR0015 0/0 | 654902CAX | .9500 | $3,385.79P | $3,385.79P |
| CALL NOK  APR0015 0/0 | 654902DAZ | 1.1500 | $1,162.49P | $1,162.49P |
| PUT  NOK  MAR0015 0/0 | 6549020AU | 1.5000 | $2,791.54P | $2,791.54P |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| PUT  NOK  APR0015 0/0 | 654902PCC | 1.9000 | $662.60P | $662.60P |
| CALL NOC  MAY0095 0/0 | 666807EBN | 4.9000 | $9,274.06P | $9,274.06P |
| PUT  NOC  MAY0095 0/0 | 666807QDJ | 8.5000 | $10,714.68P | $10,714.68P |
| CALL OMC  APR0060 0/0 | 681919DAP | 4.6000 | $7,492.27P | $7,492.27P |
| PUT  OMC  APR0060 0/0 | 681919PDF | 4.4000 | $9,634.68P | $9,634.68P |
| CALL PEP  APR0042 1/2 | 713448DAO | 1.2500 | $1,742.74P | $1,742.74P |
| PUT  PEP  APR0042 1/2 | 713448PCS | 3.5000 | $1,714.68P | $1,714.68P |
| CALL PFE  MAR0030 0/0 | 717081CAS | 1.5500 | $5,302.37P | $4,241.19P |
| CALL PFE  JUN0030 0/0 | 717081FAT | 2.5000 | $717.14L | $717.14L |
| PUT  PFE  MAR0030 0/0 | 7170810BF | 1.2000 | $2,030.00L | $2,510.82L |
| PUT  PFE  JUN0030 0/0 | 717081RBO | 2.2000 | $917.00L | $917.00L |
| CALL PHA  APR0045 0/0 | 71713UDAQ | .9000 | $149.27P | $149.27P |
| PUT  PHA  APR0045 0/0 | 71713UPBB | 4.4000 | $4,350.60L | $4,350.60L |
| CALL SBC  APR0025 0/0 | 78387GDAC | 1.7000 | $16,737.41P | $16,737.41P |
| PUT  SBC  APR0025 0/0 | 78387GPAC | 2.4000 | $21,138.14P | $21,138.14P |
| CALL SLB  MAY0040 0/0 | 806857EAM | 2.1000 | $14,006.52L | $14,006.52L |
| PUT  SLB  MAY0040 0/0 | 806857QBH | 4.5000 | $17,344.86L | $17,344.86L |
| CALL S    MAR0030 0/0 | 812387CAL | .7000 | $3,385.81P | $3,385.81P |
| CALL S    APR0030 0/0 | 812387DAU | 1.1000 | $2,971.76P | $2,971.76P |
| PUT  S    MAR0030 0/0 | 8123870AL | 4.4000 | $23,062.54P | $23,062.54P |
| PUT  S    APR0030 0/0 | 812387PBY | 4.8000 | $11,860.46P | $11,860.46P |
| CALL TGT  APR0030 0/0 | 87612EDAT | 1.7500 | $2,583.63P | $2,583.63P |
| PUT  TGT  APR0030 0/0 | 87612EPBH | 3.6000 | $11,065.86L | $11,065.86L |
| CALL TXN  APR0017 1/2 | 882508DAO | 1. 500 | $1,382.47L | $1,382.47L |
| PUT  TXN  APR0017 1/2 | 882508PBM | 2.5500 | $9,907.00L | $9,907.00L |
| CALL MMM  APR0130 0/0 | 88579YDAY | 3.3000 | $292.32P | $292.32P |

```
RUN DATE : 02/28/03         SEA CARRIERS LP          P & L ANALYSIS - DETAIL REPORT              TCKP0501      PAGE      6
ACCOUNT NO. : [REDACTED]    TRADER NO : [REDACTED]   TRADER NAME : OPTION TRADING ACCOUNT        MONTH : FEBRUARY         942
```

| SECURITY NAME        | SYMBOL    | PRICE  | MONTHLY P&L   | YEAR TO DATE P&L |
|----------------------|-----------|--------|---------------|------------------|
| PUT  MMM  APR0130 0/0 | 88579YPAY | 9.2000 | $11,605.32L  | $11,605.32L      |
| CALL USB  MAR0022 1/2 | 902973CAM | .4500  | $841.57P     | $841.57P         |
| PUT  USB  MAR0022 1/2 | 9029730BB | 1.8000 | $787.32L     | $787.32L         |
