ENVELOPE 1 OF 2
125 PAGES

SEA CARRIERS LIMITED PARTNERSH
IP
75 HOLLY HILL LANE
GREENWICH   CT   06830

ENVELOPE 1 OF 2
125 PAGES

7295

ENVELOPE 1 OF 2
125 PAGES

02586

```
RUN DATE : 04/30/03         SEA CARRIERS LP         P & L ANALYSIS  -  DETAIL REPORT            TCKP0501      PAGE      1

ACCOUNT NO. :              TRADER NO :              TRADER  NAME : TRADING ACCOUNT                 MONTH : APRIL          942

    SECURITY NAME                  SYMBOL         PRICE         MONTHLY P&L         YEAR TO DATE P&L

    AOL TIME WARNER, INC.          AOL           13.6800            $.00                $1.15L
    AMERICAN INTL GROUP INC        AIG           57.9500            $.00               $10.18L
    ANALOG DEVICES INC             ADI           33.1200            $.00                $8.45L

                        TOTAL   PROFITS :       $.00P                              $.00P
                        TOTAL   LOSSES  :       $.00L                            $19.78L
```

```
RUN DATE : 04/30/03         SEA CARRIERS LP         P & L ANALYSIS  -  DETAIL REPORT            TCKP0501      PAGE      1

ACCOUNT NO. :              TRADER NO :              TRADER  NAME : TRADING ACCOUNT                 MONTH : APRIL          942

    SECURITY NAME                  SYMBOL         PRICE         MONTHLY P&L         YEAR TO DATE P&L

    AOL TIME WARNER, INC.          AOL           13.6800            $.00              $354.24L
    ABBOTT LABS                    ABT           40.6300            $.00               $14.65P
    AMERICAN EXPRESS CO            AXP           37.8600         $268.20L             $485.27L
    AMERICAN INTL GROUP INC        AIG           57.9500         $321.76P           $1,517.91P
    ANALOG DEVICES INC             ADI           33.1200          $38.93L             $244.28L
    BJ SERVICES CO                 BJS           36.5100         $125.27L              $54.71L
    BANK OF AMERICA CORP           BAC           74. 500         $194.17P             $814.47P
    BANK NEW YORK INC              BK            26.4500          $81.12L              $92.43L
    BANK ONE CORP                  ONE           36. 500         $108.93P             $178.51L
    BAXTER INTERNATIONAL INC       BAX           23.               $80.61L              $7.09L
    BELL SOUTH CORP                BLS           25.4900         $161.17L             $168.95L
    BEST BUY CO INC                BBY           34.5800         $293.27L              $75.26L
    BOEING CO                      BA            27.2800          $82.75L             $211.55L
    BRISTOL MYERS SQUIBB CO        BMY           25.5400           $8.54P             $177.77L
    CAPITAL ONE FIN'L CORP         COF           41.8700         $153.96P             $108.95P
    CARDINAL HEALTH INC            CAH           55.2800          $34.29L             $187.57P
    CATERPILLAR INC                CAT           52.6000         $151.46L              $17.82L
    CELESTICA INC                  CLS           11.5600            $.00              $342.29L
