# CREDIT LYONNAIS SECURITIES (USA) INC.

## Trade Confirmation          (212) 408-5700

SEA CARRIERS, LP                                    Fax #
A/C SEA CARRIERS, LP
75 HOLLY HILL LANE                                  Account
ATTN: BOB PEACOCK
GREENWICH, CT  06830                                Office / RR    89 12


**From CLS (USA Inc.)**        AS AGENT
**You have   Sold/Bought**     BOUGHT
**Security type:**             COMMON STOCK          **Security ID**   002824100
                                                     ABBOTT LABORATORIES

**Transaction Details**
**Quantity:**                      1,200.00
**Price:**                          41.0775
**Principal:**                    49,293.00
**Interest:**
**Commission:**                        0.48
**SEC Fee:**
**Stamp Duty:**
**VAT:**
**Local Tax/Levy:**
**Brokerage/Clearing Fees:**                        DESCRETION EXERCISED
                                                    *

**NET:**                          49,293.48     USD


**Trade Date:**          OCT 24 2003               **Settle Date:**   OCT 29 2003
**Our Reference Number:**

SETTLEMENT INSTRUCTIONS:
Credit Lyonnais Securities Will Rec/Del at:         Counterparty will Rec/Del the above trade at:

# CREDIT LYONNAIS SECURITIES (USA) INC.

## Trade Confirmation          (212) 408-5700

SEA CARRIERS, LP                                    Fax #
A/C SEA CARRIERS, LP
75 HOLLY HILL LANE                                  Account
ATTN: BOB PEACOCK
GREENWICH, CT  06830                                Office / RR    89 12


From CLS (USA Inc.)        AS AGENT
You have   Sold/Bought     BOUGHT
Security type:             COMMON STOCK             Security ID   032654105
                                                    ANALOG DEVICES

**Transaction Details**
Quantity:                        14,400.00
Price:                           40.834236
Principal:                      588,013.00
Interest:
Commission:                          5.76
SEC Fee:
Stamp Duty:
VAT:
Local Tax/Levy:
Brokerage/Clearing Fees:                            DESCRETION EXERCISED
                                                    *
NET:                           588,018.76    USD


Trade Date:                OCT 24 2003              Settle Date:   OCT 29 2003
Our Reference Number:

SETTLEMENT INSTRUCTIONS:
Credit Lyonnais Securities Will Rec/Del at:         Counterparty will Rec/Del the above trade at:

# CREDIT LYONNAIS SECURITIES (USA) INC.

## Trade Confirmation          (212) 408-5700

SEA CARRIERS, LP                                      Fax #
A/C SEA CARRIERS, LP
75 HOLLY HILL LANE                                   Account
ATTN: BOB PEACOCK
GREENWICH, CT  06830                                 Office / RR    89 12


**From CLS (USA Inc.)**        AS AGENT
**You have   Sold/Bought**     BOUGHT
**Security type:**             COMMON STOCK                    Security ID   026874107
                                                              AMERICAN INTERNATIONAL GROUP
**Transaction Details**                                       COMMON SHS
Quantity:                          15,000.00
Price:                                59.6768
Principal:                        895,152.00
Interest:
Commission:                             6.00
SEC Fee:
Stamp Duty:
VAT:
Local Tax/Levy:
Brokerage/Clearing Fees:                                      DESCRETION EXERCISED
                                                              *

NET:                              895,158.00    USD


Trade Date:            OCT 24 2003                            Settle Date:   OCT 29 2003
Our Reference Number:

SETTLEMENT INSTRUCTIONS:
Credit Lyonnais Securities Will Rec/Del at:                   Counterparty will Rec/Del the above trade at:

# CREDIT LYONNAIS SECURITIES (USA) INC.

## Trade Confirmation           (212) 408-5700

SEA CARRIERS, LP                                    Fax #
A/C SEA CARRIERS, LP
75 HOLLY HILL LANE                                  Account
ATTN: BOB PEACOCK
GREENWICH, CT  06830                                Office / RR    89 12

From CLS (USA Inc.)        AS AGENT
You have  Sold/Bought      BOUGHT
Security type:             COMMON STOCK             Security ID   025816109
                                                    AMERICAN EXPRESS COMPANY

**Transaction Details**
Quantity:                       6,100.00
Price:                         47.187868
Principal:                    287,846.00
Interest:
Commission:                         2.44
SEC Fee:
Stamp Duty:
VAT:
Local Tax/Levy:
Brokerage/Clearing Fees:                            DESCRETION EXERCISED
                                                    *
NET:                          287,848.44    USD

Trade Date:            OCT 24 2003                  Settle Date:   OCT 29 2003
Our Reference Number:

SETTLEMENT INSTRUCTIONS:
Credit Lyonnais Securities Will Rec/Del at:         Counterparty will Rec/Del the above trade at:

# CREDIT LYONNAIS SECURITIES (USA) INC.

## Trade Confirmation          (212) 408-5700

SEA CARRIERS, LP
A/C SEA CARRIERS, LP
75 HOLLY HILL LANE
ATTN: BOB PEACOCK
GREENWICH, CT  06830

Fax #

Account

Office / RR    89 12

From CLS (USA Inc.)      AS AGENT
You have   Sold/Bought      BOUGHT
Security type:           COMMON STOCK

Security ID    060505104
BANK OF AMERICA CORP

**Transaction Details**
Quantity:                      15,300.00
Price:                         81.260196
Principal:                  1,243,281.00
Interest:
Commission:                         6.12
SEC Fee:
Stamp Duty:
VAT:
Local Tax/Levy:
Brokerage/Clearing Fees:

DESCRETION EXERCISED
*

NET:                        1,243,287.12      USD

Trade Date:            OCT 24 2003
Our Reference Number:

Settle Date:    OCT 29 2003

SETTLEMENT INSTRUCTIONS:
Credit Lyonnais Securities Will Rec/Del at:

Counterparty will Rec/Del the above trade at: