**CALYON SECURITIES**

| ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE |
|---|---|---|---|
|  | 09/30/04 | 08/31/04 | 1 |

SEA CARRIERS, LP
A/C SEA CARRIERS, LP
75 HOLLY HILL LANE
ATTN: BOB PEACOCK
GREENWICH CT 06830

## ACCOUNT SUMMARY

UNITED STATES DOLLAR

### TRANSACTION SUMMARY

| | |
|---|---|
| Opening Balance | 587,327.84 |
| Securities Bought | <498,557,149.84> |
| Securities Sold | 498,555,185.94 |
| Other Activity* | <874.76> |
| Closing Balance | 584,489.18 |

* Items in this category should be considered for tax purposes.
UNITED STATES DOLLAR

### ACCOUNT VALUE

| | Market Value | Allocation |
|---|---|---|
| Account Value Prior Period | 587,327.84 | |
| Margin Cash Balances | 584,489.18 | 100.00% |
| Account Value This Period | 584,489.18 | 100.00% |

### EARNINGS SUMMARY

| | Current | Year to Date |
|---|---|---|
| **Income** | | |
| Dividends: Taxable | 0.00 | 24.42 |
| **Total Income** | 0.00 | 24.42 |
| **Expense** | | |
| Total Expenses | 0.00 | 0.00 |

## ACCOUNT ACTIVITY

UNITED STATES DOLLAR

### MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | 587,327.84 |
| 09/01/04 | BOUGHT | 400 | ABBOTT LABORATORIES | 41.28 | <16,512.16> | 570,815.68 |
| 09/01/04 | BOUGHT | 6,700 | ANALOG DEVICES | 35.2840298 | <236,405.68> | 334,410.00 |
| 09/01/04 | BOUGHT | 1,500 | AMERICAN INTERNATIONAL GROUP COMMON SHS | 70.7086666 | <106,063.60> | 228,346.40 |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.

Member SIPC, NASD, and NYSE.

Calyon Securities Building, 1301 Avenue of the Americas, New York, New York 10019-6022
Telephone: (212) 408-5700, Fax: (212) 261-2500, Telex: 6721074



**CALYON SECURITIES**

| CLIENT NAME | ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE NUMBER |
|---|---|---|---|---|
| SEA CARRIERS, LP<br>A/C SEA CARRIERS, LP | | 09/30/04 | 08/31/04 | 2 |

## ACCOUNT ACTIVITY

**UNITED STATES DOLLAR**

### MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/01/04 | BOUGHT | 2,900 | BANK OF AMERICA CORP | 88.5351724 | <256,753.16> | <28,406.76> |
| 09/01/04 | BOUGHT | 3,100 | AMERICAN EXPRESS COMPANY | 50.0996774 | <155,310.24> | <183,717.00> |
| 09/01/04 | BOUGHT | 3,500 | BEST BUY COMPANY INC | 47.9665714 | <167,884.40> | <351,601.40> |
| 09/01/04 | BOUGHT | 500 | BRISTOL-MYERS SQUIBB CO COMMON SHS | 23.868 | <11,934.20> | <363,535.60> |
| 09/01/04 | BOUGHT | 6,200 | CITIGROUP INC COMMON STOCK | 46.5346774 | <288,517.48> | <652,053.08> |
| 09/01/04 | BOUGHT | 3,200 | CATERPILLAR INC | 73.4840625 | <235,150.28> | <887,203.36> |
| 09/01/04 | BOUGHT | 300 | CLEAR CHANNEL COMMUNICATIONS COMMON SHS | 35.1866666 | <10,556.12> | <897,759.48> |
| 09/01/04 | BOUGHT | 500 | COUNTRYWIDE CREDIT IND INC | 69.872 | <34,936.20> | <932,695.68> |
| 09/01/04 | BOUGHT | 2,500 | CAPITAL ONE FINANCIAL CORP | 69.4052 | <173,514.00> | <1,106,209.68> |
| 09/01/04 | BOUGHT | 2,100 | GENENTECH INC COMMON SHS | 49.5733333 | <104,104.84> | <1,210,314.52> |
| 09/01/04 | BOUGHT | 300 | FIRST DATA CORP | 41.84 | <12,552.12> | <1,222,866.64> |
| 09/01/04 | BOUGHT | 6,600 | GENERAL ELECTRIC CO. COMMON SHS | 32.7610606 | <216,225.64> | <1,439,092.28> |
| 09/01/04 | BOUGHT | 6,600 | HOME DEPOT INC COMMON SHS | 36.6371212 | <241,807.64> | <1,680,899.92> |
| 09/01/04 | BOUGHT | 4,900 | GOLDMAN SACHS GROUP INC COMMON SHS | 90.6871428 | <444,368.96> | <2,125,268.88> |
| 09/01/04 | BOUGHT | 4,500 | JP MORGAN CHASE & CO COMMON SHS | 39.6053333 | <178,225.80> | <2,303,494.68> |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.

