UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | : Case No. 07-civ-4658 (LAP)<br>:<br>: **DECLARATION OF**<br>: **JOSEPH G. HARRAKA, JR.**<br>: **IN SUPPORT OF MOTION OF SEA**<br>: **CARRIERS LP I AND SEA CARRIERS**<br>: **CORPORATION FOR APPOINTMENT**<br>: **AS LEAD PLAINTIFFS AND FOR**<br>: **APPROVAL OF SELECTION OF**<br>: **LEAD COUNSEL**<br>: |

**Document Electronically Filed**

I, Joseph G. Harraka, Jr., under penalties of perjury, hereby declare as follows:

1. I am a partner in the law firm Becker Meisel LLC ("Becker Meisel"). I submit this declaration in support of Plaintiffs Sea Carriers LP I and Sea Carriers Corporations' motion for appointment as Lead Plaintiffs in this putative class action, and for approval of Becker Meisel and Schatz Nobel Izard, P.C. ("Schatz Nobel") as co-Lead Counsel. I have full knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and accurate copy of the PSLRA notice of pendency of this action, as published on *Prime Newswire* on June 20, 2007.

I hereby declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/    Joseph G. Harraka, Jr.
JOSEPH G. HARRAKA, JR. (JH-9474)

Dated: August 20, 2007
Livingston, New Jersey

# EXHIBIT A

Case 1:07-cv-04658-RWS    Document 4-17    Filed 08/20/2007    Page 2 of 4

# Class Action Newsline
### PrimeNewswire, Inc.

*Source:* Schatz Nobel Izard, P.C.

## Securities Fraud Class Action Lawsuit Filed Against New York Stock Exchange and Specialist and Brokerage Firms

LIVINGSTON, N.J., June 20, 2007 (PRIME NEWSWIRE) -- The law firms of Becker Meisel, LLC, a prominent business law firm with extensive experience in financial market litigation, and Schatz Nobel Izard P.C., which has significant experience representing investors in prosecuting securities fraud class actions, announce that they filed a lawsuit (the "Complaint"), Docket No. 1:07-cv-04658-UA, seeking class action status in the United States District Court for the Southern District of New York on behalf of all persons who placed market orders to purchase or sell securities on the New York Stock Exchange through the New York Stock Exchange's Super Designated Order Turnaround ("SuperDOT") System between October 17, 1998 and the present (the "Class" and "Class Period"). The Complaint alleges securities fraud claims against the New York Stock Exchange; Goldman Sachs Group, Inc.; Spear, Leeds & Kellogg Specialists, LLC; Goldman Sachs Execution & Clearing, L.P.; Bear, Stearns & Co., Inc.; Bear Waggner Specialists, LLC; Bear, Stearns Securities Corporation; Bank of America Corporation; Fleet Specialists, Inc.; Bank of America Securities LLC; LaBranche & Co, Inc.; LaBranche & Co, LLC; Susquehanna International Group, LLC; SIG Specialists, Inc.; Van der Moolen Holding, N.V.; Van der Moolen Specialists USA, LLC; Merrill Lynch, Pierece, Fenner & Smith, Inc.; Merrill Lynch & Co., Inc.; Citigroup Global Markets, Inc.; Citigroup, Inc.; Morgan Stanley Co., Inc.; UBS Securities LLC; Credit Suisse Securities (USA) LLC; Credit Suisse Group, Inc.; Jeffries Execution Services, Inc.; Jeffries Group, Inc.; Deutsche Bank Securities, Inc.; Fidelity Investments; Fidelity Management & Research Co.; and National Financial Services, Inc. (collectively, the "Defendants"). Additional claims for violation of federal antitrust law and breach of fiduciary duty were also filed against certain of these Defendants.

In its securities fraud claims, the Complaint alleges that Defendants violated federal securities laws by employing manipulative or deceptive devices or contrivances with regard to the market for trade execution services on the New York Stock Exchange and the costs of those executions. Specifically, the Complaint alleges that throughout the Class Period, Defendants exploited their control over order execution and publication of the data relating to order execution to create, maintain and conceal the existence of two distinct submarkets on the New York Stock Exchange: a dominant "insider" submarket comprised of trades executed for the benefit of those members of the New York Stock Exchange who operated on the floor of the exchange and an inferior, "outsider" submarket comprised of SuperDOT trades. The Complaint alleges that in order to accomplish the intentional, systematic subordination of SuperDOT trades, Defendants made material misrepresentations and concealed material information concerning the fairness and efficiency of trade executions on the New York Stock Exchange and used various other contrivances including (1) filling floor orders ahead of simultaneously or previously placed SuperDOT orders; (2) allowing floor brokers to see incoming SuperDOT orders; and (3) routinely slowing or accelerating the execution of SuperDOT orders for the benefit of floor orders. The Complaint alleges that as a result of Defendants' illegal activity, members of the Class suffered approximately $1 billion in damages per year throughout the Class Period.

If you are a member of the Class, you may, no later than August 20, 2007, request that the Court appoint you as lead plaintiff for the Class with regard to the securities claims in the Complaint. A lead plaintiff is a Class member that acts on behalf of other Class members in directing the litigation. The securities laws require the Court to consider the Class member(s) with the largest financial interest as presumptively the most adequate lead plaintiff(s). The plaintiffs which filed the case on behalf of the Class, Sea Carriers LP I and Sea Carriers Corporation ("Plaintiffs"), purchased themselves and through a joint venture or other contractual relationship an aggregate of approximately 6.6 billion shares of stock through the SuperDOT system during the Class Period, and Plaintiffs will seek to be appointed lead plaintiffs. Your ability to share in any recovery is not affected by the decision whether or not to seek appointment as a lead plaintiff.

For more information about the case, its claims, and your rights, please contact Becker Mesiel LLC by

telephone at (973) 422-1100 or by e-mail at info@beckermeisel.com or Schatz Nobel Izard P.C. toll-free at (800) 797-5499 or by e-mail at firm@snilaw.com. To view a copy of the Complaint or for more information about class action cases, please visit the Becker Meisel website at www.beckermeisel.com or the Schatz Nobel Izard website at www.snilaw.com.

```
CONTACT:   Becker Meisel LLC
           Martin L. Borosko
           (973) 422-1100
           info@beckermeisel.com

           Schatz Nobel Izard PC
           Seth R. Klein
           (800) 797-5499
           firm@snilaw.com
```

**Keywords: CLASS ACTION LAWSUITS**

PrimeNewswire | Class Action Newsline | Contact Us