UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | : Case No. 07-civ-4658 (LAP)<br>:<br>:<br>:<br>:<br>:<br>: **CERTIFICATE OF**<br>: **ELECTRONIC FILING**<br>:<br>: |

I, Karen Rostello, by way of Certification in lieu of affidavit do hereby state:

1.    I am a legal secretary employed by Becker Meisel LLC, with offices located at 354 Eisenhower Parkway, Suite 2800, Livingston, New Jersey 07039.

2.    I am more than 18 years of age.

3.    On August 20, 2007, the following documents were electronically filed with the Office of the Clerk, US District Court: Southern District of New York, 500 Pearl Street, New York, New York 10007;

a.    Notice of Motion of Sea Carriers LP I and Sea Carriers Corporation for Appointment as Lead Plaintiffs and for Approval of its Selection of Counsel;

b.    Memorandum of Law in Support of the Motion of Sea Carriers LP I and Sea Carriers Corporation for Appointment as Lead Plaintiffs and for Approval of its Selection of Counsel;

c.    Declaration of Martin L. Borosko in Support of Motion of Sea Carriers LP I and Sea Carriers Corporation for Appointment as Lead Plaintiffs and for Approval of its Selection of Counsel;

      d.     Declaration of Joseph G. Harraka, Jr. in Support of Motion of Sea Carriers LP I and Sea Carriers Corporation for Appointment as Lead Plaintiffs and for Approval of its Selection of Counsel;

      e.     Declaration of Proposed Lead Plaintiffs Sea Carriers LP I and Sea Carriers Corporation; and

      f.     Certificate of Electronic Filing.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Karen Rostello

Dated: August 20, 2007