# BECKER MEISEL
## ATTORNEYS AT LAW

BEN H. BECKER
STACEY L. MEISEL
MARTIN L. BOROSKO
STEVEN R. WEINSTEIN
JOSEPH G HARRAKA, JR
DANIEL J. O'HERN, JR.
ALLEN J. UNDERWOOD II
JAMES M. McCARRICK
DAVID J. SPRONG
JOHN J. CONNELL

MICHAEL A. OXMAN
MICHAEL V. ELWARD
MICHAEL E. HOLZAPFEL
MICHAEL C. D'ARIES
DANIEL L. PASCOE
STEPHEN J. PAGANO
LAUREN E. HANNON
BRIAN D. BAILEY

SPECIAL COUNSEL
DANIEL J. O'HERN

OF COUNSEL
DOUGLAS A. KENT
ANTHONY J. VIZZONI
IVAN J. KAPLAN
LINDA R. BROWER

ALSO MEMBER OF PA BAR
ALSO MEMBER OF NY BAR
ALSO MEMBER OF D.C. BAR
ALSO MEMBER OF CA BAR
MEMBER OF NY BAR ONLY

Becker Meisel LLC

Eisenhower Plaza II

354 Eisenhower Parkway

Suite 2800

Livingston, New Jersey 07039

Telephone: (973) 422-1100
Facsimile: (973) 422-9122



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

August 20, 2007

**VIA FACSIMILE (212) 805-7941**
Hon. Loretta A. Preska, U.S.D.J.
United States District Court: Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

    Re:    Sea Carriers LP I, et als. v. NYSE Euronext, Inc., et als.
             Index No.: 07-civ-4658 (LAP)

Dear Judge Preska:

    The undersigned represents the plaintiffs in the above-referenced matter, which is a putative securities class action governed by the Private Securities Litigation Reform Act. The plaintiffs intend to electronically file today their motion for appointment as Lead Plaintiffs and approval of lead counsel.

    In support of their motion, the plaintiffs will be submitting the Declaration of Per G. Barre, to which three exhibits will be attached. One of those exhibits (to wit, a spreadsheet documenting the trades executed by the plaintiffs during the defined Class Period) is a voluminous document of approximately 600 megabytes that is not practically capable of being scanned and submitted electronically. The plaintiffs therefore respectfully request the Court's permission to file this exhibit by delivering paper copies to the Court.

*So ordered*
*Loretta A. Preska, USDJ*

*August 20, 2007*

LIVINGSTON, NJ · SHREWSBURY, NJ · NEW YORK, NY

**BECKER MEISEL**
ATTORNEYS AT LAW

Thank you for your consideration of this request. If you have any questions or comments, or if I may provide you with any additional information, please do not hesitate to contact me.

Respectfully submitted,
BECKER MEISEL LLC

Michael E. Holzapfel