UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SEA CARRIERS LP I and :
SEA CARRIERS CORPORATION :
(individually and on behalf of those similarly :
situated), :
:
: 07 CIV. 4658 (LAP)(MHD)
Plaintiffs, :
:
- against - : **APPEARANCE**
:
NYSE EURONEXT, et al., :
:
Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that I hereby enter my appearance as counsel in this case for Banc of America Securities LLC.

    I certify that I am admitted to practice in this Court.


Dated:  New York, New York
         August 24, 2007

                          By:  /s/ James I. McClammy
                                James I. McClammy (JM-5592)

                          DAVIS POLK & WARDWELL
                          450 Lexington Avenue
                          New York, New York 10017
                          (212) 450-4000