UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SEA CARRIERS LP I and :
SEA CARRIERS CORPORATION :
(individually and on behalf of those similarly :
situated), :      07 CIV. 4658 (LAP)(MHD)
:
           Plaintiffs, :
:     **RULE 7.1 STATEMENT**
   - against - :
:     ELECTRONICALLY FILED
NYSE EURONEXT, et al., :
:
           Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     Pursuant to Federal Rule of Civil Procedure 7.1, Banc of America Securities LLC, by and through undersigned counsel, hereby discloses that Banc of America Securities LLC is a limited liability company with one member, and does not have a parent or grand-parent corporation. The sole member is Banc of America Securities Holdings Corporation (f/k/a NationsBanc Montgomery Holdings Corporation), which is owned by NB Holdings, which is in turn 100% owned by Bank of America Corporation, whose shares are publicly traded. No publicly held company has an ownership interest of 10% or more in Banc of America Securities LLC.

Dated:   New York, New York
           August 24, 2007

                                DAVIS POLK & WARDWELL

                                By:  /s/ James I. McClammy
                                       James I. McClammy (JM-5592)

                                450 Lexington Avenue
                                New York, New York 10017
                                (212) 450-4000