```
SEP-18-2007 16:05
SEP. 18. 2007  4:04PM   BECKER MEISEL LLC            NO. 2482   P. 2
```

PREIKA, S.
P.02/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those similarly
situated),

       Plaintiffs,

  - against -

NYSE EURONEXT, et al.,

       Defendants.

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

07 CIV. 4658 (LAP) (MHD)

JOINDER TO STIPULATION
AND ORDER TO EXTEND TIME

  WHEREAS on or about August 24, 2007, plaintiffs and certain of defendants entered into a Stipulation and [Proposed] Order to Extend Time (the "Stipulation") in the above-captioned action (the "Action"), which Stipulation was "so ordered" by the Court on August 30, 2007; and

  WHEREAS Defendant LaBranche & Co. LLC was served by plaintiffs with the summons and complaint in the Action on August 30, 2007, subsequent to the Stipulation being "so ordered" by the Court;

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that LaBranche & Co. LLC shall be joined as a signatory to the Stipulation and subject to its terms.

NY1:\1515605\01\WBG5011.DOC\57500.0015

SEP-18-2007 16:05                                                    P.03/03
SEP. 18. 2007 4:04PM    BECKER MEISEL LLC              NO. 2482   P. 3

Dated: September 18, 2007

BECKER MEISEL LLC
Martin L. Borosko
James M. McCarrick
John J. O'Connell
Joseph G. Harraka, Jr. (JH-9474)

By: *[signature]*
Joseph G. Harraka, Jr.

Eisenhower Plaza II
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey 07029
Telephone: (973) 422-1100
Facsimile: (973) 422-9122

-and-

SCHATZ NOBEL IZARD P.C.
Andrew M. Schatz
Jeffrey S. Nobel
Seth R. Klein
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6291

*Attorneys for Sea Carriers LP I and Sea Carriers Corporation*

WEIL, GOTSHAL & MANGES LLP
Irwin H. Warren (IW-1168)
Jay N. Fastow (JF-7230)
Stephen A. Radin (SR-6764)
Joshua S. Amsel (JA-0321)

By: *[signature]*
Stephen A. Radin

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for LaBranche & Co. LLC*

SO ORDERED:

*[signature]*
Hon. Loretta A. Preska
United States District Judge

September 24, 2007

NY1:\1531560901\W#@901!.DOC\57500.0013                    2

TOTAL P.03