*PRESKA, J.*

```
                                      ┌─────────────────────────────┐
                                      │ USDC SDNY                   │
                                      │ DOCUMENT                    │
                                      │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT          │ DOC #: _____      │
SOUTHERN DISTRICT OF NEW YORK         │ DATE FILED: 9/24/07         │
                                      └─────────────────────────────┘
```

-------------------------------------x

SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those similarly
situated),

        Plaintiffs,

    - against -

NYSE EURONEXT, et al.,

        Defendants.

-------------------------------------x

07 CIV. 4658 (LAP)(MHD)

STIPULATION AND
[~~PROPOSED~~] ORDER TO
EXTEND TIME

WHEREAS on or about August 24, 2007, plaintiffs and certain of defendants entered into a Stipulation and [Proposed] Order to Extend Time (the "Stipulation") in the above-captioned action (the "Action"), which Stipulation was "so ordered" by the Court on August 30, 2007; and

WHEREAS Defendant Jefferies Execution Services Inc. was served by plaintiffs with the summons and complaint in the Action on August 30, 2007, subsequent to the Stipulation being so ordered by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Jefferies Execution Services Inc. shall be joined as a signatory to the Stipulation and subject to its terms.

Dated: September 19, 2007

| | |
|---|---|
| BECKER MEISEL LLC<br>Martin L. Borosko<br>James M. McCarrick<br>John J. O'Connell<br>Joseph G. Harraka, Jr. (JH-9474)<br><br>By: *[signature]* Joseph G. Harraka, Jr.<br>Joseph G. Harraka, Jr.<br><br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Suite 2800<br>Livingston, New Jersey 07029<br>Telephone: (973) 422-1100<br>Facsimile: (973) 422-9122<br><br>- and -<br><br>SCHATZ NOBEL IZARD P.C.<br>Andrew M. Schatz<br>Jeffrey S. Nobel<br>Seth R. Klein<br>20 Church Street, Suite 1700<br>Hartford, Connecticut 06103<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6291<br><br>*Attorneys for Sea Carriers, LP I and Sea Carriers Corporation* | CRAVATH, SWAINE & MOORE LLP<br>Evan R. Chesler<br>Richard W. Clary<br>Daniel Slifkin<br><br>By: *[signature]*<br>Daniel Slifkin<br><br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Jefferies Execution Services Inc.* |

SO ORDERED:

*[signature]*

Hon. Loretta A. Preska (U.S.D.J.)

September 24, 2007