Preska, J

SEP. 18. 2007  4:47PM    BECKER MEISEL LLC                          NO. 2484   P. 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those similarly
situated),

            Plaintiffs,

   - against -

NYSE EURONEXT, et al.,

           Defendants.
------------------------------------------------------- x

07 CIV. 4658 (LAP)(MHD)

**JOINDER TO STIPULATION AND ORDER TO EXTEND TIME**

    WHEREAS on or about August 24, 2007, plaintiffs and certain of defendants entered into a Stipulation and [Proposed] Order to Extend Time (the "Stipulation") in the above-captioned action (the "Action"), which Stipulation was "so ordered" by the Court on August 30, 2007; and

    WHEREAS Defendant Van der Moolen Specialists USA, LLC was served by plaintiffs with the summons and complaint in the Action on August 30, 2007, subsequent to the Stipulation being "so ordered" by the Court;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Van der Moolen Specialists USA, LLC shall be joined as a signatory to the Stipulation and subject to its terms.

510377.1

SEP. 18. 2007  4:42PM    BECKER MEISEL LLC                                NO. 2484   P. 3

Dated: September 8, 2007

| | |
|---|---|
| BECKER MEISEL LLC<br>Martin L. Borosko<br>James M. McCarrick<br>John J. O'Connell<br>Joseph G. Harraka, Jr. (JH-9474)<br><br>By: _/s/ Joseph G. Harraka, Jr._<br>　　　Joseph G. Harraka, Jr.<br><br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Suite 2800<br>Livingston, New Jersey 07029<br>Telephone: (973) 422-1100<br>Facsimile: (973) 422-9122<br><br>-and-<br><br>SCHATZ NOBEL IZARD P.C.<br>Andrew M. Schatz<br>Jeffrey S. Nobel<br>Seth R. Klein<br>20 Church Street, Suite 1700<br>Hartford, Connecticut 06103<br>Telephone: (860) 493-6292<br>Facsimile: (860) 493-6291<br><br>*Attorneys for Sea Carriers LP I and Sea Carriers Corporation* | FRIEDMAN KAPLAN SEILER<br>& ADELMAN LLP<br>Katherine L. Pringle<br>Daniel B. Rapport<br>Kevin S. Haeberle<br><br>By: _/s/ Daniel B. Rapport_<br>　　　Daniel B. Rapport<br><br>1633 Broadway<br>New York, New York 10019-6708<br>Telephone: (212) 833-1100<br>Facsimile: (212) 833-1250<br><br>*Attorneys for*<br>*Van der Moolen Specialists USA, LLC* |

SO ORDERED:

_/s/ Loretta A. Preska_
Hon. Loretta A. Preska
United States District Judge

510377.1   September 24, 2007

PAGE 3/3 * RCVD AT 9/18/2007 4:29:59 PM [Eastern Daylight Time] * SVR:NYRFAX01/4 * DNIS:4 * CSID: * DURATION (mm-ss):01-44