UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | : Case No. 07-civ-4658 (LAP)<br>:<br>: **AFFIDAVIT OF SERVICE**<br>:<br>:<br>:<br>:<br>: |

I, Joseph G. Harraka, Jr., under penalties of perjury, hereby declare as follows:

1. I am a partner in the law firm Becker Meisel LLC, attorneys for Named Plaintiffs Sea Carriers LP I and Sea Carriers Corporation in this putative class action. I have full knowledge of the facts set forth herein.

2. Our office retained Guaranteed Subpoena Service Company, Inc. ("Guaranteed") to effect service of process upon Defendant UBS Securities LLC

3. The aforementioned defendant was served in accordance with Federal Rule of Civil Procedure 4(h) and Article III of the New York Civil Practice Law by hand delivering the summons and complaint to their registered agent in the State of New York – to wit, Corporation Services Company, 80 State Street, Albany, New York, 12207.

4. The original Proof of Service executed by Guaranteed is attached hereto as Exhibit A

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

JOSEPH G. HARRAKA, JR. (JH-9474)

Dated: August 30, 2007
Livingston, New Jersey

EXHIBIT A

| | | |
|---|---|---|
| SEA CARRIERS LP I, ET AL | | Superior Court Of New Jersey |
| vs. | Plaintiff | DISTRICT Venue |
| NYSE EURONEXT, ET AL | Defendant | Docket Number: 07 CV 4658 |

**Person to be served** (Name and Address):
UBS SECURITIES LLC
80 STATE ST.
ALBANY NY 12207
**By serving:** CORPORATION SERVICES COMPANY

**Attorney:** JOSEPH G. HARRAKA, ESQ.

**Papers Served:** LETTER, SUMMONS AND COMPLAINT

**Service Data:**   [X] Served Successfully     [ ] Not Served

**Date/Time:** 8/20/07 @ 12:00PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

# AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

Attempts:  Date/Time: _____
           Date/Time: _____
           Date/Time: _____

Name of Person Served and relationship/title:

Minard Carkner (Agent For Service)

**Description of Person Accepting Service:**
SEX: M  AGE: 36  HEIGHT: 60"  WEIGHT: 185  SKIN: White  HAIR: Brown  OTHER: —

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:    Date/Time: _____
                      Date/Time: _____
                      Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this
21st day of August, 2007
Notary Signature: _____
Name of Notary / Commission Expiration

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2011

I, Christopher Warner, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 8/21/07
Signature of Process Server / Date

RN