UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | Case No. 07-civ-4658 (LAP)<br><br>**AFFIDAVIT OF SERVICE** |

I, Joseph G. Harraka, Jr., under penalties of perjury, hereby declare as follows:

1. I am a partner in the law firm Becker Meisel LLC, attorneys for Named Plaintiffs Sea Carriers LP I and Sea Carriers Corporation in this putative class action. I have full knowledge of the facts set forth herein.

2. Our office retained Guaranteed Subpoena Service Company, Inc. ("Guaranteed") to effect service of process upon Defendants LaBranche & Co., Inc. and Susquehanna International Group, Inc.

3. The aforementioned defendants was served in accordance with Federal Rule of Civil Procedure 4(h) and Article III of the New York Civil Practice Law by hand delivering the summons and complaint to their registered agent in the State of New York. The original Proofs of Service executed by Guaranteed are attached hereto as Exhibit A

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

JOSEPH G. HARRAKA, JR. (JH-9474)

Dated: September 4, 2007

EXHIBIT A

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **LETTER, SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: **KELVI FRIAS** | |
| TITLE: **PROCESS SERVER** | DATE: **08/22/2007  12:44PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LABRANCE & CO. INC. C/O UNITED CORP. SERVICES INC.

Place where served:

10 BANK ST STE 560 WHITE PLAINS NY 10601

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MICHAEL A. BARR

Relationship to defendant: PRESIDENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: MOUSTACHE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/22/20 07

_____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/22/17
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY: JOSEPH G. HARRAKA, ESQ.
PLAINTIFF: SEA CARRIERS LP I, ET AL
DEFENDANT: NYSE EURONEXT, ET AL
VENUE: DISTRICT
DOCKET: 07 CV 4658

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SR

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | Amended |
| SERVICE OF: | **LETTER, SUMMONS AND COMPLAINT** | |
| EFFECTED (1) BY ME: | **JOHN PALMIERI** | |
| TITLE: | **PROCESS SERVER** | DATE: 08/16/2007  02:30PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SUSQUEHANNA INTERNATIONAL GROUP INC.

Place where served:

401 CITY AVE   BALA CYNWYD PA 19004

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

REA STURKEY

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F___ AGE: 51-65___ HEIGHT: 5'4"-5'8"___ WEIGHT: 131-160 LBS.___ SKIN: WHITE___ HAIR: BROWN___ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____          SERVICES $ ____.____          TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ___/___/20___          _____ L.S.
SIGNATURE OF JOHN PALMIERI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

August 23, 2007
N. Zukasky

ATTORNEY:      JOSEPH G. HARRAKA, ESQ.
PLAINTIFF:     SEA CARRIERS LP I, ET AL
DEFENDANT:     NYSE EURONEXT, ET AL
VENUE:         DISTRICT
DOCKET:        07 CV 4658

NICOLE S. ZUKASKY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 8, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.