UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | Case No. 07-civ-4658 (LAP)<br><br>**AFFIDAVIT OF SERVICE** |

I, Joseph G. Harraka, Jr., under penalties of perjury, hereby declare as follows:

1. I am a partner in the law firm Becker Meisel LLC, attorneys for Named Plaintiffs Sea Carriers LP I and Sea Carriers Corporation in this putative class action. I have full knowledge of the facts set forth herein.

2. Our office retained Guaranteed Subpoena Service Company, Inc. ("Guaranteed") to effect service of process upon Defendants Goldman Sachs & Co.; Goldman Sachs Execution & Clearing LP; Jeffries Execution Services, Inc.; LaBranche & Co., LLC; and Van der Moolen Specialists USA LLC.

3. The aforementioned defendants were served in accordance with Federal Rule of Civil Procedure 4(h) and Article III of the New York Civil Practice Law by hand delivering the summons and complaint to their managing agent. The original Proofs of Service executed by Guaranteed are attached hereto as Exhibit A

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

JOSEPH G. HARRAKA, JR. (JH-9474)

Dated: September 9, 2007

EXHIBIT A


AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **LETTER, SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**   DATE: 08/30/2007  02:45PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

GOLDMAN SACHS & CO

Place where served:

ONE NEW YORK PLAZA  37TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOANNE COOK

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/30/20 07

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/30/07
ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 201_

| | |
|---|---|
| ATTORNEY: | JOSEPH J. HARRAKA, JR., ESQ. |
| PLAINTIFF: | SEA CARRIERS LP I, ET AL |
| DEFENDANT: | NYSE EURONEXT INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CIV 4658 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | LETTER, SUMMONS AND COMPLAINT |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER    DATE: 08/30/2007  02:46PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

GOLDMAN SACHS EXECUTION & CLEARING, LP

Place where served:

ONE NEW YORK PLAZA  37TH FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOANNE COOK

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F    AGE: 36-50    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BLACK    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____        SERVICES $ _____ . _____        TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8 / 30 / 2007

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/30/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| | |
|---|---|
| ATTORNEY: | JOSEPH J. HARRAKA, JR., ESQ. |
| PLAINTIFF: | SEA CARRIERS LP I, ET AL |
| DEFENDANT: | NYSE EURONEXT INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CIV 4658 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R

AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | LETTER, SUMMONS AND COMPLAINT |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER    DATE: 08/30/2007  02:15PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JEFFIRES EXECUTION SERVICCES, INC.

Place where served:

30 BROAD STREET  45TH FLOOR NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROSE LEVINE

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F__  AGE: 51-65  HEIGHT: 5'4"-5'8"  WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/30/2007        _____ L.S.        8/30/07
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| | |
|---|---|
| ATTORNEY: | JOSEPH J. HARRAKA, JR., ESQ. |
| PLAINTIFF: | SEA CARRIERS LP I, ET AL |
| DEFENDANT: | NYSE EURONEXT INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CIV 4658 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
| SERVICE OF: | **LETTER, SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **MALGORZATA SLADEK** |
| TITLE: | **PROCESS SERVER**    DATE: **08/30/2007 03:23PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LA BRANCHE & CO., LLC

Place where served:

ONE EXCHANGE PLAZA  25TH FLOOR NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SAL COLONNA

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/30/200_7_

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/30/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

ATTORNEY:   JOSEPH J. HARRAKA, JR., ESQ.
PLAINTIFF:   SEA CARRIERS LP I, ET AL
DEFENDANT:   NYSE EURONEXT INC., ET AL
VENUE:   DISTRICT
DOCKET:   07 CIV 4658

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | | |
|---|---|---|
| SERVICE OF: | LETTER, SUMMONS AND COMPLAINT | |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK | |
| TITLE: | PROCESS SERVER | DATE: 08/30/2007 02:02PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

VAN DER MOOLEN SPECIALISTS USA LLC

Place where served:

45 BROADWAY  32ND FLOOR NEW YORK NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

FLOYD JONES

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____    SERVICES $ _____.____    TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/30/2007

SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/30/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| | |
|---|---|
| ATTORNEY: | JOSEPH J. HARRAKA, JR., ESQ. |
| PLAINTIFF: | SEA CARRIERS LP I, ET AL |
| DEFENDANT: | NYSE EURONEXT INC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 07 CIV 4658 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.