AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

| SEA CARRIERS LP I, et al., |
| --- |

v.

| NYSE EURONEXT, et al., |
| --- |

**APPEARANCE**

Case Number:  07 cv 4658 (LAP)(MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Van der Moolen Specialists USA, LLC

I certify that I am admitted to practice in this court.

October 16, 2007
Date

Signature

Daniel B. Rapport, Esq.
Print Name                                          Bar Number

1633 Broadway, 46th Floor
Address

New York            NY            10019
City            State            Zip Code

(212) 833-1122            (212) 833-1250
Phone Number            Fax Number