UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SEA CARRIERS LP I and                                       :
SEA CARRIERS CORPORATION                                    :
(individually and on behalf of those similarly              :
situated),                                                  :   07 CIV. 4658
                                                            :   (LAP)(MHD)
                              Plaintiffs,                   :
                                                            :
          - against -                                       :
                                                            :
NYSE EURONEXT, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT VAN DER MOOLEN SPECIALISTS USA, LLC

Defendant Van der Moolen Specialists USA, LLC, through its undersigned attorneys, declare that Van der Moolen Specialists USA, LLC is an indirect wholly-owned subsidiary of Van der Moolen Holding, N.V., which is a Dutch corporation whose common stock trades principally on Euronext and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange.  No other public company owns 10% or more of Van der Moolen Specialists USA, LLC.

515169.1

Dated: New York, New York
October 16, 2007

                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP

By: _____
     Daniel Rapport
     Kevin Haeberle
     1633 Broadway
     New York, NY 10019
     (212) 833-1100

*Attorneys for Defendant*
*Van der Moolen Specialists USA, LLC*

515169.1