AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

SEA CARRIERS LP I, et al.,

v.

NYSE EURONEXT, et al.,

APPEARANCE

Case Number: 07 cv 4658 (LAP)(MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Van der Moolen Specialists USA, LLC

I certify that I am admitted to practice in this court.

October 16, 2007
Date

*[Signature]*
Signature

Kevin S. Haeberle, Esq.
Print Name                                    Bar Number

1633 Broadway, 46th Floor
Address

New York            NY            10019
City                State           Zip Code

(212) 833-1194                      (212) 833-1250
Phone Number                        Fax Number