UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those similarly
situated),

           Plaintiffs,

- against -

NYSE EURONEXT, et al.,

           Defendants.

-----------------------------------------------------------x

07 CIV. 4658 (RWS))

**STIPULATION AND
[PROPOSED] ORDER TO
EXTEND TIME**



WHEREAS on or about August 24, 2007, plaintiffs and certain of defendants entered into a Stipulation and [Proposed] Order to Extend Time (the "Stipulation") in the above-captioned action (the "Action"), which Stipulation was "so ordered" by the Court on August 30, 2007; and

WHEREAS Defendant Citigroup Global Markets, Inc. was served by plaintiffs with the summons and complaint in the Action on August 28, 2007, subsequent to the Stipulation being so ordered by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Citigroup Global Markets, Inc. shall be joined as a signatory to the Stipulation and subject to its terms.

Dated: November 7, 2007

| | |
|---|---|
| BECKER MEISEL LLC<br>Martin L. Borosko<br>James M. McCarrick<br>John J. O Connell<br>Joseph G. Harraka, Jr. (JH-9474)<br>By: _____<br>Joseph G. Harraka, Jr.<br><br>Eisenhower Plaza II<br>354 Eisenhower Parkway<br>Suite 2800<br>Livingston, New Jersey 07029<br>Telephone: (973) 422-1100<br>Facsimile: (973) 422-9122 | CRAVATH, SWAINE & MOORE LLP<br>Evan R. Chesler<br>Richard W. Clary<br>Daniel Slifkin<br><br>By: _____<br>Daniel Slifkin<br><br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700<br><br>*Attorneys for Citigroup Global Markets, Inc.* |

- and -

SCHATZ NOBEL IZARD P.C.
Andrew M. Schatz
Jeffrey S. Nobel
Seth R. Klein
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6291

*Attorneys for Sea Carriers, LP I and Sea Carriers Corporation*

SO ORDERED:

_____
Hon. Robert W. Sweet (U.S.D.J.)
11-8-07