Wesley R. Powell
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
wpowell@hunton.com

*Attorneys for Defendant*
*UBS Securities LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS, LP I AND SEA CARRIERS CORPORATION (individually and on behalf of all others similarly situated),<br><br>                                Plaintiffs,<br><br>vs.<br><br>NYSE EURONEXT., et al.,<br><br>                                Defendants. | Case No.: 07 CV 4658 (RWS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, Wesley R. Powell hereby appears on behalf of Defendant UBS Securities LLC in the above-captioned action.

All papers in this action shall be served upon Wesley R. Powell.

Dated:  New York, New York
            November 9, 2007

                                        HUNTON & WILLIAMS LLP

                                    By:  /s/ Wesley R. Powell
                                        Wes R. Powell
                                        200 Park Avenue, 52nd Floor
                                        New York, New York  10166
                                        (212) 309-1000
                                        wpowell@hunton.com

                                        *Attorneys for Defendant*
                                        *UBS Securities LLC*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant UBS Investment Bank.

That on November 9, 2007, I served a true copy of the foregoing Notice of Appearance on all counsel of record via the Court's Electronic Case Filing (ECF) System and via First Class Mail to all counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2007.   /s/ Bradford C. Mulder
                                Bradford C. Mulder

TO:   Martin L. Borosko
      Becker Meisel LLC
      354 Eisenhower Parkway
      Suite 2800
      Livingston, NJ 07039

      Joseph G. Harraka, Jr
      Becker Meisel, LLC
      354 Eisenhower Parkway
      Suite 2800
      Livingston, NJ 07039

      James M. McCarrick
      Becker Meisel LLC
      590 Madison Avenue
      21st Floor
      New York, NY 10022

John J. O'Connell
Becker Meisel, LLC
Suite 2800
Livingston, NJ 07039

*Attorneys for Plaintiffs*

Seth R. Klein
Schatz Nobel Izard, P.C.
20 Church St.
Suite 1700
Hartford, CT 06103

Jeffrey S. Nobel
Schatz Nobel Izard, P.C.
20 Church St.
Suite 1700
Hartford, CT 06103

Andrew M. Schatz
Schatz Nobel Izard, P.C.
20 Church Street
Suite 1700
Hartford, CT 06103

*Attorneys for Plaintiffs*

James Irving McClammy
Davis Polk & Wardwell
450 Lexington Ave.
New York, NY 10017

*Attorneys for Defendant*
*Bank of America Securities LLC*

Daniel Benjamin Rapport
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

Kevin Scott Haerberle
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, NY 10019-6708

*Attorneys for Defendant*
*Van Der Moolen Specialists USA LLC*