# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

JAMES I. MCCLAMMY
212 450 4504
JAMES.MCCLAMMY@DPW.COM



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/07

November 9, 2007

OK

Re: Sea Carriers LP I et al. v. NYSE Euronext et al., 07-CIV-4658 (RWS)

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
NOV 9 2007
JUDGE SWEET CHAMBERS

Dear Judge Sweet:

    We represent Banc of America Securities LLC in the above-referenced action. We write on behalf of all defendants to respectfully request the pretrial conference currently scheduled for Wednesday, November 14, 2007 at 4:30 p.m. be cancelled at this time.

    Currently pending before the Court is a motion filed by Sea Carriers LP 1 and Sea Carriers Corporation to be appointed co-lead plaintiffs in this putative class action. It is our understanding that no other parties have sought lead-plaintiff status.

    Pursuant to a stipulated scheduling order entered by Judge Preska on August 30, 2007, a copy of which is enclosed for the Court's convenience, once the Court has appointed lead plaintiffs, plaintiffs shall have seventy-five days from the date of the Court's order to file and serve an amended complaint or to notify the defendants in writing of their intention not to amend the complaint. Once served with the amended complaint or notice that the plaintiffs intend to proceed with the original complaint, the defendants shall have seventy-five days to answer, move, or otherwise respond to the operative complaint.

So ordered

*[signature]* USDJ

11-14-07

Hon. Robert W. Sweet          2          November 9, 2007

Because the defendants' time to move or otherwise respond to the complaint has not commenced, and because all discovery is otherwise stayed pursuant to the Private Securities Litigation Reform Act, we believe a pre-trial conference in this action is not necessary at this time. Should the Court believe otherwise, counsel are prepared to appear at the conference as currently scheduled.

Thank you for your consideration.

Respectfully yours,

James I. McClammy

Enclosure

cc w/o enc:    All Counsel of Record (via e-mail)

By Facsimile & Mail