

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

:
SEA CARRIERS LP I and          : Case No. 07-civ-4658 (RWS)
SEA CARRIERS CORPORATION   :
(individually and on behalf of those  : **NOTICE OF MOTION TO**
similarly situated),           : **ADMIT COUNSEL**
                           : *PRO HAC VICE*
                       :
      v.                     :
                       :
NYSE EURONEXT, INC., et als.     :
                       :

TO:   James Irving McClammy, Esq.
       DAVIS POLK & WARDWELL
       450 Lexington Avenue
       New York, NY 10017
       Attorney for Defendant, *Banc of America Securities LLC*

       Daniel Benjamin Rapport, Esq.
       Kevin Scott Haeberle, Esq.
       FRIEDMAN, KAPLAN, SEILER AND ADELMAN LLP
       1633 Broadway
       New York, NY 10019
       Attorneys for Defendant, *Van Der Moolen Specialists USA LLC*

       Evan R. Chesler, Esq.
       Richard W. Clary, Esq.
       Daniel Slifkin, Esq.
       CRAVATH, SWAINE & MOORE LLP
       825 Eighth Avenue
       New York, NY 10019-7475
       Attorneys for Defendant, *Citigroup Global Markets, Inc.*

       Irwin H. Warren, Esq.
       Jay N. Fastow, Esq.
       Stephen A. Radin, Esq.
       Joshua S. Amsel, Esq.
       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, NY 10153
       Attorneys for Defendant, *LaBranche & Co. LLC*

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph G. Harraka, Jr., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of Martin L. Borosko.

Martin L. Borosko is a member in good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Martin L. Borosko in any State or Federal court.

Respectfully submitted,

Joseph G. Harraka, Jr. (JH9474)
BECKER MEISEL LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey 07039

Dated: November 12, 2007

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | : Case No. 07-civ-4658 (RWS)<br>:<br>: **AFFIDAVIT OF JOSEPH G. HARRAKA,**<br>: **JR. IN SUPPORT OF MOTION TO**<br>: **ADMIT COUNSEL *PRO HAC VICE***<br>:<br>:<br>:<br>: |

State of New Jersey )
                    )  ss:
County of Essex     )

JOSEPH G. HARRAKA, JR., being duly sworn, hereby deposes and says as follows:

1.    I am a partner in the law firm Becker Meisel LLC, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Plaintiff's motion to admit Martin L. Borosko as co-counsel *pro hac vice* to the Plaintiffs in this matter.

2.    I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.     I have known the applicant, Martin L. Borosko, for approximately 15 years.

4.     Mr. Borosko is a partner at Becker Meisel LLC.

5.     I have found Mr. Borosko to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.     Accordingly, I am pleased to move the admission of Martin L. Borosko, as co-counsel *pro hac vice*.

7.     I respectfully submit a proposed order granting the admission of Martin L. Borosko, as co-counsel *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Martin L. Borosko, as co-counsel *pro hac vice*, to represent Plaintiffs in the above-captioned matter, be granted.

Joseph G. Harraka, Jr., Esq. (JH9474)
BECKER MEISEL LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey 07039

Sworn and subscribed before me
this 12th day of November, 2007.

MARY ANN AMBROSE
A Notary Public Of New Jersey
My Commission Expires    5 - 31 - 2012

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and | : Case No. 07-civ-4658 (RWS) |
| SEA CARRIERS CORPORATION | : |
| (individually and on behalf of those | : **AFFIDAVIT OF MARTIN L. BOROSKO** |
| similarly situated), | : **IN SUPPORT OF MOTION TO ADMIT** |
| | : **COUNSEL *PRO HAC VICE*** |
| v. | : |
| | : |
| NYSE EURONEXT, INC., et als. | : |
| | : |

State of New Jersey      )
                         )      ss:
County of Essex          )

MARTIN L. BOROSKO, being duly sworn, hereby deposes and states as follows:

1.    I am a member in the law firm Becker Meisel LLC.

2.    I submit this affidavit in support of the motion for admission to practice *pro hac vice* as co-counsel for Plaintiffs Sea Carriers, LP I and Sea Carriers Corporation in the above captioned matter.

3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New Jersey.

4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5.    Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this case.

Respectfully submitted,

Martin L. Borosko, Esq.
BECKER MEISEL LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey 07039

Sworn and subscribed before me
this 12th day of November, 2007.

MARY ANN AMBROSE
A Notary Public Of New Jersey
My Commission Expires  5 - 31 - 2 02

2

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MARTIN L BOROSKO**
(No. **025411992** ) was constituted and appointed an Attorney at Law of New Jersey on **December 22, 1992** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **26TH** day of **October** , 20 **07**

Clerk of the Supreme Court

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and | : Case No. 07-civ-4658 (RWS) |
| SEA CARRIERS CORPORATION | : |
| (individually and on behalf of those | : |
| similarly situated), | : |
| | : **CERTIFICATION OF SERVICE** |
| v. | : |
| | : |
| NYSE EURONEXT, INC., et als. | : |

State of New Jersey      )
                         )      ss:
County of Essex          )

I, KAREN R. ROSTELLO, by way of Certification in lieu of affidavit do hereby state:

1.     I am a legal secretary employed by Becker Meisel LLC, with offices located at Eisenhower Plaza II, 354 Eisenhower Parkway, Suite 2800, Livingston, New Jersey 07039.

