UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those
similarly situated),

    Plaintiffs,

v.

NYSE EURONEXT, INC., et als.,

    Defendants.

: Case No. 07-CIV-4658 (RWS)
:
:
:
:
:
:
:
: **JOINDER TO STIPULATION AND ORDER**
: **TO EXTEND TIME**

---

**WHEREAS**, on or about August 24, 2007, plaintiffs and certain of the defendants entered into a Stipulation and [Proposed] Order to Extend Time (the "Stipulation") in the above-captioned action (the "Action"), which Stipulation was "so ordered" by the Court on August 30, 2007;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiffs and Defendants Banc of America Corporation and Fleet Specialist, Inc., that said defendants shall be joined as a signatory to the Stipulation and subject to its terms.

**BECKER MEISEL LLC**
Attorneys for Plaintiffs

By: _____
    Joseph G. Harraka, Jr.

Eisenhower Plaza II
354 Eisenhower Parkway, Suite 2800
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422:9122

Dated: November 27, 2007

**DAVIS POLK & WARDWELL**
Attorneys for Defendants Banc of America
Corporation and Fleet Specialist, Inc.

By: _____
    James I. McClammy

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

Dated:

[FILED stamp: 12/6/07]

SO ORDERED:

_____
Hon. Robert W. Sweet
United States District Judge

12-6-07