**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those similarly<br>situated), | : <br> : <br> : <br> : <br> : | Case No. 07-civ-4658 (RWS) |
|             Plaintiffs, | : <br> : | **MOTION TO**<br>**ADMIT COUNSEL** |
|       - against - | : <br> : | **PRO HAC VICE** |
| NYSE EURONEXT, et al., | : <br> : | |
|          Defendants. | : <br> : | |

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert G. Houck, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

> Jon R. Roellke
> Clifford Chance US LLP
> 2001 K Street NW
> Washington, DC 20006
> (202) 912-5127 (tel)
> (202) 912-6000 (fax)

Jon R. Roellke is a member in good standing of the Bars of the Commonwealth of Massachusetts and the District of Columbia. There are no pending disciplinary proceeding against Mr. Roellke in any State or Federal court.

Dated: January 9, 2008

Respectfully Submitted,

*Robert G. Houck*
Robert G. Houck (0243)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-3224 (tel)
(212) 878-8375 (fax)

WA411920.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those similarly
situated),

            Plaintiffs,

      - against -

NYSE EURONEXT, et al.,

          Defendants.

Case No. 07-civ-4658 (RWS)

**[PROPOSED] ORDER
FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Robert G. Houck, attorney for Defendant Merrill Lynch and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED** that

> Jon R. Roellke
> Clifford Chance US LLP
> 2001 K Street NW
> Washington, DC 20006
> (202) 912-5127
> jon.roellke@cliffordchance.com

is admitted to practice *pro hac vice* as counsel for Defendant Merrill Lynch in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January 9, 2008

_____
HONORABLE ROBERT W. SWEET

WA411928.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those similarly<br>situated),<br><br>                      Plaintiffs,<br><br>               - against -<br><br>NYSE EURONEXT, et al.,<br><br>                    Defendants. | Case No. 07-civ-4658 (RWS)<br><br><br>**AFFIDAVIT OF**<br>**ROBERT G. HOUCK**<br>**IN SUPPORT OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

---

I, Robert G. Houck, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with the law firm of Clifford Chance US LLP, counsel for Defendant Merrill Lynch in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Jon R. Roellke as counsel *pro hac vice* to represent Merrill Lynch in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Mr. Roellke since 1998.

4.  Mr. Roellke is a member of Clifford Chance US LLP.

5.  I have found Mr. Roellke to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Jon R. Roellke, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Jon R. Roellke, *pro hac vice*, which is attached hereto.

THEREFORE it is respectfully requested that the motion to admit Jon R. Roellke *pro hac vice* to represent Merrill Lynch in the above captioned matter be granted.

WA411922.1

Dated: January 9, 2008

City, State:  New York, New York
Notarized:

STATE OF NEW YORK
COUNTY OF NEW YORK

Respectfully submitted,

*Robert G. Houck*

Robert G. Houck (0243)
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-3224 (tel)
(212) 878-8375 (fax)

SWORN AND SUBSCRIBED BEFORE ME
this 9th DAY of JANUARY 2008

_____ A. _____
Notary Public, State of New York
No. 01MO6120042
Qualified in Suffolk County
_____ Filed in New York County
Commission Expires Dec. 27, 2008

WA411922.1



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JON RANDALL ROELLKE

---

was on the    21ST    day of    FEBRUARY, 1990

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
December 12, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



**The Commonwealth of Massachusetts**

## SUPREME JUDICIAL COURT
### FOR SUFFOLK COUNTY
### JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

December 18, 2007

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

MAURA S. DOYLE
CLERK

Jon R. Roellke
Clifford Chance US LLP
2001 K Street, NW
Washington, DC 20006

**IN RE:      CERTIFICATE OF ADMISSION AND GOOD STANDING**

Jon R. Roellke:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/pjs
CL Received: December 18, 2007
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the    **twenty-second** day of    **December**    A.D.    **1987**    , said Court being the highest Court of Record in said Commonwealth:

## Jon R. Roellke

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **December** in the year of our Lord **two thousand and seven.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SEA CARRIERS LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those similarly
situated),

            Plaintiffs,

        - against -

NYSE EURONEXT, et al.,

           Defendants.

