AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Sea Carriers, LP I et al

v.

NYSE Euronext

**APPEARANCE**

Case Number: 07 CV 4658 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Merrill Lynch Defendants

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 27, 2008 | /s/ Robert G. Houck |
| Date | Signature |
| | Robert G. Houck |
| | Print Name / Bar Number |
| | 31 West 52nd Street |
| | Address |
| | New York, NY 10019 |
| | City / State / Zip Code |
| | (212) 878-3224 / (212) 878-8375 |
| | Phone Number / Fax Number |