UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SEA CARRIERS, LP I and
SEA CARRIERS CORPORATION
(individually and on behalf of those
similarly situated),

                              Plaintiffs,           07 Civ. 4658 (RWS)

    - against -                                NOTICE OF APPEARANCE

NYSE EURONEXT, et als.,

                              Defendants.
-------------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned has been retained as counsel for defendant NYSE Euronext and should be served with copies of all papers in this action.

Dated:    New York, New York
            May 28, 2008

                                             FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP

                                 By:      /s/ Debra M. Torres
                                            Debra M. Torres
                               One New York Plaza
                               New York, New York 10004-1980
                               (212) 859-8000
                               debra.torres@friedfrank.com

7029281