UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>　　　v.<br><br>NYSE EURONEXT, INC., et als. | : Case No. 07-civ-4658 (RSW)<br>:<br>: **NOTICE OF DISMISSAL**<br>: **WITHOUT PREJUDICE**<br>:<br>:<br>:<br>: **Document Electronically Filed** |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure Plaintiffs Sea Carriers LP I and Sea Carriers Corporation hereby voluntarily dismiss their action in this matter without prejudice.


DATED: August 20, 2008　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**BECKER MEISEL LLC**


　　　　　　　　　　　　　By:　　/s/ Joseph G. Harraka, Jr._____
　　　　　　　　　　　　　　　　　JOSEPH G. HARRAKA, JR. (JH-9474)
　　　　　　　　　　　　　　　　　Becker Meisel LLC
　　　　　　　　　　　　　　　　　354 Eisenhower Parkway
　　　　　　　　　　　　　　　　　Plaza II, Suite 2800
　　　　　　　　　　　　　　　　　Livingston, New Jersey 07039
　　　　　　　　　　　　　　　　　(973) 422-1100