Sweet

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEA CARRIERS LP I and<br>SEA CARRIERS CORPORATION<br>(individually and on behalf of those<br>similarly situated),<br><br>v.<br><br>NYSE EURONEXT, INC., et als. | : Case No. 07-civ-4658 (RWS)<br>:<br>: NOTICE OF DISMISSAL<br>: WITHOUT PREJUDICE<br>:<br>:<br>:<br>: Document Electronically Filed |

RECEIVED AUG 22 2008 JUDGE SWEET CHAMBERS

PLEASE TAKE NOTICE that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure Plaintiffs Sea Carriers LP 1 and Sea Carriers Corporation hereby voluntarily dismiss their action in this matter without prejudice.

DATED: August 20, 2008

Respectfully submitted,
**BECKER MEISEL LLC**

By: /s/ Joseph G. Harraka, Jr.
JOSEPH G. HARRAKA, JR. (JH-9474)
Becker Meisel LLC
354 Eisenhower Parkway
Plaza II, Suite 2800
Livingston, New Jersey 07039
(973) 422-1100

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

[Signature] 8-28-08