| CALL UTX  MAR0065 0/0 | 913017CAL | 2.3500 | $7,672.34P   | $7,672.34P       |
| PUT  UTX  MAR0065 0/0 | 9130170AK | 3.9000 | $11,092.68P  | $11,092.68P      |
| CALL UHB  MAR0085 0/0 | 91324PCAU | 5.1000 | $10,354.17P  | $10,354.17P      |
| PUT  UHB  MAR0085 0/0 | 91324POBF | 2.2500 | $1,867.32L   | $1,867.32L       |
| CALL VZ   MAR0037 1/2 | 92343VCAM | 2.5500 | $12,760.00P  | $12,278.63P      |
| CALL VZ   APR0037 1/2 | 92343VDAT | 3.1000 | $8,940.99P   | $8,940.99P       |
| PUT  VZ   MAR0037 1/2 | 92343VOAN | 1.8500 | $7,830.00P   | $7,349.18P       |
| PUT  VZ   APR0037 1/2 | 92343VPCN | 2.5000 | $7,161.46P   | $7,161.46P       |
| CALL WMT  MAR0047 1/2 | 931142CAU | 2.6000 | $6,923.60P   | $6,732.21P       |
| PUT  WMT  MAR0047 1/2 | 9311420BN | 2.3000 | $13,793.58L  | $16,594.40L      |
| CALL WM   APR0035 0/0 | 939322DAM | 1.6500 | $1,732.42P   | $1,732.42P       |
| PUT  WM   APR0035 0/0 | 939322PBC | 2.1500 | $427.32L     | $427.32L         |
| CALL WFC  APR0050 0/0 | 949746DAQ | 1.1500 | $1,921.51P   | $1,921.51P       |
| PUT  WFC  APR0050 0/0 | 949746PBG | 4.    | $2,434.68P   | $2,434.68P       |

```
                    TOTAL  PROFITS :  $461175.85P            $440610.56P
                    TOTAL  LOSSES  :  $396031.33L            $403599.99L
```

---

```
RUN DATE : 02/28/03         SEA CARRIERS LP          P & L ANALYSIS - DETAIL REPORT              TCKP0501      PAGE      7
ACCOUNT NO. : [REDACTED]    TRADER NO : [REDACTED]   TRADER NAME : TRADING ACCOUNT               MONTH : FEBRUARY         942
```

| SECURITY NAME              | SYMBOL | PRICE   | MONTHLY P&L  | YEAR TO DATE P&L |
|----------------------------|--------|---------|--------------|------------------|
| AOL TIME WARNER, INC.      | AOL    | 11.6600 | $1,321.00P   | $2,220.00P       |
| AMERICAN EXPRESS CO        | AXP    | 35.5300 | $12,754.00L  | $12,754.00L      |
| AMERICAN INTL GROUP INC    | AIG    | 54.1200 | $32,497.00L  | $32,874.00L      |
| ANALOG DEVICES INC         | ADI    | 23.9300 | $33,037.00P  | $33,472.00P      |
| BANK OF AMERICA CORP       | BAC    | 70. 500 | $1,280.00P   | $2,005.00P       |
| BANK ONE CORP              | ONE    | 36.5100 | $2,434.00L   | $1,216.00L       |
| BELL SOUTH CORP            | BLS    | 22.7800 | $4,608.00L   | $4,608.00L       |
| BOEING CO                  | BA     | 31.5900 | $9,723.17L   | $9,723.17L       |
| BRISTOL MYERS SQUIBB CO    | BMY    | 23.5900 | $198.00L     | $198.00L         |
| CAPITAL ONE FIN'L CORP     | COF    | 31. 500 | $972.00P     | $972.00P         |
| CARDINAL HEALTH INC        | CAH    | 58.3300 | $9,066.60L   | $9,066.60L       |
| CATERPILLAR INC            | CAT    | 43.9800 | $14,760.00P  | $14,760.00P      |
| CELESTICA INC              | CLS    | 11.5800 | $2,196.00P   | $2,196.00P       |
| CITIGROUP INC              | C      | 34.3800 | $663.00P     | $663.00P         |