    CHEVRONTEXACO CORP             CVX           62.8100         $332.36L             $159.17L
    CITIGROUP INC                  C             39.2500         $724.35P           $1,847.54P
    CLEAR CHANNEL COMMUN INC       CCU           39.1100         $182.70L             $286.86P
    COCA COLA CO                   KO            40.4000          $53.28L             $168.37L
    EMC CORP MASS                  EMC            9. 900            $.00               $17.18L
    EXXON MOBIL CORP.              XOM           35.2000         $149.78L             $115.34P
    FEDERAL HOME LOAN MTG CORP     FRE           57.9000          $46.83L             $503.29L
    FEDERAL NATL MTG ASSN          FNM           72.3900         $128.88L              $50.23L
```

```
RUN DATE : 04/30/03        SEA CARRIERS LP        P & L ANALYSIS  -  DETAIL REPORT        TCKP0501      PAGE      2

ACCOUNT NO. : [REDACTED]    TRADER NO : [REDACTED]    TRADER NAME : TRADING ACCOUNT        MONTH : APRIL        942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| FOREST LABS INC | FRX | 51.7200 | $118.84P | $104.29L |
| GENERAL ELEC CO | GE | 29.4500 | $236.50P | $1,250.65P |
| GENERAL MTRS CORP. | GM | 36.500 | $291.96P | $349.40P |
| GILLETTE CO | G | 30.4500 | $143.05L | $169.99L |
| GOLDMAN SACHS GROUP INC | GS | 75.9000 | $183.55P | $518.34P |
| HCA INC | HCA | 32.1000 | $73.35L | $447.57L |
| HOME DEPOT INC | HD | 28.1300 | $36.14L | $186.32L |
| HONEYWELL INT'L INC | HON | 23.6000 | $116.14P | $145.22P |
| INTERNATIONAL BUSINESS MACHS | IBM | 84.9000 | $738.37P | $1,400.03P |
| INTERNATIONAL PAPER CO | IP | 35.7500 | $114.82L | $72.53L |
| J.P. MORGAN CHASE & CO | JPM | 29.3500 | $333.01P | $1,045.20P |
| JOHNSON & JOHNSON | JNJ | 56.3600 | $41.68L | $443.33L |
| KOHL'S CORPORATION | KSS | 56.8000 | $367.08P | $735.60P |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 62.9700 | $67.88P | $647.66P |
| LILLY ELI & CO | LLY | 63.8200 | $199.87L | $137.60L |
| LOCKHEED MARTIN CORP | LMT | 50.500 | $298.73L | $419.41L |
| LOWE'S COMPANIES, INC. | LOW | 43.8900 | $21.90L | $464.60L |
| M B N A CORP | KRB | 18.9000 | $55.94L | $113.87L |
| MERCK & CO INC | MRK | 58.1800 | $327.25L | $325.13P |
| MERRILL LYNCH PIERCE FENNER & | MER | 41.500 | $284.85P | $545.98P |
| MORGAN STANLEY | MWD | 44.7500 | $199.12L | $476.56P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 18.7300 | $14.27L | $48.08L |
| NOKIA CORP REP 1 ORD SH | NOK | 16.5700 | $.00 | $139.42P |
| NORTHROP GRUMMAN CORP | NOC | 87.9500 | $5.86L | $87.12P |
| OMNICOM GROUP | OMC | 61.9000 | $63.11L | $74.64L |
| PEPSICO INC | PEP | 43.2800 | $59.94L | $47.41P |

```
RUN DATE : 04/30/03        SEA CARRIERS LP        P & L ANALYSIS  -  DETAIL REPORT        TCKP0501      PAGE      3

ACCOUNT NO. : [REDACTED]    TRADER NO : [REDACTED]    TRADER NAME : TRADING ACCOUNT        MONTH : APRIL        942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| PFIZER INC | PFE | 30.7500 | $71.07L | $873.37P |
| PHARMACIA CORP | PHA | . | $30.34P | $112.82P |
| THE PROCTER & GAMBLE COMPANY | PG | 89.8500 | $391.35L | $269.14L |