Member SIPC, NASD, and NYSE.

Calyon Securities Building, 1301 Avenue of the Americas, New York, New York 10019-6022
Telephone: (212) 408-5700, Fax: (212) 261-2500, Telex: 6721074

CALYON SECURITIES

| CLIENT NAME | ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE NUMBER |
|---|---|---|---|---|
| SEA CARRIERS, LP<br>A/C SEA CARRIERS, LP | | 09/30/04 | 08/31/04 | 3 |

UNITED STATES DOLLAR

# ACCOUNT ACTIVITY

## MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/01/04 | BOUGHT | 2,600 | INTL BUSINESS MACHINES CORP COMMON SHS --- | 84.7876923 | <220,449.04> | <2,523,943.72> |
| 09/01/04 | BOUGHT | 3,300 | KOHLS CORP --- | 48.6836363 | <160,657.32> | <2,684,601.04> |
| 09/01/04 | BOUGHT | 4,200 | LEHMAN BROTHERS HOLDINGS INC --- | 74.7690476 | <314,031.68> | <2,998,632.72> |
| 09/01/04 | BOUGHT | 3,800 | LENNAR CORP COMMONSHS --- | 45.2589473 | <171,985.52> | <3,170,618.24> |
| 09/01/04 | BOUGHT | 500 | LILLY (ELI) & CO --- | 64.136 | <32,068.20> | <3,202,686.44> |
| 09/01/04 | BOUGHT | 3,800 | LOWE'S COMPANIES --- | 50.4592105 | <191,746.52> | <3,394,432.96> |
| 09/01/04 | BOUGHT | 300 | LEXMARK INTERNATIONAL INC --- | 88.62 | <26,586.12> | <3,421,019.08> |
| 09/01/04 | BOUGHT | 500 | MEDTRONIC INC COMMON SHS --- | 50.356 | <25,178.20> | <3,446,197.28> |
| 09/01/04 | BOUGHT | 6,800 | MERRILL LYNCH & CO INC COMMON SHS --- | 51.6264705 | <351,062.72> | <3,797,260.00> |
| 09/01/04 | BOUGHT | 6,900 | MORGAN STANLEY COMMON SHS --- | 51.7486956 | <357,068.76> | <4,154,328.76> |
| 09/01/04 | BOUGHT | 7,000 | NATIONAL SEMICONDUCTOR CORP --- | 13.9168571 | <97,420.80> | <4,251,749.56> |
| 09/01/04 | BOUGHT | 500 | OMNICOM GROUP --- | 70.448 | <35,224.20> | <4,286,973.76> |
| 09/01/04 | BOUGHT | 2,600 | PROCTER AND GAMBLE CO --- | 55.6053846 | <144,575.04> | <4,431,548.80> |
| 09/01/04 | BOUGHT | 500 | 3M CO COMMON SHS --- | 81.162 | <40,581.20> | <4,472,130.00> |
| 09/01/04 | BOUGHT | 1,700 | MERCK & CO. INC. COMMON SHS --- | 45.1441176 | <76,745.68> | <4,548,875.68> |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.