2.     I am more than 18 years of age.

3.     On November 13, 2007, I mailed via Federal Express: (a) Notice of Motion to Admit Counsel *pro hac vice*; (b) Affidavit of Joseph G. Harraka, Jr. in Support of Motion to Admit Counsel *pro hac vice*; (c) Affidavit of Martin L. Borosko in Support of Motion to Admit Counsel *pro hac vice*; (d) proposed form of Order for Admission *pro*

*hac vice*; and (e) this Certification of Service; upon the persons listed on the attached Service List.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

KAREN R. ROSTELLO

Sworn and subscribed before me
this 13th day of November, 2007.

MARY ANN AMBROSE
A Notary Public Of New Jersey
My Commission Expires ⎯5-31-2012

2

# SERVICE LIST

## *Sea Carriers LP I and Sea Carriers Corporation v. NYSE Euronext, et al.*
### Case No. 07-civ-4658 (RWS)

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
Room 1920, Courtroom 18C
New York, NY 10007

Daniel Benjamin Rapport, Esq.
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
1633 Broadway
New York, NY 10019

Attorneys for Defendant
*Van Der Moolen Specialists USA LLC*

Richard A. Cirillo, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

Attorneys for Defendant
*Susquehanna International Group, Inc.*

Robert G. Houck, Esq.
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019

Attorneys for Defendants
*Merrill Lynch Pierce Fenner & Smith, Inc.*
*Merrill Lynch & Co., Inc.*

Daniel E. Loeb, Esq.
FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Attorneys for Defendants
*NYSE Euronext*
*NYSE Group, Inc.*

James Irving McClammy, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Attorney for Defendant
*Banc of America Securities LLC*

Stephen A. Radin, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Attorneys for Defendants
*LaBranche & Co. LLC*
*LaBranche & Co., Inc.*

M. Norman Goldberger, Esq.
WOLF BLOCK SCHOOR &
SOLIS-COHEN LLP
1650 Arch Street
Philadelphia, PA 19103

Attorneys for Defendant
*Susquehanna International Group, Inc.*

Jon R. Roellke, Esq.
CLIFFORD CHANCE US LLP
2001 K Street NW
Washington, DC 20006

Attorneys for Defendants
*Merrill Lynch Pierce Fenner & Smith, Inc.*
*Merrill Lynch & Co., Inc.*

Debra M. Torres, Esq.
FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004

Attorneys for Defendants
*NYSE Euronext*
*NYSE Group, Inc.*

R. Hewitt Pate, Esq.
HUNTON & WILLIAMS LLP
190 K Street NW
Washington, DC 20006

Attorneys for Defendant
*UBS Securities LLC*

Wesley R. Powell, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY 10166

(212) 309-1000
wpowell@hunton.com

Attorneys for Defendant
*UBS Securities LLC*

Robert W. Trenchard, Esq.
WILMER CUTLER PICKERING HALE &
DOOR LLP
399 Park Avenue
New York, NY 10022

Attorneys for Defendants
*Spear Leeds & Kellog LP;*
*Spear Leeds & Kellogg Specialists LLC*
*The Goldman Sachs Group, Inc.*

John M. Vassos, Esq.
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178

Attorneys for Defendants
*Bear Stearns & Co., Inc.*
*Bear Wagner Specialists LLC*
*Bear Stearns Securities Corp.*

Daniel Slifkin, Esq.
CRAVATH SWAINE & MOORE LLP
825 Worldwide Plaza
New York, NY 10019

Attorneys for Defendants
*Citigroup, Inc.*
*Citigroup Global Markets, Inc.*
*Credit Suisse Securities (USA) LLC*
*Deutsche Bank Securities, Inc.*
*Fidelity Investments Institutional Service Co.*
*Jefferies Execution Services*
*Jefferies Group, Inc.*
*Morgan Stanley & Co., Inc.*
*National Financial Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SEA CARRIERS LP I and | : Case No. 07-civ-4658 (RWS) |
| SEA CARRIERS CORPORATION | : |
| (individually and on behalf of those | : |
| similarly situated), | : **ORDER FOR ADMISSION** |
|  | : *PRO HAC VICE* |
|  | : |
| v. | : |
|  | : |
| NYSE EURONEXT, INC., et als. | : |
|  | : |

Upon the motion of Joseph G. Harraka, Jr. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that Martin L. Borosko is admitted to practice *pro hac vice* as co-counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

HONORABLE ROBERT W. SWEET