Case No. 07-civ-4658 (RWS)

**CERTIFICATION OF SERVICE**

I hereby certify under penalty of perjury that on January 8, 2008, I caused a true copy of the Motion for Admission Pro Hac Vice, Affidavit of Robert G. Houck in Support of Motion for Admission Pro Hac Vice and [Proposed] Order for Admission Pro Hac Vice to be served by first class mail upon the counsel shown on the attached service list.

Dated: January 8, 2008
New York, New York

Damien Morris
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
(212) 878-8304 (tel)
(212) 878-8375 (fax)

WA412489.1

## SERVICE LIST

**Sea Carriers LP I and Sea Carries Corporation v. NYSE Euronext, et al.**
**Case No. 07-cv-4658 (RWS)**

Martin L. Borosko, Esq.
James M. McCarrick, Esq.
John J. O Connell, Esq.
Michael E. Holzapfel, Esq.
Joseph G. Harraka, Jr. (JH-9474)
Eisenhower Plaza II
BECKER MEISEL LLC
354 Eisenhower Parkway
Suite 2800
Livingston, New Jersey 07029

Attorneys for Plaintiffs

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Seth R. Klein, Esq.
SCHATZ NOBEL IZARD P.C.
20 Church Street, Suite 1700
Hartford, Connecticut 06103

Attorneys for Plaintiffs

Daniel Benjamin Rapport, Esq.
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
1633 Broadway
New York, NY 10019

Attorneys for Defendant
*Van Der Moolen Specialists USA LLC*

Richard A. Cirillo, Esq.
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036

Attorneys for Defendant
*Susquehanna International Group, Inc.*

Robert G. Houck, Esq.
CLIFFORD CHANCE US LLP

31 West 52nd Street
New York, NY 10019

Attorneys for Defendant
*Merrill Lynch Pierce Fenner & Smith, Inc.*
*Merrill Lynch & Co., Inc.*

Daniel E. Loeb, Esq.
FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Attorneys for Defendant
*NYSE Euronext*
*NYSE Group, Inc.*

James Irving McClammy, Esq.
DAVIS POLK & Wardell
450 Lexington Avenue
New York, NY 10017

Attorneys for Defendant
*Banc of America Securities LLC*
*Fleet Specialist, Inc.*

Stephen A. Radin, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Attorneys for Defendant
*LaBranche & Co. LLC*
*LaBranche & Co., Inc.*

M. Norman Goldberger, Esq.
WOLF BLOCK SCHOOR & SOLIS-
COHEN LLP
1650 Arch Street
Philadelphia, PA 19103

WA412489.1

Attorneys for Defendant
*Susquehanna International Group, Inc.*

Jon R. Roellke, Esq.
CLIFFORD CHANCE US LLP
2001 K Street, NW
Washington, DC  20006

Attorneys for Defendant
*Merrill Lynch Pierce Fenner & Smith, Inc.*
*Merrill Lynch & Co., Inc.*

Debra M. Torres, Esq.
FRIED FRANK HARRIS SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY  10004

Attorneys for Defendant
*NYSE Euronext*
*NYSE Group, Inc.*

R. Hewitt Pate, Esq.
HUNTON & WILLIAMS LLP
190 K Street, NW
Washington, DC  20006

Attorneys for Defendant
*UBS Securities LLC*

Robert W. Trenchard, Esq.
WILMER CUTLER PICKERING HALE &
DOOR LLP
399 Park Avenue
New York, NY  10022

Attorneys for Defendant
*Spear Leeds & Kellog LP;*
*Spear Leeds & Kellogg Specialists LLC*
*The Goldman Sachs Group, Inc.*

Daniel Slifkin, Esq.
CRAVATH SWAINE & MOORE LLP
825 Worldwide Plaza
New York, NY  10019

Attorneys for Defendant
*Citigroup, Inc.*

*Citigroup Global Markets, Inc.*
*Credit Suisse Securities (USA) LLC*
*Deutsche Bank Securities,Inc.*
*Fidelity Investments Institutional Service*
*Co.*
*Jefferies Execution Services*
*Jefferies Group, Inc.*
*Morgan Stanley & Co., Inc.*
*National Financial Services, Inc.*

John M. Vassos, Esq.
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178

Attorneys for Defendants
*Bear Stearns & Co., Inc.*
*Bear Wagner Specialists LLC*
*Bear Stearns Securities Corp.*

Wesley R. Powell, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, NY  10166
(212) 309-1000
wpowell@hunton.com

Attorneys for Defendant
*USB Securities LLC*

WA412489.1