| CLEAR CHANNEL COMMUN INC   | CCU    | 40. 800 | $6,822.00L   | $6,822.00L       |
| COCA COLA CO               | KO     | 40.4600 | $237.00P     | $237.00P         |
| EMC CORP MASS              | EMC    | 7.7000  | $594.00L     | $594.00L         |
| EXXON MOBIL CORP.          | XOM    | 34.1500 | $754.00L     | $49.06P          |
| FEDERAL HOME LOAN MTG CORP | FRE    | 55.9800 | $9,324.00L   | $6,859.00L       |
| FEDERAL NATL MTG ASSN      | FNM    | 64.7000 | $3,290.00L   | $1,869.00L       |
| FOREST LABS INC            | FRX    | 51.7500 | $1,638.00L   | $1,638.00L       |
| GENERAL ELEC CO            | GE     | 23.1400 | $10,071.00P  | $10,071.00P      |
| GENERAL MTRS CORP.         | GM     | 36.3300 | $3,599.70P   | $3,599.70P       |
| GOLDMAN SACHS GROUP INC    | GS     | 68.1000 | $13,300.00P  | $13,300.00P      |
| HCA INC                    | HCA    | 42.7400 | $5,346.00P   | $5,346.00P       |
| HOME DEPOT INC             | HD     | 20.9000 | $24,113.00P  | $24,113.00P      |

| RUN DATE : 02/28/03 | SEA CARRIERS LP | | P & L ANALYSIS - DETAIL REPORT | | TCKP0501 | PAGE 8 |
|---|---|---|---|---|---|---|
| ACCOUNT NO. : ▓▓▓ | TRADER NO : ▓▓▓ | TRADER NAME : TRADING ACCOUNT | | | MONTH : FEBRUARY | 942 |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| HONEYWELL INT'L INC | HON | 24.4400 | $966.60L | $966.60L |
| INTERNATIONAL BUSINESS MACHS | IBM | 78.2300 | $4,015.00P | $4,160.00P |
| J.P. MORGAN CHASE & CO | JPM | 23.3400 | $1,326.00L | $1,326.00L |
| JOHNSON & JOHNSON | JNJ | 53.6100 | $54.34L | $54.34L |
| KOHL'S CORPORATION | KSS | 52.3700 | $32,417.00L | $32,910.00L |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 54.5300 | $20,170.00P | $20,170.00P |
| LILLY ELI & CO | LLY | 60.2400 | $12,762.00L | $12,762.00L |
| LOWE'S COMPANIES, INC. | LOW | 34.1800 | $48,575.00P | $47,270.00P |
| M B N A CORP | KRB | 16.8300 | $32.30L | $32.30L |
| MERCK & CO INC | MRK | 55.3900 | $6,840.00L | $6,840.00L |
| MERRILL LYNCH PIERCE FENNER & | MER | 35.200 | $6,750.00P | $6,750.00P |
| MORGAN STANLEY | MWD | 37.9000 | $8,161.00L | $6,421.00L |
| NATIONAL SEMICONDUCTOR CORP | NSM | 13.2000 | $14,868.00P | $14,868.00P |
| NOKIA CORP REP 1 ORD SH | NOK | 14.3900 | $8,156.00L | $8,156.00L |
| NORTHROP GRUMMAN CORP | NOC | 91.4100 | $21,618.00L | $21,618.00L |
| OMNICOM GROUP | OMC | 60.3000 | $17,190.00L | $17,190.00L |
| PEPSICO INC | PEP | 40.4800 | $3,906.00L | $3,906.00L |
| PFIZER INC | PFE | 30.3600 | $1,709.00L | $520.00L |
| PHARMACIA CORP | PHA | 41.7700 | $4,212.00P | $4,212.00P |
| SBC COMMUNICATIONS INC | SBC | 24.4400 | $37,207.63L | $37,207.63L |
| SCHLUMBERGER LTD | SLB | 37.7000 | $28,329.00P | $28,329.00P |
| SEARS ROEBUCK & CO | S | 26.4500 | $44,430.00L | $44,430.00L |
| TARGET CORP | TGT | 28.2100 | $6,903.00P | $6,903.00P |