| SBC COMMUNICATIONS INC | SBC | 23.3600 | $72.17P | $111.60L |
| SCHERING PLOUGH CORP | SGP | 18.1000 | $159.50L | $166.73L |
| SCHLUMBERGER LTD | SLB | 41.9300 | $32.96L | $158.59L |
| SEARS ROEBUCK & CO | S | 28.3400 | $65.94L | $295.61L |
| TARGET CORP | TGT | 33.4400 | $74.53L | $227.77L |
| TEXAS INSTRS INC | TXN | 18.4900 | $92.25L | $41.26L |
| 3M COMPANY | MMM | 126.400 | $59.24P | $312.93P |
| TYCO INT'L LTD NEW | TYC | 15.6000 | $.00 | $31.74L |
| US BANCORP DEL NEW | USB | 22.1500 | $16.88L | $243.10L |
| UNITED TECHNOLOGIES CORP | UTX | 61.8100 | $59.28P | $198.91P |
| UNITEDHEALTH GROUP INC | UNH | 92.1300 | $116.88P | $210.08P |
| VERIZON COMMUNICATIONS | VZ | 37.3800 | $384.45L | $567.46P |
| WACHOVIA CORP (NEW) | WB | 38.2100 | $4.55L | $85.06P |
| WAL-MART STORES INC | WMT | 56.3200 | $327.88P | $985.45P |
| WASHINGTON MUTUAL INC | WM | 39.5000 | $92.18L | $27.62L |
| WELLS FARGO CO (NEW) | WFC | 48.2600 | $523.18L | $336.16L |
| WYETH | WYE | 43.5300 | $87.95P | $137.24P |
| TOTAL PROFITS : | | | $5003.63P | $16890.33P |
| TOTAL LOSSES : | | | $5774.77L | $7899.96L |

```
RUN DATE : 04/30/03        SEA CARRIES LP       P & L ANALYSIS - DETAIL REPORT           TCKP0501      PAGE     1
ACCOUNT NO. :              TRADER NO :          TRADER  NAME : TRADING ACCOUNT              MONTH : APRIL        942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 13.6800 | $.00 | $179.73L |
| ABBOTT LABS | ABT | 40.6300 | $.00 | $70.00L |
| AMERICAN EXPRESS CO | AXP | 37.8600 | $256.46P | $821.33P |
| AMERICAN INTL GROUP INC | AIG | 57.9500 | $1,469.51P | $4,072.32P |
| ANALOG DEVICES INC | ADI | 33.1200 | $49.15P | $36.66L |
| BJ SERVICES CO | BJS | 36.5100 | $75.29L | $271.86L |
| BANK OF AMERICA CORP | BAC | 74. 500 | $52.00P | $1,214.71P |
| BANK NEW YORK INC | BK | 26.4500 | $121.14L | $124.64L |
| BANK ONE CORP | ONE | 36. 500 | $116.58P | $106.36P |
| BAXTER INTERNATIONAL INC | BAX | 23. | $76.08L | $218.82L |
| BELL SOUTH CORP | BLS | 25.4900 | $52.19P | $92.44P |
| BEST BUY CO INC | BBY | 34.5800 | $116.33P | $126.28P |
| BOEING CO | BA | 27.2800 | $14.09L | $8.96L |
| BRISTOL MYERS SQUIBB CO | BMY | 25.5400 | $16.41P | $159.61P |
| CAPITAL ONE FIN'L CORP | COF | 41.8700 | $299.03P | $535.24P |
| CARDINAL HEALTH INC | CAH | 55.2800 | $92.73L | $218.16P |
| CATERPILLAR INC | CAT | 52.6000 | $.72P | $500.66P |
| CELESTICA INC | CLS | 11.5600 | $.00 | $278.15L |
| CHEVRONTEXACO CORP | CVX | 62.8100 | $135.07L | $829.45P |
| CITIGROUP INC | C | 39.2500 | $658.67P | $2,909.10P |
| CLEAR CHANNEL COMMUN INC | CCU | 39.1100 | $190.67P | $964.10P |
| COCA COLA CO | KO | 40.4000 | $141.75P | $133.50L |
| EMC CORP MASS | EMC | 9. 900 | $.00 | $16.87L |
| EXXON MOBIL CORP. | XOM | 35.2000 | $77.79L | $298.51P |
| FEDERAL HOME LOAN MTG CORP | FRE | 57.9000 | $6.60L | $362.22P |
| FEDERAL NATL MTG ASSN | FNM | 72.3900 | $178.50L | $639.66P |

```
RUN DATE : 04/30/03        SEA CARRIES LP       P & L ANALYSIS - DETAIL REPORT           TCKP0501      PAGE     2