Member SIPC, NASD, and NYSE.

Calyon Securities Building, 1301 Avenue of the Americas, New York, New York 10019-6022
Telephone: (212) 408-5700, Fax: (212) 261-2500, Telex: 6721074

**CALYON SECURITIES**

| CLIENT NAME | ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE NUMBER |
|---|---|---|---|---|
| SEA CARRIERS, LP<br>A/C SEA CARRIERS, LP | | 09/30/04 | 08/31/04 | 4 |

UNITED STATES DOLLAR — **ACCOUNT ACTIVITY**

## MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/01/04 | BOUGHT | 300 | SBC COMMUNICATIONS INC COMMON SHS | 25.7433333 | <7,723.12> | <4,556,598.80> |
| 09/01/04 | BOUGHT | 7,000 | TEXAS INSTRUMENTS INC COMMON SHARES | 20.2798571 | <141,961.80> | <4,698,560.60> |
| 09/01/04 | BOUGHT | 500 | UNITED TECHNOLOGIES CORP COMMON SHS | 93.56 | <46,780.20> | <4,745,340.80> |
| 09/01/04 | BOUGHT | 500 | VERIZON COMMUNICATIONS INC COMMON SHS | 38.834 | <19,417.20> | <4,764,758.00> |
| 09/01/04 | BOUGHT | 6,900 | WAL-MART STORES INC COMMON SHS | 53.8066666 | <371,268.76> | <5,136,026.76> |
| 09/01/04 | BOUGHT | 500 | EXXON MOBIL CORPORATION COMMON SHS | 45.508 | <22,754.20> | <5,158,780.96> |
| 09/01/04 | BOUGHT | 500 | WYETH COMMON SHARES | 37.404 | <18,702.20> | <5,177,483.16> |
| 09/01/04 | SOLD | 400- | ABBOTT LABORATORIES | 41.2675 | 16,506.45 | <5,160,976.71> |
| 09/01/04 | SOLD | 6,700- | ANALOG DEVICES | 35.2998507 | 236,500.78 | <4,924,475.93> |
| 09/01/04 | SOLD | 1,500- | AMERICAN INTERNATIONAL GROUP COMMON SHS | 70.702 | 106,049.91 | <4,818,426.02> |
| 09/01/04 | SOLD | 3,100- | AMERICAN EXPRESS COMPANY | 50.0919354 | 155,280.12 | <4,663,145.90> |
| 09/01/04 | SOLD | 2,900- | BANK OF AMERICA CORP | 88.5234482 | 256,710.83 | <4,406,435.07> |
| 09/01/04 | SOLD | 3,500- | BEST BUY COMPANY INC | 47.9662857 | 167,876.67 | <4,238,558.40> |
| 09/01/04 | SOLD | 6,200- | CITIGROUP INC COMMON STOCK | 46.5266129 | 288,455.76 | <3,950,102.64> |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.

Member SIPC, NASD, and NYSE.

Calyon Securities Building, 1301 Avenue of the Americas, New York, New York 10019-6022
Telephone: (212) 408-5700. Fax: (212) 261-2500. Telex: 6721074

**CALYON SECURITIES**

| CLIENT NAME | ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE NUMBER |
|---|---|---|---|---|
| SEA CARRIERS, LP<br>A/C SEA CARRIERS, LP | | 09/30/04 | 08/31/04 | 5 |