| TEXAS INSTRS INC | TXN | 15.9000 | $10,890.00P | $10,890.00P |
| 3M COMPANY | MMM | 124.5500 | $8,892.00P | $8,892.00P |
| US BANCORP DEL NEW | USB | 21.1000 | $54.00P | $54.00P |

| RUN DATE : 02/28/03 | SEA CARRIERS LP | | P & L ANALYSIS - DETAIL REPORT | | TCKP0501 | PAGE 9 |
|---|---|---|---|---|---|---|
| ACCOUNT NO. : ▓▓▓ | TRADER NO : ▓▓▓ | TRADER NAME : TRADING ACCOUNT | | | MONTH : FEBRUARY | 942 |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| UNITED TECHNOLOGIES CORP | UTX | 63.5800 | $20,052.00L | $20,052.00L |
| UNITEDHEALTH GROUP INC | UNH | 87.9000 | $8,658.00L | $8,658.00L |
| VERIZON COMMUNICATIONS | VZ | 38.2800 | $37,594.00L | $36,550.00L |
| WAL-MART STORES INC | WMT | 47.8000 | $9,480.00P | $8,900.00P |
| WASHINGTON MUTUAL INC | WM | 34.4500 | $1,692.00L | $1,692.00L |
| WELLS FARGO CO (NEW) | WFC | 47.3700 | $5,760.00L | $5,760.00L |

```
           TOTAL PROFITS :   $274033.70P                 $274401.76P
           TOTAL LOSSES  :   $364234.64L                 $355273.64L
```

```
RUN DATE : 02/28/03           SEA CARRIERS LP        P & L ANALYSIS - DETAIL REPORT              TCKP0501      PAGE     1
ACCOUNT NO. : ▮▮▮▮▮    TRADER NO : ▮▮▮▮    TRADER NAME : TRADING ACCOUNT              MONTH : FEBRUARY         942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.6600 | $133.85L | $133.85L |
| ABBOTT LABS | ABT | 38.1200 | $4.44L | $4.44L |
| AMERICAN EXPRESS CO | AXP | 35.5300 | $102.17L | $102.17L |
| AMERICAN INTL GROUP INC | AIG | 54.1200 | $136.86P | $136.86P |
| ANALOG DEVICES INC | ADI | 23.9300 | $6.03L | $6.03L |
| BJ SERVICES CO | BJS | 30.5700 | $22.12P | $22.12P |
| BANK OF AMERICA CORP | BAC | 70.500 | $136.22P | $136.22P |
| BANK NEW YORK INC | BK | 25.3000 | $1.68L | $1.68L |
| BANK ONE CORP | ONE | 36.5100 | $52.55L | $52.55L |
| BAXTER INTERNATIONAL INC | BAX | 28.1800 | $2.40L | $2.40L |
| BELL SOUTH CORP | BLS | 22.7800 | $35.24L | $35.24L |
| BOEING CO | BA | 31.5900 | $61.64L | $61.64L |
| BRISTOL MYERS SQUIBB CO | BMY | 23.5900 | $4.22P | $4.22P |
| CARDINAL HEALTH INC | CAH | 58.3300 | $16.52L | $16.52L |
| CATERPILLAR INC | CAT | 43.9800 | $7.04P | $7.04P |
| CELESTICA INC | CLS | 11.5800 | $59.95L | $59.95L |
| CHEVRONTEXACO CORP | CVX | 64.4000 | $15.51L | $15.51L |
| CITIGROUP INC | C | 34.3800 | $216.93P | $216.93P |
| CLEAR CHANNEL COMMUN INC | CCU | 40.800 | $57.74P | $57.74P |
| COCA COLA CO | KO | 40.4600 | $82.39L | $82.39L |
| EMC CORP MASS | EMC | 7.7000 | $106.20L | $106.20L |
| EXXON MOBIL CORP. | XOM | 34.1500 | $48.23L | $48.23L |
| FEDERAL HOME LOAN MTG CORP | FRE | 55.9800 | $16.34P | $16.34P |
| FEDERAL NATL MTG ASSN | FNM | 64.7000 | $33.05L | $33.05L |
| FOREST LABS INC | FRX | 51.7500 | $69.20L | $69.20L |
| GENERAL ELEC CO | GE | 23.1400 | $30.32P | $30.32P |

```
RUN DATE : 02/28/03           SEA CARRIERS LP        P & L ANALYSIS - DETAIL REPORT              TCKP0501      PAGE     2