ACCOUNT NO. :              TRADER NO :          TRADER  NAME : TRADING ACCOUNT              MONTH : APRIL        942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| FEDEX CORP | FDX | 59.8800 | $.00 | $.40L |
| FLEETBOSTON FINANCIAL CCRP | FBF | 26.5200 | $.00 | $4.12P |
| FOREST LABS INC | FRX | 51.7200 | $102.84P | $113.49P |
| GENERAL ELEC CO | GE | 29.4500 | $690.48P | $2,237.42P |
| GENERAL MTRS CORP. | GM | 36. 500 | $1.15L | $377.68P |
| GILLETTE CO | G | 30.4500 | $42.16L | $76.05L |
| GOLDMAN SACHS GROUP INC | GS | 75.9000 | $861.32P | $1,395.44P |
| HCA INC | HCA | 32.1000 | $52.69L | $181.37L |
| HOME DEPOT INC | HD | 28.1300 | $1.73P | $371.39P |
| HONEYWELL INT'L INC | HON | 23.6000 | $41.96P | $159.02P |
| INTERNATIONAL BUSINESS MACHS | IBM | 84.9000 | $776.49P | $2,141.16P |
| INTERNATIONAL PAPER CO | IP | 35.7500 | $72.59P | $95.23P |
| J.P. MORGAN CHASE & CO | JPM | 29.3500 | $46.98P | $867.49P |
| JOHNSON & JOHNSON | JNJ | 56.3600 | $98.96L | $317.18P |
| KIMBERLY CLARK CORP | KMB | 49.7700 | $.00 | $37.33L |
| KOHL'S CORPORATION | KSS | 56.8000 | $149.48P | $366.66P |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 62.9700 | $174.23P | $574.81P |
| LILLY ELI & CO | LLY | 63.8200 | $72.05L | $106.82L |
| LOCKHEED MARTIN CORP | LMT | 50. 500 | $157.36L | $123.87L |
| LOWE'S COMPANIES, INC. | LOW | 43.8900 | $134.24P | $235.18P |
| M B N A CORP | KRB | 18.9000 | $39.16L | $127.75L |
| MARSH & MCLENNAN COS INC | MMC | 47.6800 | $.00 | $38.91P |
| MERCK & CO INC | MRK | 58.1800 | $216.14P | $1,082.53P |
| MERRILL LYNCH PIERCE FENNER & | MER | 41. 500 | $708.56P | $2,235.13P |
| MORGAN STANLEY | MWD | 44.7500 | $152.49P | $903.82P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 18.7300 | $51.98L | $60.80P |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| NOKIA CORP REP 1 ORD SH | NOK | 13.2300 | $36.87L | $105.92P |
| NORTHROP GRUMMAN CORP | NOC | 86.7000 | $300.53P | $291.97P |
| OMNICOM GROUP | OMC | 52.9800 | $211.73P | $200.23P |
| PEPSICO INC | PEP | 38.3200 | $22.09P | $188.17L |
| PFIZER INC | PFE | 29.8200 | $763.53P | $898.07P |
| PHARMACIA CORP | PHA | 41.3200 | $458.85P | $436.52P |
| THE PROCTER & GAMBLE COMPANY | PG | 81.8600 | $680.07P | $845.64P |
| SBC COMMUNICATIONS INC | SBC | 20.8000 | $500.65P | $903.56P |
| SCHERING PLOUGH CORP | SGP | 18.200 | $.49L | $.49L |
| SCHLUMBERGER LTD | SLB | 41.6100 | $69.50P | $201.51P |
| SEARS ROEBUCK & CO | S | 21.7800 | $79.02P | $403.89P |
| TARGET CORP | TGT | 28.6500 | $387.13P | $267.82P |
| TEXAS INSTRS INC | TXN | 16.7500 | $737.30P | $1,348.12P |
| 3M COMPANY | MMM | 125.3700 | $172.56P | $259.17P |
| TYCO INT'L LTD NEW | TYC | 14.8000 | $145.05P | $49.51L |
| US BANCORP DEL NEW | USB | 20.9200 | $15.20P | $144.21P |
| UNITED TECHNOLOGIES CORP | UTX | 58.5800 | $232.43P | $449.74P |
| UNITEDHEALTH GROUP INC | UNH | 82.9000 | $247.76P | $295.37P |
| VERIZON COMMUNICATIONS | VZ | 34.5800 | $446.94P | $799.00P |
| WACHOVIA CORP (NEW) | WB | 35.4800 | $1.38L | $1.38L |
| WAL-MART STORES INC | WMT | 48.600 | $646.33P | $1,044.07P |
| WALGREEN CO | WAG | 28.1400 | $.00 | $23.35P |
| WASHINGTON MUTUAL INC | WM | 34.5300 | $39.63P | $12.49P |