## UNITED STATES DOLLAR — ACCOUNT ACTIVITY

### MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/01/04 | SOLD | 500- | BRISTOL-MYERS SQUIBB CO COMMON SHS | 23.86 | 11,929.52 | <3,938,173.12> |
| 09/01/04 | SOLD | 3,200- | CATERPILLAR INC | 73.4903125 | 235,162.21 | <3,703,010.91> |
| 09/01/04 | SOLD | 500- | COUNTRYWIDE CREDIT IND INC | 69.864 | 34,930.98 | <3,668,079.93> |
| 09/01/04 | SOLD | 300- | CLEAR CHANNEL COMMUNICATIONS COMMON SHS | 35.15 | 10,544.63 | <3,657,535.30> |
| 09/01/04 | SOLD | 2,500- | CAPITAL ONE FINANCIAL CORP | 69.41 | 173,519.93 | <3,484,015.37> |
| 09/01/04 | SOLD | 2,100- | GENENTECH INC COMMON SHS | 49.5414285 | 104,033.72 | <3,379,981.65> |
| 09/01/04 | SOLD | 6,600- | GENERAL ELECTRIC CO. COMMON SHS | 32.7595454 | 216,205.30 | <3,163,776.35> |
| 09/01/04 | SOLD | 300- | FIRST DATA CORP | 41.8066666 | 12,541.58 | <3,151,234.77> |
| 09/01/04 | SOLD | 4,900- | GOLDMAN SACHS GROUP INC COMMON SHS | 90.6848979 | 444,343.64 | <2,706,891.13> |
| 09/01/04 | SOLD | 6,600- | HOME DEPOT INC COMMON SHS | 36.6327272 | 241,767.70 | <2,465,123.43> |
| 09/01/04 | SOLD | 2,600- | INTL BUSINESS MACHINES CORP COMMON SHS | 84.7753846 | 220,409.80 | <2,244,713.63> |
| 09/01/04 | SOLD | 4,500- | JP MORGAN CHASE & CO COMMON SHS | 39.5928888 | 178,162.03 | <2,066,551.60> |
| 09/01/04 | SOLD | 3,800- | LENNAR CORP COMMONSHS | 45.2865789 | 172,083.45 | <1,894,468.15> |
| 09/01/04 | SOLD | 3,300- | KOHLS CORP | 48.7093939 | 160,735.91 | <1,733,732.24> |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.
Member SIPC, NASD, and NYSE.
Calyon Securities Building, 1301 Avenue of the Americas, New York, New York 10019-6022
Telephone: (212) 408-5700, Fax: (212) 261-2500, Telex: 6721074

# CALYON SECURITIES

| CLIENT NAME | ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE NUMBER |
|---|---|---|---|---|
| SEA CARRIERS, LP<br>A/C SEA CARRIERS, LP | | 09/30/04 | 08/31/04 | 6 |

## ACCOUNT ACTIVITY

UNITED STATES DOLLAR

### MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/01/04 | SOLD | 4,200- | LEHMAN BROTHERS HOLDINGS INC | 74.7640476 | 313,999.97 | <1,419,732.27> |
| 09/01/04 | SOLD | 500- | LILLY (ELI) & CO | 64.15 | 32,074.04 | <1,387,658.23> |
| 09/01/04 | SOLD | 3,800- | LOWE'S COMPANIES | 50.4636842 | 191,755.99 | <1,195,902.24> |
| 09/01/04 | SOLD | 500- | MEDTRONIC INC COMMON SHS | 50.358 | 25,178.21 | <1,170,724.03> |
| 09/01/04 | SOLD | 7,000- | NATIONAL SEMICONDUCTOR CORP | 13.9168571 | 97,412.92 | <1,073,311.11> |
| 09/01/04 | SOLD | 6,900- | MORGAN STANLEY COMMON SHS | 51.7565217 | 357,108.88 | <716,202.23> |
| 09/01/04 | SOLD | 500- | OMNICOM GROUP | 70.494 | 35,245.97 | <680,956.26> |
| 09/01/04 | SOLD | 500- | 3M CO COMMON SHS | 81.158 | 40,577.85 | <640,378.41> |
| 09/01/04 | SOLD | 2,600- | PROCTER AND GAMBLE CO | 55.5903846 | 144,530.57 | <495,847.84> |
| 09/01/04 | SOLD | 6,800- | MERRILL LYNCH & CO INC COMMON SHS | 51.6363235 | 351,116.06 | <144,731.78> |
| 09/01/04 | SOLD | 300- | LEXMARK INTERNATIONAL INC | 88.5733333 | 26,571.25 | <118,160.53> |
| 09/01/04 | SOLD | 1,700- | MERCK & CO. INC. COMMON SHS | 45.1423529 | 76,739.52 | <41,421.01> |
| 09/01/04 | SOLD | 300- | SBC COMMUNICATIONS INC COMMON SHS | 25.7266666 | 7,717.69 | <33,703.32> |
| 09/01/04 | SOLD | 7,000- | TEXAS INSTRUMENTS INC COMMON SHARES | 20.2845714 | 141,985.87 | 108,282.55 |
| 09/01/04 | SOLD | 500- | VERIZON COMMUNICATIONS INC COMMON SHS | 38.83 | 19,414.34 | 127,696.89 |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.