ACCOUNT NO. : ▮▮▮▮▮    TRADER NO : ▮▮▮▮    TRADER NAME : TRADING ACCOUNT              MONTH : FEBRUARY         942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| GOLDMAN SACHS GROUP INC | GS | 68.1000 | $170.84P | $170.84P |
| HCA INC | HCA | 42.7400 | $4.88L | $4.88L |
| HOME DEPOT INC | HD | 20.9000 | $41.26L | $41.26L |
| HONEYWELL INT'L INC | HON | 24.4400 | $5.01L | $5.01L |
| INTERNATIONAL BUSINESS MACHS | IBM | 78.2300 | $254.72P | $254.72P |
| J.P. MORGAN CHASE & CO | JPM | 23.3400 | $21.24L | $21.24L |
| JOHNSON & JOHNSON | JNJ | 53.6100 | $63.28L | $63.28L |
| KOHL'S CORPORATION | KSS | 52.3700 | $48.51L | $48.51L |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 54.5300 | $31.14P | $31.14P |
| LILLY ELI & CO | LLY | 60.2400 | $7.63P | $7.63P |
| LOWE'S COMPANIES, INC. | LOW | 34.1800 | $29.53L | $29.53L |
| MERCK & CO INC | MRK | 55.3900 | $122.50P | $122.50P |
| MERRILL LYNCH PIERCE FENNER & | MER | 35.200 | $147.74P | $147.74P |
| MORGAN STANLEY | MWD | 37.9000 | $108.06P | $108.06P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 13.2000 | $20.45L | $20.45L |
| NOKIA CORP REP 1 ORD SH | NOK | 14.3900 | $104.31L | $104.31L |
| NORTHROP GRUMMAN CORP | NOC | 91.4100 | $1.85L | $1.85L |
| OMNICOM GROUP | OMC | 60.3000 | $9.24P | $9.24P |
| PEPSICO INC | PEP | 40.4800 | $74.88L | $74.88L |
| PFIZER INC | PFE | 30.3600 | $41.40L | $41.40L |
| PHARMACIA CORP | PHA | 41.7700 | $20.98L | $20.98L |
| THE PROCTER & GAMBLE COMPANY | PG | 85.5700 | $19.92L | $19.92L |
| SBC COMMUNICATIONS INC | SBC | 24.4400 | $12.72L | $12.72L |
| SCHLUMBERGER LTD | SLB | 37.7000 | $39.79P | $39.79P |
| SEARS ROEBUCK & CO | S | 26.4500 | $203.08L | $203.08L |
| TARGET CORP | TGT | 28.2100 | $13.30P | $13.30P |

```
DATE : 02/28/03              SEA CARRIERS LP      P & L ANALYSIS - DETAIL REPORT      TCKP0501   PAGE   3
ACCT NO. :  ▓▓▓      TRADER NO : ▓▓▓      TRADER NAME : TRADING ACCOUNT      MONTH : FEBRUARY
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| TEXAS INSTRS INC | TXN | 15.9000 | $53.72L | $53.72L |
| 3M COMPANY | MMM | 124.5500 | $56.15P | $56.15P |
| TYCO INT'L LTD NEW | TYC | 16.100 | $82.60L | $82.60L |
| US BANCORP DEL NEW | USB | 21.1000 | $35.27P | $35.27P |
| UNITED TECHNOLOGIES CORP | UTX | 63.5800 | $13.70P | $13.70P |
| UNITEDHEALTH GROUP INC | UNH | 87.9000 | $12.86P | $12.86P |
| VERIZON COMMUNICATIONS | VZ | 38.2800 | $125.06P | $125.06P |
| WAL-MART STORES INC | WMT | 47.8000 | $86.48P | $86.48P |
| WASHINGTON MUTUAL INC | WM | 34.4500 | $50.48L | $50.48L |
| WELLS FARGO CO (NEW) | WFC | 47.3700 | $20.50P | $20.50P |
| WYETH | WYE | 39.300 | $9.90P | $9.90P |

```
                                TOTAL PROFITS :    $1892.67P       $1892.67P
                                TOTAL LOSSES  :    $1731.15L       $1731.15L
```