| WELLS FARGO CO (NEW) | WFC | 45.3500 | $98.36P | $214.45P |
| WYETH | WYE | 35.2500 | $229.36P | $369.87P |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| TOTAL PROFITS : | | $21816.41P | | $30276.10P |
| TOTAL LOSSES : | | $674.98L | | $1822.05L |

```
RUN DATE : 04/01/03        SEA CARRIERS LIMITED PART     P & L ANALYSIS - DETAIL REPORT        TCKP0501      PAGE     1
ACCOUNT NO. :              TRADER NO :           TRADER NAME : TRADING ACCOUNT                  MONTH : MARCH          9
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.3200 | $.00 | $1.15L |
| AMERICAN INTL GROUP INC | AIG | 49.2900 | $.00 | $10.18L |
| ANALOG DEVICES INC | ADI | 29.1600 | $.00 | $8.45L |
| TOTAL PROFITS : | | $.00P | | $.00P |
| TOTAL LOSSES : | | $.00L | | $19.78L |

```
RUN DATE : 04/01/03        SEA CARRIERS LP              P & L ANALYSIS - DETAIL REPORT          TCKP0501      PAGE     1
ACCOUNT NO. :              TRADER NO :           TRADER NAME : TRADING ACCOUNT                  MONTH : MARCH        942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.3200 | $145.94L | $354.24L |
| ABBOTT LABS | ABT | 35.6200 | $.00 | $14.65P |
| AMERICAN EXPRESS CO | AXP | 33.5800 | $303.78L | $217.07L |
| AMERICAN INTL GROUP INC | AIG | 49.2900 | $638.30P | $1,196.15P |
| ANALOG DEVICES INC | ADI | 29.1600 | $59.41L | $205.35L |
| BJ SERVICES CO | BJS | 34.3700 | $71.12P | $70.56P |
| BANK OF AMERICA CORP | BAC | 69.2400 | $101.48P | $620.30P |
| BANK NEW YORK INC | BK | 22.7800 | $28.77L | $11.31L |
| BANK ONE CORP | ONE | 36. 300 | $272.94L | $287.44L |
| BAXTER INTERNATIONAL INC | BAX | 28.3900 | $22.79P | $73.52P |
| BELL SOUTH CORP | BLS | 21.6700 | $47.15L | $7.78L |
| BEST BUY CO INC | BBY | 29. 700 | $218.01P | $218.01P |
| BOEING CO | BA | 27.5600 | $12.08P | $128.80L |
| BRISTOL MYERS SQUIBB CO | BMY | 23.3000 | $106.44L | $186.31L |
| CAPITAL ONE FIN'L CORP | COF | 30.9700 | $45.01L | $45.01L |
| CARDINAL HEALTH INC | CAH | 57.2900 | $203.14P | $221.86P |
| CATERPILLAR INC | CAT | 47. | $91.18P | $133.64P |
| CELESTICA INC | CLS | 12. 600 | $37.20L | $342.29L |
| CHEVRONTEXACO CORP | CVX | 64.1700 | $103.84P | $173.19P |
| CITIGROUP INC | C | 33.3400 | $424.69P | $1,123.19P |
| CLEAR CHANNEL COMMUN INC | CCU | 36.5100 | $272.85P | $469.56P |
| COCA COLA CO | KO | 40.2200 | $117.95L | $115.09L |
| EMC CORP MASS | EMC | 7.3900 | $4.50L | $17.18L |
| EXXON MOBIL CORP. | XOM | 34. 200 | $111.93P | $265.12P |
| FEDERAL HOME LOAN MTG CORP | FRE | 54.6500 | $277.07L | $456.46L |
| FEDERAL NATL MTG ASSN | FNM | 64.1000 | $205.90P | $78.65P |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| FOREST LABS INC | FRX | 49.8000 | $183.15L | $223.13L |
| GENERAL ELEC CO | GE | 24.500 | $769.28P | $1,014.15P |
| GENERAL MTRS CORP. | GM | 33.7700 | $57.44P | $57.44P |
| GILLETTE CO | G | 30.1900 | $26.94L | $26.94L |
| GOLDMAN SACHS GROUP INC | GS | 69.4500 | $315.27P | $334.79P |
| HCA INC | HCA | 41.2400 | $314.43L | $374.22L |
| HOME DEPOT INC | HD | 23.4500 | $64.04L | $150.18L |
| HONEYWELL INT'L INC | HON | 22.8900 | $65.25P | $29.08P |