Member SIPC, NASD, and NYSE.

Calyon Securities Building, 1301 Avenue of the Americas, New York, New York 10019-6022
Telephone: (212) 408-5700, Fax: (212) 261-2500, Telex: 6721074

**CALYON SECURITIES**

| CLIENT NAME | ACCOUNT NUMBER | PERIOD ENDING | PRIOR STATEMENT | PAGE NUMBER |
|---|---|---|---|---|
| SEA CARRIERS, LP<br>A/C SEA CARRIERS, LP | | 09/30/04 | 08/31/04 | 7 |

## UNITED STATES DOLLAR — ACCOUNT ACTIVITY

### MARGIN ACCOUNT

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 09/01/04 | SOLD | 500- | UNITED TECHNOLOGIES CORP COMMON SHS | 93.552 | 46,774.70 | 174,471.59 |
| 09/01/04 | SOLD | 6,900- | WAL-MART STORES INC COMMON SHS | 53.8169565 | 371,325.55 | 545,797.14 |
| 09/01/04 | SOLD | 500- | WYETH COMMON SHARES | 37.406 | 18,702.36 | 564,499.50 |
| 09/01/04 | SOLD | 500- | EXXON MOBIL CORPORATION COMMON SHS | 45.512 | 22,755.26 | 587,254.76 |
| 09/03/04 | BOUGHT | 200 | ABBOTT LABORATORIES | 41.305 | <8,261.08> | 578,993.68 |
| 09/03/04 | BOUGHT | 4,200 | ANALOG DEVICES | 34.4035714 | <144,496.68> | 434,497.00 |
| 09/03/04 | BOUGHT | 1,100 | AMERICAN INTERNATIONAL GROUP COMMON SHS | 70.7245454 | <77,797.44> | 356,699.56 |
| 09/03/04 | BOUGHT | 1,700 | BANK OF AMERICA CORP | 44.7952941 | <76,152.68> | 280,546.88 |
| 09/03/04 | BOUGHT | 1,900 | AMERICAN EXPRESS COMPANY | 49.7589473 | <94,542.76> | 186,004.12 |
| 09/03/04 | BOUGHT | 400 | BEST BUY COMPANY INC | 47.16 | <18,864.16> | 167,139.96 |
| 09/03/04 | BOUGHT | 200 | BRISTOL-MYERS SQUIBB CO COMMON SHS | 23.84 | <4,768.08> | 162,371.88 |
| 09/03/04 | BOUGHT | 1,500 | CITIGROUP INC COMMON STOCK | 46.4773333 | <69,716.60> | 92,655.28 |
| 09/03/04 | BOUGHT | 200 | CLEAR CHANNEL COMMUNICATIONS COMMON SHS | 33.81 | <6,762.08> | 85,893.20 |
| 09/03/04 | BOUGHT | 700 | CATERPILLAR INC | 72.4585714 | <50,721.28> | 35,171.92 |

Securities purchased through Calyon Securities are NOT FDIC insured and are NOT deposits or other obligations of, or guaranteed by Calyon Securities or any of its affiliates (unless explicitly stated otherwise). An investment in securities involves investment risks including possible loss of the principal amount invested.

Member SIPC, NASD, and NYSE.