| INTERNATIONAL BUSINESS MACHS | IBM | 77.9500 | $8.72P | $661.66P |
| INTERNATIONAL PAPER CO | IP | 35.300 | $42.29P | $42.29P |
| J.P. MORGAN CHASE & CO | JPM | 22.6800 | $393.62P | $712.19P |
| JOHNSON & JOHNSON | JNJ | 52.4500 | $315.59L | $401.65L |
| KOHL'S CORPORATION | KSS | 48.9800 | $256.67P | $368.52P |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 55.3700 | $152.21P | $579.78P |
| LILLY ELI & CO | LLY | 56.5600 | $59.21L | $62.27P |
| LOCKHEED MARTIN CORP | LMT | 45.7200 | $120.68L | $120.68L |
| LOWE'S COMPANIES, INC. | LOW | 39.3000 | $69.38L | $442.70L |
| M B N A CORP | KRB | 13.8500 | $57.93L | $57.93L |
| MERCK & CO INC | MRK | 52.7500 | $333.44P | $652.38P |
| MERRILL LYNCH PIERCE FENNER & | MER | 34.800 | $184.72P | $261.13P |
| MORGAN STANLEY | MWD | 36.8500 | $223.53P | $675.68P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 17.1300 | $12.24P | $33.81L |
| NOKIA CORP REP 1 ORD SH | NOK | 13.2300 | $68.62L | $139.42P |
| NORTHROP GRUMMAN CORP | NOC | 86.7000 | $34.50P | $92.98P |
| OMNICOM GROUP | OMC | 52.9800 | $40.56L | $11.53L |
| PEPSICO INC | PEP | 38.3200 | $168.11P | $107.35P |

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| PFIZER INC | PFE | 29.8200 | $566.80P | $944.44P |
| PHARMACIA CORP | PHA | 41.3200 | $77.45P | $82.48P |
| THE PROCTER & GAMBLE COMPANY | PG | 81.8600 | $115.07P | $122.21P |
| SBC COMMUNICATIONS INC | SBC | 20.8000 | $162.60L | $183.77L |
| SCHERING PLOUGH CORP | SGP | 18.200 | $7.23L | $7.23L |
| SCHLUMBERGER LTD | SLB | 41.6100 | $25.45P | $125.63L |
| SEARS ROEBUCK & CO | S | 21.7800 | $125.29L | $229.67L |
| TARGET CORP | TGT | 28.6500 | $4.30L | $153.24L |
| TEXAS INSTRS INC | TXN | 16.7500 | $88.38P | $50.99P |
| 3M COMPANY | MMM | 125.3700 | $132.73P | $253.69P |
| TYCO INT'L LTD NEW | TYC | 14.8000 | $21.84L | $31.74L |
| US BANCORP DEL NEW | USB | 20.9200 | $114.27L | $226.22L |
| UNITED TECHNOLOGIES CORP | UTX | 58.5800 | $120.96P | $139.63P |
| UNITEDHEALTH GROUP INC | UNH | 82.9000 | $95.24P | $93.20P |
| VERIZON COMMUNICATIONS | VZ | 34.5800 | $388.60P | $951.91P |
| WACHOVIA CORP (NEW) | WB | 35.4800 | $89.61P | $89.61P |
| WAL-MART STORES INC | WMT | 48.600 | $334.15P | $657.57P |
| WASHINGTON MUTUAL INC | WM | 34.5300 | $32.93P | $64.56P |
| WELLS FARGO CO (NEW) | WFC | 45.3500 | $269.85P | $187.02P |
| WYETH | WYE | 35.2500 | $55.81P | $49.29P |
| TOTAL PROFITS : | | | $7887.63P | $14136.11P |
| TOTAL LOSSES : | | | $3202.22L | $5174.60L |

```
RUN DATE : 04/01/03        SEA CARRIES LP         P & L ANALYSIS  -  DETAIL REPORT          TCKP0501      PAGE    1
ACCOUNT NO. :  ▓▓▓▓    TRADER NO :  ▓▓▓▓    TRADER  NAME : TRADING ACCOUNT         MONTH : MARCH          942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| AOL TIME WARNER, INC. | AOL | 11.3200 | $98.72L | $179.73L |
| ABBOTT LABS | ABT | 35.6200 | $.00 | $70.00L |
| AMERICAN EXPRESS CO | AXP | 33.5800 | $285.49P | $564.87P |
| AMERICAN INTL GROUP INC | AIG | 49.2900 | $1,959.32P | $2,602.81P |
| ANALOG DEVICES INC | ADI | 29.1600 | $122.76L | $85.81L |
| BJ SERVICES CO | BJS | 34.3700 | $126.13L | $196.57L |
| BANK OF AMERICA CORP | BAC | 69.2400 | $507.54P | $1,162.71P |
| BANK NEW YORK INC | BK | 22.7800 | $13.00P | $3.50L |
| BANK ONE CORP | ONE | 36. 300 | $23.78P | $10.22L |
| BAXTER INTERNATIONAL INC | BAX | 28.3900 | $36.42L | $142.74L |
| BELL SOUTH CORP | BLS | 21.6700 | $166.81P | $40.25P |
| BEST BUY CO INC | BBY | 29. 700 | $25.36P | $9.95P |
| BOEING CO | BA | 27.5600 | $43.92P | $5.13P |
| BRISTOL MYERS SQUIBB CO | BMY | 23.3000 | $119.04P | $143.20P |
| CAPITAL ONE FIN'L CORP | COF | 30.9700 | $236.21P | $236.21P |
| CARDINAL HEALTH INC | CAH | 57.2900 | $386.52P | $310.89P |
| CATERPILLAR INC | CAT | 47. | $422.02P | $499.94P |
| CELESTICA INC | CLS | 12. 600 | $28.50L | $278.15L |
| CHEVRONTEXACO CORP | CVX | 64.1700 | $670.57P | $964.52P |
| CITIGROUP INC | C | 33.3400 | $1,570.97P | $2,250.43P |
| CLEAR CHANNEL COMMUN INC | CCU | 36.5100 | $293.19P | $773.43P |
| COCA COLA CO | KO | 40.2200 | $67.59L | $275.25L |
| EMC CORP MASS | EMC | 7.3900 | $36.00L | $16.87L |
| EXXON MOBIL CORP. | XOM | 34. 200 | $358.04P | $376.30P |
| FEDERAL HOME LOAN MTG CORP | FRE | 54.6500 | $303.58P | $368.82P |
| FEDERAL NATL MTG ASSN | FNM | 64.1000 | $700.86P | $818.16P |

```
RUN DATE : 04/01/03        SEA CARRIES LP         P & L ANALYSIS  -  DETAIL REPORT          TCKP0501      PAGE    2
ACCOUNT NO. :  ▓▓▓▓    TRADER NO :  ▓▓▓▓    TRADER  NAME : TRADING ACCOUNT         MONTH : MARCH          942
```

| SECURITY NAME | SYMBOL | PRICE | MONTHLY P&L | YEAR TO DATE P&L |
|---|---|---|---|---|
| FEDEX CORP | FDX | 51.4000 | $.00 | $.40L |
| FLEETBOSTON FINANCIAL CCRP | FBF | 24.5600 | $.00 | $4.12P |
| FOREST LABS INC | FRX | 49.8000 | $79.18P | $10.65P |
| GENERAL ELEC CO | GE | 24. 500 | $1,306.96P | $1,546.94P |
| GENERAL MTRS CORP. | GM | 33.7700 | $378.83P | $378.83P |
| GILLETTE CO | G | 30.1900 | $13.88P | $33.89L |
| GOLDMAN SACHS GROUP INC | GS | 69.4500 | $489.31P | $534.12P |
| HCA INC | HCA | 41.2400 | $26.64P | $128.68L |
| HOME DEPOT INC | HD | 23.4500 | $222.80P | $369.66P |
| HONEYWELL INT'L INC | HON | 22.8900 | $144.74P | $117.06P |
| INTERNATIONAL BUSINESS MACHS | IBM | 77.9500 | $1,146.79P | $1,364.67P |
| INTERNATIONAL PAPER CO | IP | 35. 300 | $77.42P | $22.64P |
| J.P. MORGAN CHASE & CO | JPM | 22.6800 | $697.86P | $820.51P |
| JOHNSON & JOHNSON | JNJ | 52.4500 | $183.86P | $416.14P |
| KIMBERLY CLARK CORP | KMB | 45.8300 | $.00 | $37.33L |
| KOHL'S CORPORATION | KSS | 48.9000 | $322.80P | $217.18P |
| LEHMAN BROTHERS HOLDINGS INC | LEH | 55.3700 | $61.62P | $400.58P |
| LILLY ELI & CO | LLY | 56.5600 | $109.77P | $34.77L |
| LOCKHEED MARTIN CORP | LMT | 45.7200 | $33.49P | $33.49P |
| LOWE'S COMPANIES, INC. | LOW | 39.3000 | $48.98P | $100.94P |
| M B N A CORP | KRB | 13.8500 | $88.59L | $88.59L |
| MARSH & MCLENNAN COS INC | MMC | 40.7000 | $.00 | $38.91P |
| MERCK & CO INC | MRK | 52.7500 | $669.08P | $866.39P |
| MERRILL LYNCH PIERCE FENNER & | MER | 34. 800 | $818.44P | $1,526.57P |
| MORGAN STANLEY | MWD | 36.8500 | $413.72P | $751.33P |
| NATIONAL SEMICONDUCTOR CORP | NSM | 17.1300 | $31.53L | $112.78P |